# In The United States Court of Federal Claims

## Cover Sheet

06-491 L

Plaintiff(s) or Petitioner(s)

See attached list of multi-plaintiffs

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Raymond Conway Givens

Firm Name: Givens Law Firm

Post Office Box: PO Box 400

Street Address: 912 East Sherman Avenue

City-State-Zip: Coeur d'Alene, Idaho 83816

Telephone & Facsimile Numbers: 208-676-1310 / Fax 208-676-1296

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O T

See attached sheet for three-digit codes.

Amount Claimed: $ 45,927,280 plus interest

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ n/a

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination: n/a

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs (Alphabetically - Last name first)

Delia, Joseph
Delia, Michael
Delia, Tony
Delia, Trinity
Miller, Jennie
Oenga, Leroy, Sr.
Oenga, Wallace
Shugluk, Georgene