ORIGINAL

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 East Sherman Avenue
Coeur d'Alene, Idaho 83816
Telephone: 208-676-1310
Fax: 208-676-1296

FILED
JUN 30 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No.** 06-491 L

**MOTION FOR NOTICE TO INTERESTED PARTIES**

Comes now Plaintiffs, pursuant to Rules of the Court of Federal Claims (RCFC) Rule 14(b) to move the Court to notify the following parties of the pendency of this action. Each was included in those listed as Interested Parties in ¶ 8 of the Complaint.

The name, address and interest of each party to whom it is requested that Notice be sent are as follows:

a. <u>BP Exploration (Alaska) Inc. (BP)</u>
c/o of Registered Agent
CT Corporation System
801 West 10th Street, Suite 300
Juneau, Alaska 99801

Interest - Holds the original Niakuk Alaska subsurface oil lease, successor in interest of Standard Alaska Production Co., a participating company in the Niakuk P.A. and West Niakuk P.A. and unit operator of the Niakuk P.A. and West Niakuk P.A. and the Prudhoe Bay Unit.

b. ConocoPhilips Alaska, Inc.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, Texas 78701

Interest - Successor in interest to ARCO Alaska Inc., current participate in the West Niakuk subsurface oil lease and current participate in the Niakuk P.A., West Niakuk P.A. and the Prudhoe Bay Unit.

c. ExxonMobil Corp.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, Texas 78701

Interest - Successor in interest to ARCO Alaska Inc., current participate in the West Niakuk subsurface oil lease and current participate in the Niakuk P.A., West Niakuk P.A. and the Prudhoe Bay Unit.

d. Forest Oil Corporation
c/o Registered Agent
Corporation Service Company
1560 Broadway
Denver, Colorado 80202

Interest - Current participate in the Niakuk P.A., West Niakuk P.A. and the Prudhoe Bay Unit.

e. ChevronTexaco Corp.
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
San Ramon, California 94583

Interest - Current participate in the Niakuk P.A., West Niakuk P.A. and the Prudhoe Bay Unit.

Dated this 29th day of June, 2006.

Respectfully submitted,

Raymond C. Givens

Raymond C. Givens
Attorney for Plaintiffs