# In the United States Court of Federal Claims

No. 06-491L
(Filed: August 10, 2006)

| | |
|---|---|
| *********************************** | |
| | * |
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Plaintiff's Motion for Notice to Third Party, filed June 30, 2006, is **GRANTED**.

Pursuant to Rule 14(b) of the United States Court of Federal Claims, the Clerk's Office is directed to issue the appropriate notice to the following parties:

**BP Exploration (Alaska) Inc.**
c/o of Registered Agent
CT Corporation System
801 West 10th Street, Suite 300
Juneau, AL 99801

**ConocoPhillips Alaska, Inc.**
c/o of Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701

**ExxonMobil Corp.**
c/o of Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701

**Forest Oil Corporation**
c/o of Registered Agent
Corporation Service Company
1560 Broadway
Denver, CO 80202

**ChevronTexaco Corp.**
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
Sam Ramon, CA 94583

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge