# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

## NOTICE

**To: BP Exploration (Alaska) Inc.**
**c/o Registered Agent**
**CT Corporation System**
**801 West 10th Street, Suite 300**
**Juneau, Alaska 99801**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

# NOTICE

**To: ConocoPhillips Alaska, Inc.**
**c/o Registered Agent**
**Corporation Service Company**
**701 Brazos Street, Suite 1050**
**Austin, TX 78701**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________________
Attorney of Record

# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

# NOTICE

**To: ExxonMobil Corp.**
**c/o Registered Agent**
**Corporation Service Company**
**701 Brazos Street, Suite 1050**
**Austin, TX 78701**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

## NOTICE

**To: Forest Oil Corporation**
**c/o Registered Agent**
**Corporation Service Company**
**1560 Broadway**
**Denver, CO 80202**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

# NOTICE

**To: ChevronTexaco Corp.**
**Attn: Legal Counsel**
**Chevron USA, Inc.**
**6001 Bollinger Canyon Road**
**San Ramon, CA 94583**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record