# In the United States Court of Federal Claims

No. 06-491L
(Filed: August 22, 2006)

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**ORDER**

The Court has received a paper copy of Defendant's motion for enlargement of time to file an answer. However, Defendant has not filed a notice of appearance in this proceeding. Accordingly, the Clerk of the Court is directed to return the motion unfiled.

Defendant is reminded that this case has been designated an CM/ECF proceeding and that all submissions must be filed electronically with the Court.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge