**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**WALLACE OENGA, GEORGENE SHUGLUK, )**
**LEROY OENGA, SR., MICHAEL DELIA, TONY )**
**DELIA, , JOSEPH DELIA, JENNIE MILLER, )**
**and TRINITY DELIA, )**
**) No. 06-491**
**) Chief Judge Damich**
**Plaintiffs, )**
**)**
**v. )**
**)**
**THE UNITED STATES, )**
**)**
**Defendant. )**
**)**

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Defendant hereby moves for leave to file out of time the attached motion for enlargement of time to file the Answer in this case. In support of this motion, counsel for defendant states as follows:

1. The Answer in this case was due to be filed on August 28, 2006;

2. On August 21, 2006, defendant's counsel submitted a motion for a thirty-day enlargement of time, from August 28, 2006, to, and including, September 27, 2006, in which to file the Answer;

3. On August 30, Roger Hudson of the Solicitor's Alaska Field Office, left me a voicemail after the close of business stating that he had learned from plaintiffs' counsel that my August 21st motion had been returned unfiled.

4. Early on the morning of August 31, 2006, the undersigned heard the voicemail and immediately went online to look at the entries in Docket No. 06-491. He read the

court's August 22, 2006 Order returning the August 21st motion because the undersigned had failed to file a Notice of Appearance and because the motion should have been filed electronically;

5. The undersigned never received a copy of the August 22nd Order; and
6. Together with this motion defendant's counsel is filing Notice of Appearance.

Dated this 31st day of August, 2006.

Respectfully submitted,

__s/ James M. Upton____________________

JAMES M. UPTON
U.S. Dept. Of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel. (202) 305-0482
Fax. (202) 305-0482
E-mail: james.upton@usdoj.gov