**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA,TONY DELIA, JOSEPH DELIA,JENNIE MILLER, and TRINITY DELIA,** | |
| **Plaintiffs,** | |
| | **No. 06-491** |
| | **Chief Judge Damich** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Defendant hereby moves for an enlargement of time of thirty days, from August 28, 2006, to, and including, September 27, 2006, in which to file the Answer. In support of this motion, defendant states, as follows:

1. Plaintiffs filed their complaint on June 28, 2006 and the Answer is due on August 28, 2006;

2. The undersigned has requested that the Solicitor's Office attorney assigned to this case (he is in Interior's Alaska Field Office) for a litigation report on this case and for a draft Answer. He sent me an informal litigation report several weeks ago, but only furnished a draft Answer yesterday.

3. Defendant's counsel needs additional time to determine whether or not to seek authorization from the Assistant Attorney General for the Environment & Natural Resources Division, Sue Ellen Wooldridge, to file a RCFC 14(a) motion requesting the court to summons the three oil companies notified of this action by the Court pursuant to RCFC 14(b) at plaintiffs'

request. Under RCFC 14(a), any RCFC 14(a) motion must be filed before the Answer is filed;

4. Plaintiffs' attorney, Raymond C. Givens, has authorized the undersigned to state that he does not oppose this motion.

5. Defendant submitted a motion for enlargement of time from August 28, 2006 to, and including, September, 2006 in which to file the Answer. The court returned the motion unfiled because the undersigned had failed to file a Notice of Appearance and because he had filed it electronically.

This is the same request for an enlargement of time to file the Answer which the defendants made on August 21, 2006.

Dated this 31st day of August, 2006.

Respectfully submitted,

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax. (202) 305-0506

E-mail: james.upton@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2006, I served the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER** by sending a copy thereof in the U.S. mail, postage prepaid, to plaintiffs' counsel at the following address:

Raymond G. Givens, Esq.
Givens Law Firm
P.O. Box 400
912 East Sherman Avenue
Coeur d'Alene, Idaho 83816

________________________________
Angelica Ramos