**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA,TONY DELIA, JOSEPH DELIA,JENNIE MILLER, and TRINITY DELIA,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 06-491** |
| **v.** | ) | **Chief Judge Damich** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

The undersigned, James M. Upton, hereby appears as the attorney of record for the defendant United States. His mailing address for service by U.S. Mail is as follows:

U. S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

His address for Federal Express service and for hand delivery is as follows:

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N. W.
Room 3116
Washington, D.C. 20004

His e-mail address is: james.upton@usdoj.gov

Dated this 31st day of August, 2006.

s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov