# In the United States Court of Federal Claims

No. 06-491L
(Filed: August 31, 2006)

***********************************
*
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

***********************************

## ORDER

On June 30, 2006, Plaintiff filed its complaint in this proceeding. On the same date, the Court designated this case a CM/ECF proceeding. The deadline for responding to the complaint was August 29, 2006.

The Court returned unfiled, on August 22, 2006, Defendant's motion for enlargement of time to respond to Plaintiff's complaint because Defendant had not filed a notice of appearance in this proceeding. Defendant's returned motion was also defective because it was not filed electronically with the Court.

As of the time of entry of this Order, Defendant still has not filed a notice of appearance in this proceeding. Nor has the Defendant responded to the complaint within 60 days as required by Rule 12(a)(1) of the Court of Federal Claims ("RCFC") or re-filed its motion for an enlargement of time. Defendant's answer is now overdue.

Accordingly, the Court now **ORDERS** the Defendant to respond to the complaint no later than **September 29, 2006**. The Clerk of the Court is directed not to authorize, pursuant to RCFC 77.2(a), any motion for enlargement of time to respond to the complaint. If Defendant desires to file a motion for a further enlargement of time to respond to the complaint, it must do so directly

to the undersigned.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge