IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | 1-06-cv-00491-EJD<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

GUESS & RUDD P.C., by and through the undersigned counsel, hereby enters its appearance in the captioned action on behalf of the following five entities which, pursuant to a motion filed simultaneously herewith, are moving to intervene herein as Intervenor-Defendants in response to the Notices served thereon in this action pursuant to 41 U.S.C. § 114(b) and CFC Rule 14:

BP Exploration (Alaska) Inc.;
ConocoPhillips Alaska, Inc.;
ExxonMobil Alaska Production Inc.;
Chevron U.S.A. Inc.; and
Forest Oil Corporation.

The undersigned requests that all pleadings filed in this action be served on it at GUESS & RUDD P.C., 510 L Street, Suite 700, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 25th day of September, 2006.

Respectfully submitted,

s/ Louis R. Veerman

Louis R. Veerman
GUESS & RUDD P.C.
Attorneys for Intervenor-Defendants
510 L Street, Suite 700
Anchorage, AK 99501

Telephone: 907-793-2200
Facsimile: 907-793-2299
Email: dveerman@guessrudd.com

CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2006, a true and correct copy of the foregoing document was electronically served on the following:

Raymond Conway Givens
James Merritt Upton

Guess & Rudd P.C.

By: s/Louis R. Veerman

F:\DATA\2432\225\PLEADING\FedCl\Drafts\14-Entry of Appearance.doc