IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | 1-06-cv-00491-EJD<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>ORDER GRANTING INTERVENTION</u>**

BP Exploration (Alaska) Inc., ConocoPhillips Alaska, Inc., ExxonMobil Alaska Production Inc., Chevron U.S.A. Inc., and Forest Oil Corporation, by and through their counsel GUESS & RUDD P.C., have moved pursuant to RCFC 24 to intervene as defendants in the captioned action.

Having considered the Motion To Intervene and the accompanying Memorandum In Support of said Motion filed by said parties, and any oppositions or other responses to said Motion filed herein by the Plaintiffs or the United States, IT IS ORDERED as follows:

(1) The Motion To Intervene filed by BP Exploration (Alaska) Inc., ConocoPhillips Alaska, Inc., ExxonMobil Alaska Production Inc., Chevron U.S.A. Inc., and Forest Oil Corporation is hereby GRANTED.

(2) The Answer To First Amended Complaint submitted by said Intervenor-Defendants is hereby ACCEPTED and shall be filed herein by the Clerk.

(3) Because the time for answering Plaintiffs' First Amended Complaint (filed herein on September 18, 2006) has not yet run, Intervenor-Defendants shall have until the earlier of

(a) November 17, 2006 (the 60th day after the filing of the First Amended Complaint) or

(b) the seventh day after the United States files its Answer to the First Amended Complaint

in which to file an Amended Answer to Plaintiffs' first Amended Complaint.

DATED this _____ day of October, 2006.

______________________________
Chief Judge Edward L. Damich

CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2006,
a true and correct copy of the foregoing document
was electronically served on the following:

Raymond Conway Givens
James Merritt Upton

Guess & Rudd P.C.

By: s/Louis R. Veerman