IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | 1-06-cv-00491-EJD<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT UNDER RCFC 7.1 OF CONOCOPHILLIPS ALASKA, INC.**

ConocoPhillips Alaska, Inc., by and through its counsel GUESS & RUDD P.C., hereby submits the information required by RCFC 7.1:

(1) ConocoPhillips Alaska, Inc. is owned 100% by ConocoPhillips Co.

(2) ConocoPhillips Co. is owned 100% by ConocoPhillips.

(3) ConocoPhillips is a publicly traded corporation.

(4) No publicly held corporation or similar entity owns 10% or more of the stock of ConocoPhillips.

DATED at Anchorage, Alaska, this 25th day of September, 2006.

Respectfully submitted,

s/ Louis R. Veerman

Louis R. Veerman
GUESS & RUDD P.C.
Attorneys for Intervenor-Defendants
510 L Street, Suite 700
Anchorage, AK 99501

Telephone: 907-793-2200
Facsimile: 907-793-2299
Email: dveerman@guessrudd.com

CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2006, a true and correct copy of the foregoing document was electronically served on the following:

Raymond Conway Givens
James Merritt Upton

Guess & Rudd P.C.

By: s/Louis R. Veerman