IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | 1-06-cv-00491-EJD<br>Chief Judge Edward J. Damich |
| vs. | |
| THE UNITED STATES, | |
| Defendant. | |

**DISCLOSURE STATEMENT UNDER RCFC 7.1 OF EXXONMOBIL ALASKA PRODUCTION INC.**

ExxonMobil Alaska Production Inc., by and through its counsel GUESS & RUDD P.C., hereby submits the information required by RCFC 7.1:

(1) ExxonMobil Alaska Production Inc. is jointly owned by Mobil International Petroleum Corporation (see ¶ 2 below) and ExxonMobil Canada Investments Company (see ¶ 3 below).

(2) Mobil International Petroleum Corporation is wholly owned by Mobil Corporation, that is wholly owned by Exxon Mobil Corporation (see ¶¶ 6-7 below).

(3) ExxonMobil Canada Investments Company is wholly owned by Mobil Investments Canada Inc.; Mobil Investments Canada Inc. is jointly owned by Mobil Rocky Mountain Inc. (see ¶ 4 below) and Mobil Exploration and Producing North America Inc. (see ¶ 5 below).

(4) Mobil Rocky Mountain Inc. is wholly owned by ExxonMobil Oil Corporation, that is wholly owned by Mobil Corporation, that is wholly owned by Exxon Mobil Corporation (see ¶¶ 6-7 below).

(5) Mobil Exploration and Producing North America Inc. is wholly owned by Mobil Corporation, that is wholly owned by Exxon Mobil Corporation (see ¶¶ 6-7 below).

(6) Exxon Mobil Corporation is a publicly traded corporation.

(7) No publicly held corporation or similar entity owns 10% or more of the stock of Exxon Mobil Corporation.

DATED at Anchorage, Alaska, this 25th day of September, 2006.

Respectfully submitted,

s/ Louis R. Veerman

Louis R. Veerman
GUESS & RUDD P.C.
Attorneys for Intervenor-Defendants
510 L Street, Suite 700
Anchorage, AK 99501

Telephone: 907-793-2200
Facsimile: 907-793-2299
Email: dveerman@guessrudd.com

CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2006, a true and correct copy of the foregoing document was electronically served on the following:

Raymond Conway Givens
James Merritt Upton

Guess & Rudd P.C.

By: s/Louis R. Veerman