# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

# NOTICE

**To: BP Exploration (Alaska) Inc.**
**c/o Registered Agent**
**CT Corporation System**
**801 West 10th Street, Suite 300**
**Juneau, Alaska 99801**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on 8/28/06, 9/1/06.
(Date)

[signature]
Attorney of Record

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1160 0002 8548 4641

| | |
|---|---|
| Postage | $ 2.79 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Postmark Here

Sent To: BP Exploration

Street, Apt. No.; or PO Box No.: 801 W 10th #300

City, State, ZIP+4: Juneau, Alaska 99801

PS Form 3800, June 2002 See Reverse for Instructions

RECEIVED AUG 24 2006 BY:

1st NOTICE 8/24
2nd NOTICE
RETURNED

RETURNED TO SENDER

MOVED, LEFT NO ADDRESS

JTK

GIVENS LAW FIRM
P.O. Box 400, 912 E. Sherman Ave.
Coeur d'Alene, ID 83816-0400

BP Exploration (Alaska) Inc
c/o Registered Agent
CT Corporation System
801 W. 10th Street, Ste 300
Juneau, Alaska 99801

9360 Glacier Hwy, Suite 202
Juneau, Alaska 99801 Moved

CERTIFIED MAIL™

7005 1160 0002 8548 4641

RETURN RECEIPT REQUESTED

FIRST CLASS MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP Exploration (Alaska) Inc.
c/o Registered Agent
CT Corporation System
801 W. 10th Street, Ste 300
Juneau, Alaska 99801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7005 1160 0002 8548 4696

## U.S. Postal Service
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.79 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.03 |

USPS ID 83814 COEUR D'ALENE Postmark Here AUG 24

Sent To BP Exploration

Street, Apt. No.; or PO Box No. 9360 Glacier Hwy, Suite 202

City, State, ZIP+4 Juneau, Alaska 99801

PS Form 3800, June 2002 See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

PS Form 3800, June 2002 (Reverse)

***Important Reminders:***
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP Exploration (Alaska) Inc.
c/o Registered Agent
CT Corporation System
9360 Glacier Hwy Suite 202
Juneau, Alaska 99801

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X L Lear ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* L Lear

C. Date of Delivery 8-28-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7005 1160 0002 8548 4696

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Givens Law Firm
912 E. Sherman Avenue
P.O. Box 400
Coeur d'Alene, ID 83816-0400

RECEIVED SEP 1 2006 BY:

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 2030 0006 3110 6227

| | |
|---|---|
| Postage | $ 2.79 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Postmark Here: COEUR D'ALENE ID 83814 AUG 25 2006 USPS

Sent To: BP Exploration (Alaska) Inc
Street, Apt. No.; or PO Box No.: 9360 Glacier Hwy, Suite 202
City, State, ZIP+4: Juneau, Alaska 99801

PS Form 3800, June 2002 See Reverse for Instructions

**Certified Mail Provides:**

PS Form 3800, June 2002 (Reverse) 102595-02-M-1592

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP Exploration (Alaska), Inc.
c/o Registered Agent
CT Corporation System
9360 Glacier Hwy, Suite 202
Juneau, Alaska 99801

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 9-1-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7002 2030 0006 3110 6227

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED SEP 6 2006 BY:

Givens Law Firm
912 E. Sherman Avenue
P.O. Box 400
Coeur d'Alene, ID 83816-0400

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HEIRS OF ANDREW OEGNA: WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,** | ) | |
| **Plaintiffs,** | ) | **No. 06-491** |
| **v.** | ) | **EDWARD J. DAMICH** |
| | ) | **CHIEF JUDGE** |
| **THE UNITED STATES,** | ) | |
| **Defendants** | ) | |

**AFFIDAVIT OF LINDA LANGER**
**Re: Service of Notices**

STATE OF IDAHO )
) ss.
County of Kootenai )

LINDA LANGER, being first duly sworn, deposes and says:

1. I am a legal assistant at the Givens Law Firm.
2. The Notices signed in the above case were served as follows:
   a. A copy of the electronically filed Notices and required pleadings were sent the following companies at the addresses listed below by certified mail, return receipt requested.

ConocoPhillips Alaska, Inc.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, Texas 78701

ChevronTexaco Corp.
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583

ExxonMobil Corp.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701

Forest Oil Corporation
c/o Registered Agent
Corporation Service Company
1560 Broadway
Denver, CO 80202

BP Exploration (Alaska) Inc.
c/o Registered Agent
CT Corporation System
801 West 10th Street, Suite 300
Juneau, Alaska 99801

b. The mailing to BP Exploration (Alaska) Inc. (BPX) was returned unaccepted because BPX's registered agent had moved. The certified mail return receipts for all other Notices were returned showing that mailing was received and are attached to the Notice.

c. Before these certified mail receipts were returned, the Clerk's office sent original Notices with the Court's stamp on them. Those original Notices were then sent to the following companies at the addresses listed below by certified mail, return receipt requested. The return receipts for these original Notices are

attached to each Notice except for the Notice sent to Forest Oil Corporation which is discussed below.

ConocoPhillips Alaska, Inc.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, Texas 78701

ChevronTexaco Corp.
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583

ExxonMobil Corp.
c/o Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701

Forest Oil Corporation
c/o Registered Agent
Corporation Service Company
1560 Broadway
Denver, CO 80202

BP Exploration (Alaska) Inc.
c/o Registered Agent
CT Corporation System
9360 Glacier Hwy, Suite 202
Juneau, Alaska 99801
(new address)

d. The required pleadings which had been previously sent to BP Exploration (Alaska) Inc.(BP) in the first mailing but returned, were then sent to BP by separate cover certified mail, return receipt requested.

e. Forest Oil Corporation has apparently not picked up the second copy of the Notice, as the receipt has not yet been returned. Formal inquiry regarding the

Forest Oil service has been made to the U.S. Postal Service and is attached to the Forest Oil Notice.

Dated this 29th day of September, 2006.

Linda Langer

SUBSCRIBED AND SWORN to before me this 29 day of September, 2006.

Notary Public in and for the State of Idaho
Residing at Coeur d'Alene Id
My Commission expires: 3-7-2011