# In the United States Court of Federal Claims

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA**

**vs.** **No. 06-491 L**

**THE UNITED STATES**

# NOTICE

**To: ChevronTexaco Corp.**
**Attn: Legal Counsel**
**Chevron USA, Inc.**
**6001 Bollinger Canyon Road**
**San Ramon, CA 94583**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on 8/21/06 8/28/06.
(Date)

[signature]
Attorney of Record

7005 1160 0002 8548 4689

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Chevron Texaco
Street, Apt. No.; or PO Box No. 6001 Ballenger Canyon Rd
City, State, ZIP+4 San Ramon, CA 94583

PS Form 3800, June 2002 — See Reverse for Instructions

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

PS Form 3800, June 2002 (Reverse)

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. Fo valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof c delivery. To obtain Return Receipt service, please complete and attach a Retur Receipt (PS Form 3811) to the article and add applicable postage to cover th fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver fc a duplicate return receipt, a USPS® postmark on your Certified Mail receipt i required.
- For an additional fee, delivery may be restricted to the addressee c addressee's authorized agent. Advise the clerk or mark the mailpiece with th endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arl cle at the post office for postmarking. If a postmark on the Certified Ma receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ChevronTexaco Corp
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Thomas Wallis ☐ Agent ☐ Addressee

B. Received by (Printed Name) Thomas Wallis C. Date of Delivery AUG 21 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Givens Law Firm
912 E. Sherman Avenue
P.O. Box 400
Coeur d'Alene, ID 83816-0400

RECEIVED AUG 24 2006

# U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.79 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.03 |

Postmark Here: USPS 83814 COEUR D'ALENE ID AUG 2006

Sent To: ChevronTexaco Corp

Street, Apt. No.; or PO Box No.: 6001 Bollinger Canyon Road

City, State, ZIP+4: San Ramon, CA 94583

PS Form 3800, June 2002 — See Reverse for Instructions

7002 2030 0006 3110 6173

PS Form 3800, June 2002 (Reverse) 102595-02-M-1692

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

---

## NDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ChevronTexaco Corp.
Attn: Legal Counsel
Chevron USA, Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583

## COMPLETE THIS SECTION ON DELIVERY

A. Signature X Thomas Wallis ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Thomas Wallis

C. Date of Delivery AUG 28 2006

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

P O BOX 6001
SAN RAMON CA 94583-0607

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

Article Number (Transfer from service label) 7002 2030 0006 3110 6173

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Givens Law Firm
912 E. Sherman Avenue
P.O. Box 400
Coeur d'Alene, ID 83816-0400

RECEIVED SEP 1 2006 BY: