# In the United States Court of Federal Claims

WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITYDELIA

vs. No. 06-491 L

THE UNITED STATES

# NOTICE

To: **Forest Oil Corporation**
**c/o Registered Agent**
**Corporation Service Company**
**1560 Broadway**
**Denver, CO 80202**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiffs' Complaint, and Plaintiffs' Motion for Notice to Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of August, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on 8/21/06.
(Date)

[signature]
Attorney of Record

7005 1160 0002 0125 0300

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Forest Oil Corp
Street, Apt. No.; or PO Box No. 1560 Broadway
City, State, ZIP+4 Denver, CO 80202

PS Form 3800, June 2002 See Reverse for Instructions

## Certified Mail Provides:

PS Form 3800, June 2002 (Reverse)

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest Oil Corporation
c/o Registered Agent
Corporation Service Company
1560 Broadway
Denver, CO 80202

2. Article Number
*(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*
C. Date of Delivery 8-21-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Givens Law Firm
912 E. Sherman Avenue
P.O. Box 400
Coeur d'Alene, ID 83816-0400

RECEIVED
AUG 25 2006
BY:

8004

7002 2030 0006 3110 6180

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.79 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.03 |

Postmark Here

COEUR D'ALENE ID 83814 AUG 24 2006 USPS

Sent To
Forest Oil Corporation
Street, Apt. No.; or PO Box No. 1560 Broadway
City, State, ZIP+4
Denver, CO 80202

PS Form 3800, June 2002 See Reverse for Instructions

PS Form 3800, June 2002 (Reverse) 102595-02-M-1692

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

**Note: Use Ballpoint Pen And Press Down Firmly: Last 2 Copies Must Be Legible.**

1. Use this form for ordinary mail and Certified Mail™ only. Use Form 1000, *Domestic Claim or Registered Mail Inquiry*, to report loss or rifling of COD and domestic insured mail. Use Form 542, *Inquiry About a Registered Article or an Insured Parcel or an Ordinary Article*, to report loss or rifling of domestic registered mail.
2. Be sure to complete all applicable items in Part II.
3. Send Parts II-D and II-E immediately to: 1510 PROCESSING UNIT/ 222 S RIVERSIDE PL STE 1250/ U.S. POSTAL INSPECTION SERVICE/ CHICAGO IL 60606-6100.
4. If complaint indicates rifling, obtain envelope or wrapper *(if possible)* and forward it with the Form 1510 to the address given in paragraph 3.
5. If the complaint is made at stations or branches, send the remaining parts of the form to the main office, Claims and Inquiry Section.
6. Information outlining the processing of this form is contained in Section 169.5 of the *Postal Operations Manual*.

**(Remove This Portion Before Mailing)**

**Part I**

Postal Customer:

The sender of the article decribed below has made an inquiry regarding delivery of the item. The article was not located at the mailing office. Therefore, we are contacting you to determine if the article has been delivered. Please indicate below if the article has been received. Return the form in the enclosed PRE-ADDRESSED ENVELOPE WHICH REQUIRES NO POSTAGE. Your response will assist the Postal Service™ in providing improved service. **PLEASE RETURN BOTH PARTS I AND II-A.**

**THANK YOU**

The Article Was: Date of Reply Signature of Addressee or Agent

Received *(Date if known)* ____________

Not Received Refused

Remarks

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)

**Part II-A**

U.S. Postal Service
**Mail Loss/Rifling Report**

<u>Note</u>: Use ballpoint pen and press down firmly; you are making five copies.

1. Complaint Date: 9-15-06
2. Office Accepting Complaint *(City and state)*: Coeur d'Alene, ID
3. Complaint: X Loss Rifling

4. Article Was Mailed By
a. Name: Givens Law Firm
b. Return Address as on Article Mailed: PO Box 400
c. City: Coeur d'Alene d. State: ID e. ZIP+4®: 83816-0400
f. Day Telephone Number *(Include area code)*: 208-676-1310

5. Article Was Addressed To
a. Name: Forest Oil Corporation
b. Address as on Article Mailed: 1560 Broadway
c. City: Denver d. State: CO e. ZIP+4: 80202
f. Day Telephone Number *(Include area code)*

6. Article Was Mailed
a. Date 8-24-06 b. Time
Month 8 Day 24 Year 06 (Hour) AM PM

7. Article Was Sent: X First-Class Mail® Parcel Post® Other *(Specify)* Certified

8. Type of Mail: X Letter Parcel Other *(Specify)* ________

9. Special Services
Special Handling Special Delivery X Certified Mail ™ No. 7002 2030 0006 3110 6180 Return Receipt for Merchandise No. ________

10a. Place of Mailing
X Main Post Office ™
Station or Branch
Contract Station
Collection Box
Residence or Business

10b. Name and/or Address of Place of Mailing: Coeur d'Alene 7th Street

10c. City and State of Place of Mailing: Coeur d'Alene, ID

10d. ZIP+4 of Place of Mailing: 83814-9998

11. Contents of Article *(Describe in detail, size, color, brand name, serial no., and amount, etc.)*: Legal document

12. Value $