**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JEANNE MILLER, and TRINITY DELIA,** | |
| **Plaintiffs,** | **No. 06-491 L**<br>**Chief Juge Edward Damich** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |

**DEFENDANT'S RESPONSE TO MOTION TO INTERVENE**

On September 25, five oil companies - - BP Exploration (Alaska) Inc., Conoco Phillips Alaska, Inc., Exxon Mobil Alaska Production, Inc., Chevron U.S.A., Inc., and Forest Oil Corporation - - moved to intervene in this case pursuant to RCFC 24. The Defendant does not oppose this motion to intervene.

Dated this 12th day of October, 2006.

Respectfully submitted,

/s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov