**APPENDIX 1 A**

GIVENS LAW FIRM
P.O. Box 400, 118 N. 7th Street
Coeur d'Alene, ID 83816
phone (208) 676-1310
fax (208) 676-1296
raygivens@givenslaw.com

November 22, 2005

Honorable Gale Norton
Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington DC 20240

Re: Demand For Accounting re: BIA Lease No. F-89-01, Heirs of Andrew Oenga

Dear Madame Secretary:

This office represents the Heirs of Andrew Oenga regarding BIA Lease No. F-89-01 as amended. Documents signed by the Heirs of Andrew Oenga acknowledging their representation by this office have previously been provided to the Department of Interior (DOI). The property subject to the above BIA Lease is described as follows:

> Parcel B of Alaska Native Allotment F-14632 legally described as USS 6904 T11N, R15E UM Sec. 1 and T12N, R15E UM Sec. 36

Specifically, the Andrew Oenga heirs represented and their IIM account numbers are:

| | |
|---|---|
| Leroy Oenga | IIM account number: 985U000206 |
| Wallace Oenga | IIM account number: 985U000204 |
| ~~Joseph Delia~~ | ~~IIM account number: 985U000755~~ |
| Michael Delia | IIM account number: 985U000207 |
| ~~Tony Delia~~ | ~~IIM account number: 985U000754~~ |
| Jennie Miller | IIM account number: 985U000759 |
| Georgene Shugluk | IIM account number: 985U000205 |
| Trinity Delia | IIM account number: ________ |

Pursuant to P.L. 108-54(2005) and *Shoshone Indian Tribe of the Wind River Reservation v. United States*, 364 F.3d 1339 (2004), the heirs of Andrew Oenga respectfully demand you furnish an accounting regarding the above Lease Agreement As Amended. The "Lease Agreement As Amended" includes 1) the original "Lease Agreement" signed in January 1989, 2) the letter amendment dated July 29, 1993, 3) the Agreement to Amend BIA Lease F-89-01 signed in January 1994, and 4) the Third Amendment to BIA Lease F-89-01 signed in May, 1995.

Appendix 1A

It is requested that the accounting of the Lease Agreement As Amended include:

1) all funds collected by DOI under the Lease Agreement As Amended,

2) all funds due under the Lease Agreement As Amended,

3) ~~all funds paid to the Lessors or their assignees under the Lease Agreement As~~ Amended, with an itemization of the amount and date of each payment and to whom they were paid,

4) copies of all appraisals conducted pursuant to Article 5 and 9 of the original Lease Agreement or pursuant to other provisions of the Lease Agreement As Amended,

5) all "cost adjustment factor" documents prepared pursuant to Article 5 of the original Lease Agreement or pursuant to other provisions of the Lease Agreement As Amended,

6) all rental payment adjustment determinations of DOI as to "which ever is greater" between "appraisals" provided for in Article 5 and 9 of the original Lease Agreement and the "Cost Adjustment Factor" provided for in Article 5 of the original Lease Agreement, and

7) all funds due and owing under the Lease Agreement As Amended that remain unpaid.

It is requested that this accounting be provided within thirty (30) days of the above date of this letter to the Oenga's attorney at the address on the letterhead. If there are any questions, please have your staff or legal representative contact this office. Thank you for your prompt consideration.

Sincerely,

Raymond C. Givens
Attorney for Oenga Heirs

RCG:jr

cc: Oenga Heirs
Office of Special Trustee
Assistant Secretary for Indian Affairs
Bureau of Indian Affairs Alaska Area Director
Roger Hudson, Deputy Solicitor, Bureau of Indian Affairs