APPENDIX 1 B

United States Department of the Interior
OFFICE OF THE SOLICITOR
ALASKA REGION
4230 University Drive
Suite 300
Anchorage, Alaska 99508-4626
(907) 271-4131

RECEIVED
FEB 13 2006
BY: ------------------

BIA.AK.0926

February 8, 2006

Ray Givens, Attorney at Law
Givens Law Firm
P.O. Box 400
Coeur d'Alene, Idaho 83816

By Mail & Facsimile to: (208) 676-1296

Dear Mr. Givens:

Subject: Request for accounting regarding Oenga-BP Lease payments and related matters

This is to belatedly acknowledge your letter to Secretary of the Interior Gale Norton, dated November 22, 2005, in which you demand an "accounting" of funds owed, received, and disbursed to Alaska Native land owners under BIA Lease No. F-89-01, along with other related information. While this office was copied with your initial information request, the matter was only very recently re-assigned to me by our Washington Office for purposes of preparation of a formal response.

Most of the information and documentation you seek should be available from the local offices of the Bureau of Indian Affairs and/or the Office of the Special Trustee, both located here in Anchorage, and this office will undertake to coordinate assembly of that information, and transmit the same to you as soon as possible. However, preliminary inquiries indicate that some of the older Individual Indian Money (IIM) account records have been sent to the Federal Records Center, and will have to be retrieved. This may take a little while. With regard to the bulk of the information you seek, we should be able to provide it to you within the next couple weeks.

Attorney Roger Hudson on my staff will be handling this matter for me, and you may direct further communications to him. I understand you and he have already had considerable contact concerning this lease.

Before closing, let me ask for a clarification, so that we can make sure that our response meets your expectations. You request an accounting of funds collected and funds paid to the lessors or their assignees. Can we provide this information in a detailed summary form, setting forth the dates and amounts of individual transactions, or are you seeking backup documentation as well, such as receipts, copies of checks, individual transaction memoranda, and the like? An example of a partial OST Accountants' Transaction History is attached to facilitate your consideration of this question. As you can imagine, the available back-up materials would be

more voluminous, and take longer to assemble and furnish.

Thank you for your patience.

Yours truly,

Lauri Adams
Regional Solicitor

enclosure:
sample partial transaction history

cc (without enclosure):
Office of Executive Secretariat, MS 7229, MIB, Att'n.: Roy
Mervel Harris, Regional Realty Officer, Alaska Region, Bureau of Indian Affairs
Troy Kahklen, Rights Protection Specialist, Alaska Region, BIA
Lesley DeWilde, Realty Specialist, Fairbanks Field Office, BIA
Glenda Miller, Fiduciary Trust Officer, Office of the Special Trustee
Saldie White, Supervisory Accountant, OST
Jenness R. Burns, Regional Appraiser, OST
Dorothy Edwardsen, Realty Officer, Inupiat Community of the Arctic Slope

# SEI Transaction History Query

**Account:** 985U000204 **From Dt:** 1/1/1950 **To Dt:** 2/6/2006

| Account_ID | Entry_Dt | Batch | Tran_Num | Disb Cd | Rec Cd | Explanation_Tx | Check_Num | Amount |
|---|---|---|---|---|---|---|---|---|
| 985U000204 | 9/28/1998 | ZY29 | 345 | | 45 | DOCUMENT # JV08E20623.INT/AUG98 | | 0.61 |
| 985U000204 | 10/1/1998 | OT4 | 5 | | 35 | CT10E209868 FR#949476 10/01/98 | | 5,473.99 |
| 985U000204 | 10/5/1998 | OT44 | 4 | 73 | | PERSONAL NEEDS | 0014609423 | -2,473.99 |
| 985U000204 | 10/30/1998 | ZY24 | 329 | | 45 | DOCUMENT # JV09E20623.INT/SEP98 | | 0.81 |
| 985U000204 | 11/5/1998 | OT74 | 6 | 47 | | ONE TIME CHECK DISB - KEEP OPEN | 0014621679 | -1,000.00 |
| 985U000204 | 11/19/1998 | ZY16 | 318 | | 45 | DOCUMENT # JV10E20623.INT/OCT98 | | 18.78 |
| 985U000204 | 12/1/1998 | OT6 | 1 | 43 | | ONE TIME DIRECT DEPOSIT DISBURSEMENT | 0000000000 | -2,000.00 |
| 985U000204 | 12/16/1998 | ZY19 | 315 | | 45 | DOCUMENT # JV11E20623.INT/NOV98 | | 13.83 |
| 985U000204 | 1/14/1999 | ZY13 | 321 | | 45 | DOCUMENT # JV12E20623.INT/DEC98 | | 0.73 |
| 985U000204 | 2/18/1999 | ZY16 | 332 | | 45 | DOCUMENT # JV01E20623.INT/JAN99 | | 0.72 |
| 985U000204 | 3/18/1999 | ZY157 | 323 | | 45 | DOCUMENT # JV02E20623.INT/FEB99 | | 0.62 |
| 985U000204 | 4/19/1999 | ZY152 | 328 | | 45 | DOCUMENT # JV03E20623.INT/MAR99 | | 0.75 |
| 985U000204 | 5/18/1999 | ZY138 | 316 | | 45 | DOCUMENT # JV04E20623.INT/APR99 | | 0.67 |
| 985U000204 | 6/16/1999 | ZY145 | 18832 | | 45 | DOCUMENT # JV05E20623.INT/MAY99 | | 0.67 |
| 985U000204 | 7/14/1999 | ZY114 | 19577 | | 45 | DOCUMENT # JV06E20623.INT/JUN99 | | 0.70 |
| 985U000204 | 8/19/1999 | ZY179 | 19449 | | 45 | DOCUMENT # JV07E20623.INT/JUL99 | | 0.69 |
| 985U000204 | 9/16/1999 | ZY138 | 19638 | | 45 | DOCUMENT # JV08E20623.INT/AUG99 | | 0.76 |
| 985U000204 | 10/21/1999 | ZY171 | 19185 | | 45 | DOCUMENT # JV09E20623.INT/SEP99 | | 0.73 |
| 985U000204 | 11/18/1999 | ZY172 | 54246 | | 45 | DOCUMENT # JV10E20623.INT/OCT99 | | 0.77 |
| 985U000204 | 12/17/1999 | ZY181 | 56032 | | 45 | DOCUMENT # JV11E20623.INT/NOV99 | | 0.71 |
| 985U000204 | 1/24/2000 | ZY197 | 58060 | | 45 | DOCUMENT # JV12E20623.INT/DEC99 | | 0.75 |
| 985U000204 | 2/23/2000 | ZY208 | 56422 | | 45 | DOCUMENT # JV01E20623.INT/JAN00 | | 0.74 |
| 985U000204 | 3/17/2000 | ZY169 | 56367 | | 45 | DOCUMENT # JV02E20623.INT/FEB00 | | 0.72 |
| 985U000204 | 4/3/2000 | OD10 | 16 | | 75 | JV03E00142 3/28/00 PROBATE IPSL048H99 | | 11,826.14 |
| 985U000204 | 4/3/2000 | OT54 | 3 | 47 | | ONE TIME DIRECT DEPOSIT DISBURSEMENT | 0015279660 | -11,864.91 |
| 985U000204 | 4/21/2000 | ZY179 | 54711 | | 45 | DOCUMENT # JV03E20623.INT/MAR00 | | 0.76 |
| 985U000204 | 5/16/2000 | ZY174 | 67290 | | 45 | DOCUMENT # JV04E20623.INT/APR00 | | 0.06 |
| 985U000204 | 11/1/2000 | CS1 | 5 | | 77 | CT11E782964, FR 954244, 11/1/00 | | 10,814.01 |
| 985U000204 | 11/1/2000 | CS1 | 9 | | 77 | CT11E782964, FR 954243, 11/1/00 | | 3,559.89 |
| 985U000204 | 11/14/2000 | CS43 | 1 | 47 | | 1 TIME CHECK DISBURSEMENT. | 0015241925 | -14,374.72 |
| 985U000204 | 12/5/2000 | ZY39 | 68538 | | 45 | DOCUMENT # JV11E20623.INT/NOV00 | | 32.54 |

| Account_ID | Entry_Dt | Batch | Tran_Num | Dish Cd | Rec Cd | Explanation_Tx | Check_Num | Amount |
|---|---|---|---|---|---|---|---|---|
| 985U000204 | 1/4/2001 | ZY37 | 70235 | | 45 | DOCUMENT # JV12E20623.INT/DEC00 | | 0.18 |
| 985U000204 | 2/5/2001 | ZY37 | 67323 | | 45 | DOCUMENT # JV01E20623.INT/JAN01 | | 0.18 |
| 985U000204 | 3/5/2001 | ZY40 | 65438 | | 45 | DOCUMENT # JV02E20623.INT/FEB01 | | 0.16 |
| 985U000204 | 4/4/2001 | ZY34 | 66305 | | 45 | DOCUMENT # JV03E20623.INT/MAR01 | | 0.18 |
| 985U000204 | 5/3/2001 | ZY35 | 65024 | | 45 | DOCUMENT # JV04E20623.INT/APR01 | | 0.17 |
| 985U000204 | 6/5/2001 | ZY37 | 64926 | | 45 | DOCUMENT # JV05E20623.INT/MAY01 | | 0.18 |
| 985U000204 | 7/5/2001 | ZY36 | 64361 | | 45 | DOCUMENT # JV06E20623.INT/JUN01 | | 0.17 |
| 985U000204 | 8/3/2001 | ZY37 | 64966 | | 45 | DOCUMENT # JV07E20623.INT/JUL01 | | 0.19 |
| 985U000204 | 9/6/2001 | ZY38 | 64173 | | 45 | DOCUMENT # JV08E20623.INT/AUG01 | | 0.18 |
| 985U000204 | 10/3/2001 | ZY37 | 63267 | | 45 | DOCUMENT # JV09E20623.INT/SEP01 | | 0.16 |
| 985U000204 | 10/25/2001 | CS745 | 3 | | 77 | CT10E782513, FR 955764, 10/25/01 | | 3,559.89 |
| 985U000204 | 10/25/2001 | CS745 | 21 | | 77 | CT10E782513, FR 955764, 10/25/01 | | 17,799.47 |
| 985U000204 | 10/30/2001 | OT160 | 1 | 42 | | 1 TIME DIRECT DEPOSIT DISB. | 0000000000 | -21,393.65 |
| 985U000204 | 11/5/2001 | ZY38 | 76408 | | 45 | OCT 2001 EARNINGS | | 17.48 |
| 985U000204 | 12/5/2001 | ZY37 | 77382 | | 45 | NOV 2001 EARNINGS | | 0.08 |
| 985U000204 | 1/4/2002 | ZY33 | 76398 | | 45 | DEC 2001 EARNINGS | | 0.08 |
| 985U000204 | 2/5/2002 | ZY39 | 75561 | | 45 | JAN 2002 EARNINGS | | 0.08 |
| 985U000204 | 3/5/2002 | ZY38 | 75019 | | 45 | FEB 2002 EARNINGS | | 0.08 |
| 985U000204 | 4/3/2002 | ZY37 | 76204 | | 45 | MAR 2002 EARNINGS | | 0.09 |
| 985U000204 | 5/3/2002 | ZY37 | 75584 | | 45 | APR 2002 EARNINGS | | 0.09 |
| 985U000204 | 6/5/2002 | ZY38 | 75181 | | 45 | MAY 2002 EARNINGS | | 0.09 |
| 985U000204 | 7/3/2002 | ZY37 | 74769 | | 45 | JUN 2002 EARNINGS | | 0.09 |
| 985U000204 | 8/5/2002 | ZY35 | 74829 | | 45 | JUL 2002 EARNINGS | | 0.09 |
| 985U000204 | 9/5/2002 | ZY39 | 74746 | | 45 | AUG 2002 EARNINGS | | 0.09 |
| 985U000204 | 10/3/2002 | ZY37 | 74655 | | 45 | SEP 2002 EARNINGS | | 0.09 |
| 985U000204 | 10/28/2002 | OT138 | 13 | | 77 | CT10E420702 10/25/02 | | 21,359.36 |
| 985U000204 | 10/28/2002 | ZY258 | 77 | 61 | | | 0000000000 | -21,377.79 |
| 985U000204 | 11/5/2002 | ZY39 | 75779 | | 45 | OCT 2002 EARNINGS | | 0.08 |
| 985U000204 | 10/8/2003 | CS123 | 25 | | 77 | CT10E595200, FR 957701 10/3/03 | | 21,359.36 |
| 985U000204 | 10/6/2003 | ZY64 | 90 | 61 | | | 0000000000 | -21,359.44 |
| 985U000204 | 9/29/2004 | ZY269 | 180 | 61 | | | 0000000000 | -21,359.36 |
| 985U000204 | 9/29/2004 | OT206 | 31 | | 77 | CT09E421658 9/29/04 | | 21,359.36 |