# APPENDIX 1 C

United States Department of the Interior
OFFICE OF THE SOLICITOR
ALASKA REGION
4230 University Drive
Suite 300
Anchorage, Alaska 99508-4626
(907) 271-4131

BIA.AK.0926

May 12, 2006

Raymond C. Givens, Attorney at Law
Givens Law Firm
P.O. Box 400
Coeur d'Alene, Idaho 83816

By FedEx & Facsimile to: (208) 676-1296
(Without enclosures)

Dear Ray:

Subject: Response to November 22, 2005 request for information

The information and materials provided along with this letter are forwarded in response to your referenced letter. Although you characterized your request as a request for "an accounting," we are not authorized to provide a formal accounting, and do not represent that the information which we are providing constitutes an accounting. Nonetheless, we believe that we are able to provide all or nearly all the information which you requested, and we do so in the normal course of business, since it is all information concerning the administration of BIA Lease No. F-89-01, to which your clients as successor lessors are entitled.

The easiest way to track the flow of funds is by referring to the spreadsheet attached to this letter as Exhibit 1, laid out on three pages, which identifies all the payments received during the life of the lease, up through the lessee's annual payment for lease year 2006, and including the April 22, 2005 back payment made for the lease period 2002-2005, based on a CPI-based rental adjustment made pursuant to Paragraph 5 of the lease.

Addressing the items of information requested in order:

1) **All funds collected by DOI under the Lease Agreement As Amended.**

As reflected on the referenced spreadsheet, all funds due under the lease have been either "collected," or paid by the lessee to the lenders who had advanced funds to you clients in anticipation of receipt of rent proceeds. These latter amounts are reflected on the spreadsheet under columns labeled "BP Loan."

2) **All funds due under the Lease Agreement As Amended.**

With the exception of the amounts demanded by the Bureau of Indian Affairs (BIA) in its May 5, 2006 letter to lessee BP Exploration (Alaska) Inc. (BPXA), and the yet-to-be-determined

Appendix 1C

adjustments due with respect to the 2006 rent payment, the BIA believes the same spread sheet reflects all of the amounts due under the lease. We realize that you may not agree with this assessment, but the spreadsheet does set forth the BIA the BIA's view as to what payments were due.

3) **All funds paid to the Lessors or their assignees under the Lease Agreement As Amended, with an itemization of the amount and date of each payment and to whom paid.**

In general, all the amounts received, as reflected on the spreadsheet, have been paid out to the Lessors or their assignees. The detail to support this assertion can be found in the roughly two inch thick file forwarded herewith, which contains back-up documentation organized by year. These records reflect amounts disbursed from the Individual Indian Money (IIM) accounts of each of the Lessors.

4) **Copies of all appraisals conducted pursuant to Article 5 and 9 of the original Lease Agreement or pursuant to other provisions of the Lease Agreement As Amended.**

Copies of these requested appraisals are also provided herewith:

a. 1993 BIA in-house appraisal of 10 acres by John Cress
b. 1994 private appraiser Roger Bonnett appraisal of 40 acres contracted for by BPXA
c. 1994 BIA Review Appraiser's Analysis of previous item
d. 1997 BIA in-house Restricted Appraisal Report - Limited Appraisal of 40 acres
e. 2002 Office of the Special Trustee (OST) in-house CPI-based calculation of lease adjustments for the 1998-2001 and 2002-2005 periods
f. 2003 OST in-house CPI-based calculation of lease adjustments for the same periods
g. 2002 OST in-house appraisal for market rent for 40 acres
h. 2004 OST contracted private appraisal of 30 acres by Alan Olson
i. 2004 Desk Review Report of Olson Appraisal prepared for Ray Givens
j. 2004 OST in-house CPI-based calculation of rent adjustment to be applied to lease period 2002-2005, relied upon in March 30, 2005 BIA letter requesting back rent
k. 2005 OST in-house corrected calculation of CPI-based adjustment for same period, not sent to BPXA, but superseded in any case by May 5, 2006 notice of back rent sent to BPXA
l. 2005 OST contracted private appraisal by Chris Guinn covering 40 acres (provided under separate cover, along with decision mentioned immediately above)

It is noted that not all of these appraisals were accepted or utilized in adjusting the rent owed or paid by BPXA. Where more than one calculation or appraisal was done in connection with a particular adjustment called for under the lease, the highest figure was the one

communicated to and eventually paid by BPXA. Indeed, the annual rent actually paid by BPXA for the lease years 1998 through 2005 was $88,997.34, an amount not precisely reflected in any of these documents. It appears that BPXA made its own Lease Paragraph 5 CPI-based rental adjustment to calculate the increase between 1994 and 1998, leading to an annual rent increase from $80,640 to $88,997.34. This increase was greater than that calculated by the BIA or OST in either items (e) or (f) above, and was therefore accepted by the Bureau. In item (e), the CPI-increase-adjusted rent for lease year 1998, due November 1, 1997, was calculated to be $87,308.93, and in item (f), it was calculated to be $86,518.66. BPXA in fact paid the slightly higher annual rent amount of $88,997.34. (See the 1996 note in the BPXA-prepared lease payment summary, attached to this letter as Exhibit 2.)

It is also noted that there may have been a pre-1993 appraisal that is not available from local OST files. Next week an inquiry will be made as to whether such appraisal is catalogued and/or available from the Federal Archives.

**5) All "cost adjustment factor" determinations prepared pursuant to Article 5 of the original lease or pursuant to other provisions of the Lease Agreement As Amended.**

These documents are included among those listed immediately above, as items (e), (f), (j), and (k). As noted in the BIA's May 5, 2006 rental adjustment notice, another CPI-based adjustment determination, applicable to the 2006 rental year, will be issued very shortly.

**6) All rental payment adjustment determinations of DOI as to "which ever is greater" between "appraisals" provided for in Article 5 and 9 of the original Lease Agreement and the "Cost Adjustment Factor" provided for in Article 5 of the original Lease Agreement.**

I haven't seen any memos reflecting a specific determination in this regard. However, it seems to be clear enough that the determination was made that the CPI-based increase was greater than the appraisal-based one in the transition to the 1998-2001 lease period. According to the May 14, 1997 "Limited Appraisal" prepared by BIA Area Chief Appraiser J. Richard Larson, item (d) above, the fair market rental value at that time was estimated to be $85,680, or a few thousand dollars a year *less than* the rental increase based on the CPI-based adjustment which was implemented a few months later with respect to the 1998-2001 lease period.

As to the 2002-2005 period, of course, the BIA issued a notice of rent increase on May 5, 2006, which implicitly reflects a determination that the called-for appraisal-based increase was substantially *greater than* the CPI-based increase that was retroactively instituted a little over a year ago, resulting in BPXA's $26,912.85 initial back rent payment.

7) **All funds due and owing under the Lease Agreement As Amended that remain unpaid.**

According to BIA and OST records, the only lease payments outstanding are those called for by the May 5, 2006 appraisal-based back rent payment demand, and one or the other of a CPI- or appraisal-based adjustment applicable to the 2006 payment received last fall.

Please don't hesitate to call if you have additional questions about the materials furnished herewith.

Respectfully,

Roger L. Hudson

attachments:
BIA-prepared spreadsheet (Exhibit 1)
BPXA-prepared payment summary (Exhibit 2)

enclosures:
as stated

cc (without enclosures):
Office of Executive Secretariat, MS 7229, MIB, Att'n.: Roy
Susan Lindquist, Assistant U.S. Attorney, District of Alaska
Janet Goodwin, Senior Attorney, Division of Indian Affairs, Office of the Solicitor
Mervel Harris, Regional Realty Officer, Alaska Region, Bureau of Indian Affairs
Fred Matsuno, Rights Protection Specialist, Alaska Region, BIA
Lesley DeWilde, Realty Specialist, Fairbanks Field Office, BIA
Glenda Miller, Fiduciary Trust Officer, Office of the Special Trustee
Jenness R. Burns, Regional Appraiser, OST
Dorothy Edwardsen, Realty Officer, Inupiat Community of the Arctic Slope

Case 1:06-cv-00491-NBF Document 32-4 Filed 02/21/2007 Page 6 of 9

Oenga Lease Agreement with BP  Native Allotment F-14632 Parcel B

| | SHARE | 1/20/1989 | Field Receipt and Check # and Date received | 1/20/1990 | Field Receipt and Check # and Date received | 1/20/1991 | Field Receipt and Check # and Date received | 1/20/1992 | Field Receipt and Check # and Date received | 1/20/1993 | Field Receipt and Check # and Date received | 1/20/1994 | Field Receipt and Check # and Date received | 1/20/1995 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Oenga | 1 | $ 41,080.00 | FR 840301 4/24/89 | Need copy of check or field receipt | | | | | | | | | | AMT REC'D $41,198.46 |
| US Treasury | CFR 162.15 Lease goes to US Treasury | $ 180.00 | 839860 020651 02-06-89 | | | | | | | | | | | |
| Andrew Oenga | 1 | $ 7,200.00 | 940337 0274570 08-14-89 | | | | | | | | | | | |
| Andrew Oenga | 1 | $ 16,000.00 | FR 842403 11/22/89 | | | | | | | | | | | |
| TOTAL | | $ 64,200.00 | | | | | | | | | | | | |
| | | | | $ 16,000.00 | | $ 16,000.00 | | $ 16,000.00 | | $ 46,822.00 | | $ 137,120.00 | | $80,540.00 |
| [illegible] | | | | | | | | | | | | | | |
| Jennie Oenga | 1/5 | | | $ 3,200.00 | 939931(posted as 940931)002957-11/28/90 | $ 3,200.00 | 941366 H018483 11-06-91 | $ 3,200.00 | 943240 35081 12-08-92 | $ 9,364.40 | 944305 H024184 11-29-93 | $ 27,424.00 | 944234 H051620 01-25-94 | $ 16,126.00 |
| Wallace Oenga | 1/5 | | | $ 3,200.00 | 939931(posted to acct as 940931)002957-11/28/90 | $ 3,200.00 | 941366 H018483 11 05-91 | $ 3,200.00 | 943240 35081 12-08-92 | $ 9,364.40 | 944305 H024184 11-29-93 | $ 27,424.00 | 944234 H051620 01-25-94 | $ 3,802.62 |
| Georgene Shugluk | 1/5 | | | $ 3,200.00 | 939931(posted to acct as 940931)002957-11/28/90 | $ 3,200.00 | 941366 H018483 11 08-91 | $ 3,200.00 | 943240 35081 12-08-92 | $ 9,364.40 | 944305 H024184 11-29-93 | $ 27,424.00 | 944234 H051620 01-25-94 | $ 9,966.26 |
| LeRoy Oenga | 1/5 | | | $ 3,200.00 | 939931(posted to acct as 940931)002957-11/28/90 | $ 3,200.00 | 941366 H018483 11 08-91 | $ 3,200.00 | 943240 35081 12-08-92 | $ 9,364.40 | 944305 H024184 11-29-93 | $ 27,424.00 | 944234 H051620 01-25-94 | $ 1,397.42 |
| Michael Delia | 1/5 | | | $ 3,200.00 | 939931(posted to acct as 940931)002957-11/28/90 | $ 3,200.00 | 941366 H018483 11 08-91 | $ 3,200.00 | 943240 35081 12 09-92 | $ 9,364.40 | 944305 H024184 11-29-93 | $ 27,424.00 | 944234 H051620 01-25-94 | $ 9,965.26 |
| Heirs of Jennie Oenga [illegible] (see above heirs also) | | | | | | | | | | | | | | |
| Tony Delia | 1/100 | | | | | | | | | | | | | |
| Joseph delia | 1/100 | | | | | | | | | | | | | |
| Andrew Oenga | 1/100 | | | | | | | | | | | | | |
| Jennie Miller Delia | 1/100 | | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | | | |
| TOTAL: | | | | | | $ 16,000.00 | | $ 16,000.00 | | $ 46,822.00 | | $ 137,120.00 | | $ 41,198.46 |

Osage Lease Agreement with BP

| Field Receipt and Check # and Date received | 1/20/1996 | | Field Receipt and Check # and Date received | 1/20/1997 | Field Receipt and Check # and Date received | 1/20/1998 | Field Receipt and Check # and Date received | 1/20/1999 | Field Receipt and Check # and Date received | 1/20/2000 | Field Receipt and Check # and Date received | 1/20/2001 | Field Receipt and Check # and Date received | 1/20/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP LOAN $39,441.54 | AMT REC'D $41,198.46 | BP LOAN $39,441.54 | | AMT REC'D $49,555.81 | BP LOAN $39,441.54 | AMT REC'D $49,555.81 | BP LOAN $39,441.54 | AMT REC'D $20,635.16 | BP LOAN $88,362.19 | AMT REC'D $52,732.75 | BP LOAN $36,264.60 | AMT REC'D $71,197.88 | BP LOAN $17,799.47 | AMT REC'D $61,972.71 |
| | $80,640.00 | | | $88,997.35 | | $88,997.35 | | $88,997.35 | | $88,997.35 | | $ 88,997.36 | | $88,997.35 |
| [redacted] | | | | | | | | | | | | | | |
| 945450 H064904 10-27 95 | $18,128.00 | Jennie Oenga | 948345 H064951 10-22 96 | $17,799.47 | 949561 H128596 10-23 97 | $17,799.47 | 949476 H142736 09-28 98 | $17,799.47 | 949516 H158126 09-28-99 | | | | | |
| 945450 H064913 10-27 95 | $ 3,802.52 | Wallace Oenga | 948345 H064952 10-22 96 | $ 6,473.99 | 949561 H128597 10-23 97 | $ 6,473.99 | 949476 H142737 09-28 98 | | | $14,373.90 | 954244 177018 10-30-00-10,814.01; 954243 177019 | $ 21,359.36 | 955764 00001304 10-19-01 | $21,359.36 |
| 945450 H064912 10-27 95 | $ 9,965.28 | Georgene Shuglik | 948345 H064954 10-22 96 | $11,836.73 | 949561 H128599 10-23 97 | $11,838.73 | 949476 H142739 09-28 98 | $ 1,516.27 | 949516 H158126 09-28-99 (1973.06) 949517 | $ 9,879.68 | 954246 177016 10-30-00-8319.80; 954243 177019 10/30/00 | $ 21,359.36 | 955764 00001306 10-19-01 | $21,359.36 |
| 945450 H064914 10-27 95 | $ 1,337.42 | LeRoy Oenga | 948345 H064950 10-22 96 | $ 3,008.89 | 949561 H128595 10-23 97 | $ 3,008.89 | 949476 H142735 09-28 98 | | | $3,559.89 | 954243 10-30-00-3559.89 | $ 3,559.89 | 955764 00001305 10-19-01 | $14,334.75 |
| 945450 H064911 10-27 95 | $ 9,965.26 | Michael Della | 948345 H064953 10-22 96 | $11,836.73 | 949561 H128598 10-23 97 | $11,838.73 | 949476 H142738 09-28 98 | $ 1,621.77 | 949514 H156127 09-28-99 (1452.61) 949517 2982353 09-27-99 (159.16) | $21,359.36 | 954245 177017 10-30-00-17799.47 954243 10-30- | $ 21,359.36 | 955764 00001305 10-19-01 | $21,359.36 |
| | | Heirs of Jennie Oenga [illegible] | | | | | | | | | | | | |
| | | Michael Della Tony Della | | | | | | | | 889.88 | 954243 10-30-00 | 889.88 | 955764 00001305 10-19-01 | $ 889.97 |
| | | Joseph Della | | | | | | | | 889.88 | 954243 10-30-00 | 889.88 | 955764 00001305 10-19-01 | $ 889.97 |
| | | Andrew Della | | | | | | | | 889.98 | 954243 10-30-00 | 889.88 | 955764 00001305 10-19-01 | $ 889.97 |
| | | Jennie Miller Della | | | | | | | | 889.97 | 954243 10-30-00 | 889.97 | 955764 00001305 10-19-01 | $ 889.97 |
| | $41,198.46 | TOTAL: | | $49,555.81 | | $49,555.81 | | $20,937.51 | | $52,732.75 | | $ 71,197.88 | | $61,972.71 |

2

| Field Receipt and Check # and Date received | 1/20/2003 | Field Receipt and Check # and Date received | 1/20/2004 | Field Receipt and Check # and Date received | 9/28/2005 | Field Receipt and Check # and Date received | 9/28/2005 | Check # and Date received VIA Lockbox |
|---|---|---|---|---|---|---|---|---|
| DIP LOAN 97,024.64 | $ 88,997.35 | | $ 88,997.35 | | $26,912.85 | | $ 95,368.31 | |
| 955810 207184 10-24-02 | $ 21,359.36 | 957701 207497 09-30-03 | $ 21,359.36 | 957736 207690 09-24-04 | $ 6,459.08 | 957798 208129 04/22/2005 | $ 22,888.47 | 208210 09/28/2005 |
| 955812 207186 10-24-02 | $ 21,359.36 | 957704 207500 09-30-03 | $ 21,359.36 | 957732 207692 09-24-04 | $ 6,459.08 | 957796 208132 04/22/2005 | $ 22,888.47 | 208208 09/28/2005 |
| 955809 207183 10-24-02 | $ 21,359.39 | 957703 207498 09-30-03 | $ 21,359.39 | 957733 207689 09-24-04 | $ 6,459.09 | 957797 208131 04/22/2005 | $ 22,888.48 | 208206 09/28/2005 |
| 955811 207185 10-24-02 | $ 21,359.36 | 957702 207499 09-30-03 | $ 21,359.36 | 957734 207691 09-24-04 | 6459.08 | 957799 208130 | $ 22,888.47 | 208209 09/28/2005 |
| 955813 207187 10-24-02 | $ 889.97 | 936357 207501 09-30-03 | $ 889.97 | 957739 207593 09-24-04 | $ 269.13 | 959203 208125 04/22/2005 | $ 953.62 | 208214 09/28/2005 |
| 955814 207188 10-24-02 | $ 889.97 | 936358 207502 09-30-03 | $ 889.97 | 957738 207684 09-24-04 | $ 269.13 | 959202 208126 | $ 953.60 | 208213 09/28/2005 |
| 955815 207189 10-24-02 | $ 889.97 | 936359 207503 09-30-03 | $ 889.97 | 957747 207695 09-24-04 | $ 269.13 | 959201 208127 04/22/2005 | $ 953.60 | 208212 09/28/2005 |
| 955816 207190 10-24-02 | $ 889.97 | 936360 207504 09-30-03 | $ 889.97 | 957746 207696 09-24-04 | $ 269.13 | 957800 208128 04/22/2005 | $ 953.60 | 208211 09/28/2005 |
| | $ 88,997.35 | | $ 88,997.35 | TOTAL | $ 26,912.85 | | $ 95,368.31 | |

Payment Schedule

| | | Payment to Wells Fargo | Alloc to heirs of | Payment to Lessor | |
|---|---|---|---|---|---|
| 1995 Total Lease Payment | $80,640.00 | | | | |
| Payment due 11/1/1995 | | | | | |
| Total Payment LeRoy Oenga | $16,128.00 | $14,790.58 | | $1,337.42 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000205 |
| Total Payment Jennie Oenga | $16,128.00 | $0.00 | | $16,128.00 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $16,128.00 | $12,325.48 | | $3,802.52 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $16,128.00 | $6,162.74 | | $9,965.26 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $16,128.00 | $6,162.74 | | $9,965.26 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $80,640.00 | $39,441.54 | | $41,198.46 | |
| 1996 Total Lease Payment | | | | | |
| Payment due 11/1/1996 | | | | | |
| Total Payment LeRoy Oenga | $16,128.00 | $14,790.58 | | $1,337.42 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment Jennie Oenga | $16,128.00 | $0.00 | | $16,128.00 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $16,128.00 | $12,325.48 | | $3,802.52 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $16,128.00 | $6,162.74 | | $9,965.26 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $16,128.00 | $6,162.74 | | $9,965.26 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $80,640.00 | $39,441.54 | | $41,198.46 | |
| Lease Rental Adjustment for the period 1/1/98 through 12/31/2002 is effective with the next (11/1/97) rental payment. Adjustment is based on the change in the CPI since the last adjustment in 1994. Previous CPI on January 1, 1994 was 140.7. The new payment should be entered as indicated by the (*) and should be divided by 5 to derive the payment due each Lessor (indicated by (*)). | | | | | |
| 1997 Total Lease Payment | | | | | |
| Payment due 11/1/1997 | $88,997.34 | | | | |
| Total Payment LeRoy Oenga | $17,799.47 | $14,790.58 | | $3,008.89 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment Jennie Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $17,799.47 | $12,325.48 | | $5,473.99 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $6,162.74 | | $11,636.73 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $6,162.74 | | $11,636.73 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $88,997.34 | $39,441.54 | | $49,555.80 | |
| 1998 Total Lease Payment | | | | | |
| Payment due 11/1/1998 | $88,997.34 | | | | |
| Total Payment LeRoy Oenga | $17,799.47 | $14,790.58 | | $3,008.89 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment Jennie Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $17,799.47 | $12,325.48 | | $5,473.99 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $6,162.74 | | $11,636.73 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $6,162.74 | | $11,636.73 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $88,997.34 | $39,441.54 | | $49,555.80 | |
| 1999 Total Lease Payment | | | | | |
| Payment due 11/1/1999 | $88,997.34 | | | | |
| Total Payment Leroy Oenga | $17,799.47 | $17,799.47 | | ($0.00) | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment Jennie Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $17,799.47 | $17,799.47 | | ($0.00) | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $16,338.86 | | $1,462.61 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $16,426.39 | | $1,373.08 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $88,997.34 | $68,362.19 | | $20,635.15 | |
| The payment due 11/1/99 is the last payment requiring payments to the NBA. You should receive a new Rental Division Order from Leroy, Wallace, Georgene and Michael directing that their respective shares be paid to the BIA for future payments. Request the new RDO from ASNA per paragraph 34 of the Third Lease Amendment. | | | | | |
| 2000 Total Lease Payment | | | | | |
| Payment due 11/1/2000 | $88,997.34 | | | | |
| Total Payment Leroy Oenga | $17,799.47 | $17,799.47 | | $0.00 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment the Heirs of Jennie Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $17,799.47 | $6,985.46 | | $10,814.01 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $11,479.87 | | $6,319.60 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $88,997.34 | $36,264.80 | | $52,732.74 | |
| 2001 Total Lease Payment | | | | | |
| Payment due 11/1/2001 | $88,997.34 | | | | |
| Total Payment Leroy Oenga | $17,799.47 | $17,799.47 | | ($0.00) | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment the Heirs of Jennie Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Jenny Oenga #985U000203 |
| Total Payment Wallace Oenga | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $0.00 | | $17,799.47 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| | $88,997.34 | $17,799.47 | | $71,197.87 | |
| 2002 Total Lease Payment | | | | | |
| Payment due 11/1/2002 (AFE 51.0537) | $88,997.34 | | | | |
| Total Payment Leroy Oenga | $17,799.47 | $7,024.64 | 20% | $14,334.75 | Collection Officer BIA to the IIM account of Leroy Oenga Sr. #985U000206 |
| Total Payment the Heirs of Jennie Oenga | $17,799.47 | $0.00 | | | |
| Total Payment Wallace Oenga | $17,799.47 | $0.00 | 20% | $21,359.36 | Collection Officer BIA to the IIM account of Wallace Oenga #985U000204 |
| Total Payment Michael M. Della | $17,799.47 | $0.00 | 20% | $21,359.36 | Collection Officer BIA to the IIM account of Michael M. Della #985U000207 |
| Total Payment Georgene Shugluk | $17,799.47 | $0.00 | 20% | $21,359.36 | Collection Officer BIA to the IIM account of Georgene Shugluk #985U000205 |
| Total Payment Tony Della | | | 5% | $889.97 | Collection Officer BIA to the IIM account of Tony Della #985U000754 |
| Total Payment Joseph Della | | | 5% | $889.97 | Collection Officer BIA to the IIM account of Joseph Della #985U000755 |
| Total Payment Andrew Della | | | 5% | $889.97 | Collection Officer BIA to the IIM account of Andrew Della #985U000758 |
| Total Payment Jennie Miller Della | | | 5% | $889.97 | Collection Officer BIA to the IIM account of Jennie Miller Della #985U000759 |
| | $88,997.34 | $7,024.64 | 100% | $81,972.73 | |

Page 1

Exhibit 2