**APPENDIX 2**

GIVENS LAW FIRM
P.O. Box 400, 118 N. 7th Street
Coeur d'Alene, ID 83816
phone (208) 676-1310
fax (208) 676-1296
raygivens@givenslaw.com

December 1, 2005

Honorable Gale Norton
Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington DC 20240

Inupuit Community of the Artic Slope
Realty Office
P.O. Box 0934
6986 Ahmaogak Street
Barrow, Alaska 99723-0934

Re: BIA Lease No. F-89-01, Heirs of Andrew Oenga

TO: The Department of the Interior, Bureau of Indian Affairs (BIA) and its agent, Inupuit Community of the Article Slope. (ICAS), as successor in interest to Artic Slope Native Association, Limited (ASNA)

On behalf of the heirs of Andrew Oenga, demand is hereby made that you immediately give Notice of Default, Breach, and Failure to Perform or Comply regarding the above referenced Lease, as amended and 25 CFR 162, to Lessee BP Exploration (Alaska) Inc., the successor in interest to Standard Alaska Production Company (BP) pursuant to Paragraph 8 of the original Lease Agreement signed in January 1989 (default provisions) and ¶ 34 of the Third Amendment to BIA Lease F-89-01 signed in May 1995 (barring Oengas' from communicating directly with BP and requiring communication be from BIA or its agent as Trustee for Oengas).

The specific items of default, breach, and failure to perform or comply with terms and conditions of the Lease as amended include:

1) Failure of BP to make proper and timely lease payments in the appropriate amounts as required by the Lease.
2) Unauthorized and unreasonable use of the property by utilizing the property to produce oil from the West Niakuk Lease.
3) Unauthorized and unreasonable use of the property by altering the footprint and thereby destroying the essential character and benefits of the property without the consent of the Lessor.

Appendix 2

4) Material misrepresentation regarding the intended use of the property as an oil production pad as opposed to an oil pipeline corridor as shown by the Lease attachments.

Oengas demand that this Notice be sent immediately because of statute of limitation concerns. The Notice must demand that BP cure all Lease violations within 10 days or Oengas will exercise their Option under ¶ 8 of the Lease.

Please provide this office with a copy of the Notice at the address on the letterhead.

Thank you very much.

Sincerely,

Raymond C. Givens
Attorney for Oenga Heirs

RCG:jr

cc: Oenga Heirs
Office of Special Trustee
Assistant Secretary for Indian Affairs
Bureau of Indian Affairs Alaska Area Director
Roger Hudson, Deputy Solicitor, Bureau of Indian Affairs