# APPENDIX 4

GIVENS LAW FIRM

P.O. Box 400, 912 E. Sherman Ave.
Coeur d'Alene, ID 83816-0400
phone (208) 676-1310
fax (208) 676-1296
raygivens@givenslaw.com
www.givenslaw.com

April 19, 2006

Honorable Lynn Scarlett
Acting Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington DC 20240

Re: Notice of Intent to Sue re: Heirs of Andrew Oenga
Allotment # F-14632, Parcel B, BIA Lease # F-89-01

Dear Ms. Acting Secretary:

On behalf of the Heirs of Andrew Oenga (Oenga Heirs) notice of intent to sue is hereby given to the United States, the Department of the Interior (DOI) and the Secretary of the Interior (Secretary). The claim stems from the federal government's handling of the above Allotment and Lease as amended. The claim includes the federal government's breach of trust obligation and fiduciary duty owed Andrew Oenga and the Oenga Heirs.

The dispute involves a claim by allottees regarding DOI's handling of the lease of a Native Allotment to an oil company. The land originally was to be used as an oil pipeline right-of-way, but now used as an oil production facility.

The damages that would be sought have not yet been fully quantified, in part due to the pending status of a request for accounting. The claim is estimated to be in the tens of millions of dollars. In the twelve years since the property has been used for an oil production facility, it is estimated that over $1.5 billion worth of oil has been pumped thru the facility on Allotment F-14632, Parcel B. A reasonable rental value for the use of such surface rights as an oil production facility is a 2 ½% royalty payment. *Flying Diamond Oil v. Newton Sheep Co.*, 776 P.2d 618, 620-621, 629 (Utah 1989). This would be over $37 million in rent due. Instead, the Oengas have received less than $90,000/year. The damages are ongoing, with oil continuing to be produced, and the lease and option period not expiring until 2039.

The liability for breach of trust stems from both the active involvement of federal government negotiating and implementation of the above lease on behalf of Andrew Oenga and the Oenga Heirs, and from the federal government's lack of required action and mismanagement regarding the Lease.

Documents relevant to the federal involvement and liability are in the possession of the Department of the Interior, Office of Special Trustee (Alaska), Bureau of Indian Affairs (Alaska), Solicitor's Office (Alaska) and DOI's realty contractor, Inupiat Community of the Artic Slope. Mr. Roger Hudson of DOI's Solicitor's office in Alaska is most familiar with the matter. Further details regarding federal liability are set out in the attached letter to Mr. Hudson, which is incorporated herein.

Jurisdiction in the Court of Federal Claims exists as a result of the Tucker Act, 28 U.S.C. § 1491, the pervasive federal regulatory scheme set out in 25 U.S.C. § 415(a) and 25 CFR, Part 162, Subpart, F, and the active involvement of DOI, creating the trust relationship. *Brown v. United States*, 86 F.3d 1554 (Fed. Cir. 1996). DOI's active involvement includes: a) negotiating the original lease on behalf of Mr. Oenga (at the time an Inupiat gentleman in his 70's who spoke no English), b) negotiating and signing the first amendment without Oengas' involvement or signature, c) conducting other negotiations without Oenga involvement and d) negotiating a third amendment that goes so far as to bar the Oengas from even communicating with the lessee, BP Exploration (Alaska) Inc. (BPX). This is sufficient to create a substantive basis for Court of Federal Claims jurisdiction under the Tucker Act. *United States v. Mitchell*, 463 U.S. 206 (1983) (Mitchell II) and *United States v. White Mountain Apache Tribe*, 537 U.S. 465 (2003).

A Tolling Agreement has been entered into between the United States, BPX and the Oenga Heirs. It expires on June 30, 2006. The U.S. Attorney's office in Alaska signed for the United States.

If the federal government wishes to discuss resolution of this matter prior to litigation, please contact the attorney for the Oenga Heirs, Raymond C. Givens, Givens Law Firm, P.O. Box 400, Coeur d'Alene, Idaho 83816. 208-676-1310.

Thank you for your consideration.

Sincerely,

[signature]

Raymond C. Givens
Attorney for Oenga Heirs

RCG:jr

cc: Oenga Heirs
Office of Special Trustee
Assistant Secretary for Indian Affairs
Bureau of Indian Affairs Alaska Area Director
Roger Hudson, Deputy Solicitor, Bureau of Indian Affairs
Susan Lindquist, Dept. of Justice, U.S. Attorney's Office, Alaska