# APPENDIX 5

COPY

# The United States of America

## *Native Allotment*

F-14632
Parcel B, Lot 1

Heirs, Devisees and/or Assigns of Andrew Oenga

This Native Allotment is a deed issued by the UNITED STATES, Department of the Interior, Bureau of Land Management, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7599, as GRANTOR, to the Heirs, Devisees and/or Assigns of Andrew Oenga, in care of the Inupiat Community of the Arctic Slope, P.O. Box 934, Barrow, Alaska 99723-0934, as GRANTEE, for lands in the Barrow Recording District.

IT IS HEREBY CERTIFIED That, the application F-14632, Parcel B, Lot 1, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. §§ 270-1 to 270-3 (1970), repealed with a savings provision by 43 U.S.C. § 1617(a) (2000), has been approved pursuant to that Act, as amended, for the following-described land:

Umiat Meridian, Alaska

T. 12 N., R. 15 E.,
Sec. 36, Tract B.

Containing 22.21 acres, as shown on the plat of survey officially filed November 18, 1996.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land described above shall be deemed the homestead of the allottee and his heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

Appendix 5

Certificate No. 50-2005-0580

COPY

EXCEPTING AND RESERVING TO THE UNITED STATES:

1. A right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. § 945 (2000); and

2. All of oil and gas in the land so allotted, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, as amended, 43 U.S.C. §§ 270-11 (1982) (repealed with a savings provision) and 270-12 (2000).

THE GRANT OF THE ABOVE-DESCRIBED LAND IS SUBJECT TO, an easement fifty (50) feet in width adjacent to and north of the section line of Sec. 36, T. 12 N., R. 15 E., Umiat Meridian, for use as a public highway and for public utilities.

/s / Krissell Crandall

Krissell Crandall
Chief, Branch of Adjudication I

Dated at ANCHORAGE, ALASKA

on SEPTEMBER 2 7 2005

Return Recorded Document to: