# APPENDIX 8

**DAMAGE CALCULATION**
(Calcuated at Various Potential Royalty Percentages)

| A | B | C | D | E | F | |
|---|---|---|---|---|---|---|
| **Year** | **Total Vol. Niakuk Pool (bbls)** | **Price per Barrel** | **Oil Value Thru Pt Heald Pad** | **1% Royalty** | **Amount Paid to Oenga** | |
| 1994 | 3,383,208 | $14.61 | $49,428,699 | $494,287 | $80,640 | |
| 1995 | 7,043,658 | $14.62 | $102,978,280 | $1,029,783 | $80,640 | |
| 1996 | 10,936,851 | $18.46 | $201,894,269 | $2,018,943 | $80,640 | |
| 1997 | 10,264,904 | $17.23 | $176,864,296 | $1,768,643 | $80,640 | |
| 1998 | 10,024,720 | $10.87 | $108,968,706 | $1,089,687 | $80,640 | |
| 1999 | 9,356,945 | $15.56 | $145,594,064 | $1,455,941 | $88,997 | |
| 2000 | 6,997,392 | $26.72 | $186,970,314 | $1,869,703 | $88,997 | |
| 2001 | 6,627,597 | $21.84 | $144,746,718 | $1,447,467 | $88,997 | |
| **Sub-Total** | **64,635,275** | | **$1,117,445,348** | **$11,174,454** | **$670,192** | |
| | | | | | | |
| Damages if Rent @ 1% Royalty | | | | | | |
| | 1 % Royalty | | $11,174,454 | | | |
| | Less Amount Paid Oenga | | -$670,192 | | | |
| | Damage Due | | **$10,504,262** | plus 18% interest compounded annually - Lease ¶ 7 | | |
| | | | | | | |
| Damages if Rent @ 1.667% Royalty | | | | | | |
| | 1% Royalty x 1.667 | | $18,627,814 | | | |
| | Less Amount Paid Oenga | | -$620,192 | | | |
| | Damage Due | | **$18,007,622** | plus 18% interest compounded annually - Lease ¶ 7 | | |
| | | | | | | |
| Damages if Rent @ 2% Royalty | | | | | | |
| | 1% Royalty x 2 | | $22,348,907 | | | |
| | Less Amount Paid Oenga | | -$670,192 | | | |
| | Damage Due | | **$21,678,715** | plus 18% interest compounded annually - Lease ¶ 7 | | |
| | | | | | | |
| Damages if Rent @ 2.5% Royalty | | | | | | |
| | 1% Royalty x 2.5 | | $27,936,134 | | | |
| | Less Amount Paid Oenga | | -$670,192 | | | |
| | Damage Due | | **$27,265,942** | plus 18% interest compounded annually - Lease ¶ 7 | | |
| | | | | | | |
| Damages if Rent @ 4% Royalty | | | | | | |
| | 1% Royalty x 4 | | $44,697,814 | | | |
| | Less Amount Paid Oenga | | -$670,192 | | | |
| | Damage Due | | **$44,027,622** | plus 18% interest compounded annually - Lease ¶ 7 | | |
| | | | | | | |
| Damages if Rent @ 4.167% Royalty | | | | | | |
| | 1% Royalty x 4.167 | | $46,563,948 | | | |
| | Less Amount Paid Oenga | | -$670,192 | | | |
| | Damage Due | | **$45,893,756** | plus 18% interest compounded annually - Lease ¶ 7 | | |