UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,** | |
| **Plaintiffs,** | **No. 06-491 L** |
| **v.** | **Chief Judge Edward Damich** |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | |
| **Defendant-Intervenors.** | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS**

Defendant hereby moves for an enlargement of time of twenty-five days, from March 1, 2007, to, and including, March 26, 2007, in which to respond to Plaintiffs' discovery - - namely: (1) First Requests for Production to the United States; (2) First Requests for Admission to the United States; and (3) First Interrogatories to the United States. In support of this motion, the Defendant states as follows:

1. The letter of Plaintiffs' counsel transmitting Plaintiffs' discovery is dated January 30, 2007 - - the day before Plaintiffs' counsel was to enter the hospital for surgery - - thereby making responses due by March 1, 2007;

2. Plaintiffs' counsel's office e-mailed the transmittal letter and discovery requests to Defendant's counsel; this e-mail was not received until February 7, 2007;

3. The Field Solicitor's Office has spent considerable time reviewing a large volume of potentially relevant non-government documents, copies of which it only recently obtained, but still has many documents to review;

4. Defendant has also drafted responses to the requests for admissions;

5. Counsel for Defendant has been required to devote considerable time on a major reply brief in another Indian case pending in federal district court;

6. Plaintiffs' counsel has authorized defendant's counsel to state that he does not oppose this motion.

This is the first request for an enlargement of time to respond to Plaintiffs' discovery which the government has made.

Dated this 21st day of February, 2007.

Respectfully submitted,

s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P.O. Box 0663
Washington, D.C. 20044-0663
Ph: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov