Westlaw.



**25** C.F.R. s **211.**1

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211**--LEASING OF TRIBAL LANDS FOR MINING

s **211**.1 Definitions.

(a) The term "superintendent" in this part refers to the superintendent or other officer of the Bureau of Indian Affairs or of the Government who may have jurisdiction over the lands involved.

(b) The term "supervisor" in this part refers to a representative of the Secretary of the Interior, under direction of the U.S. Geological Survey, authorized and empowered to supervise and direct operations under oil and gas or other mining leases, to furnish scientific and technical information and advice, to ascertain and record the amount and value of production, and to determine and record rentals and royalties due and paid.

Cross Reference: For rules and regulations of the Geological Survey, see 30 CFR chapter II.

PART **211**--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.**1

**25** CFR s **211.**1

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.**1a

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211**--LEASING OF TRIBAL LANDS FOR MINING
**HOW TO ACQUIRE LEASES**

s **211**.1a Existing permits or leases on minerals acquired for the Ute Indian Tribe of the Uintah and Ouray Reservation, Utah, and the Pueblos of Zia and Jemez, New Mexico.

By the act of July 14, 1956 (70 Stat. 546), title to the minerals underlying certain lands in Utah was vested in the United States in trust for the Ute Indian Tribe of the Uintah and Ouray Reservation and by the Act of August 2, 1956 (70 Stat. 941), title to certain land in New Mexico and the improvements thereon was declared to be in the United States of America in trust for the Pueblos of Zia and Jemez, subject to valid and existing rights. Existing mineral prospecting permits and mining leases on these lands issued pursuant to 43 CFR and all action on the permits and leases shall be administered by the Secretary of the Interior or his authorized representative in accordance with the regulations set forth in Title 43 of the Code of Federal Regulations, except as follows:

(a) Appeals from administrative action shall be made pursuant to applicable regulations set forth in this title.

(b) Payments or reports required by the leases, permits, or regulations in title 43 CFR shall be made to the Superintendent having jurisdiction over the land involved instead of the officer of the Bureau of Land Management designated in title 43 CFR.

[**25** FR 12408, Dec. 3, 1960. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **211**--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.**1a

**25** CFR s **211.**1a

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.2**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.2** Leases to be made by tribes.

Indian tribes, bands or groups may, with the approval of the Secretary of the Interior or his authorized representative, lease their land for mining purposes. No oil and gas lease shall be approved unless it has first been offered at an advertised sale in accordance with s 211.3. Leases for minerals other than oil and gas shall be advertised for bids as prescribed in s 211.3 unless the Commissioner grants to the Indian owners written permission to negotiate for a lease. Negotiated leases, accompanied by proper bond and other supporting papers, shall be filed with the Superintendent of the appropriate Indian Agency within 30 days after such permission shall have been granted by the Commissioner to negotiate the lease. The appropriate Area Director is authorized in proper cases to grant a reasonable extension of this period prior to its expiration. The right is reserved to the Secretary of the Interior to direct that negotiated leases be rejected and that they be advertised for bids. All leases shall be approved by the Secretary of the Interior or his duly authorized representative.

[23 FR 9393, Dec. 4, 1958. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.2**

**25** CFR s **211.2**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.3**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.3** Sale of oil and gas leases.

(a) At such times and in such manner as he may deem appropriate, after being authorized by the tribal council or other authorized representative of the tribe, the superintendent shall publish notices at least thirty days prior to the sale, unless a shorter period is authorized by the Commissioner of Indian Affairs, that oil and gas leases on specific tracts, each of which shall be in a reasonably compact body, will be offered to the highest responsible bidder for a bonus consideration, in addition to stipulated rentals and royalties. Each bid must be accompanied by a cashier's check, certified check or postal money order, payable to the payee designated in the invitation to bid, in an amount not less than **25** percent of the bonus bid. Within 30 days after notification of being the successful bidder, said bidder must remit the balance of the bonus, the first year's rental, and his share of the advertising costs, and shall file with the superintendent the lease in completed form. The superintendent may, for good and sufficient reasons, extend the time for the completion and submission of the lease form, but no extension shall be granted for remitting the balance of moneys due. If the successful bidder fails to pay the full consideration within said period, or fails to file the completed lease within said period or extension thereof, or if the lease is disapproved through no fault of the lessor or the Department of the Interior, **25** percent of the bonus bid will be forfeited for the use and benefit of the Indian lessor.

(b) All notices or advertisements of sales of oil and gas leases shall reserve to the Secretary of the Interior the right to reject all bids when in his judgment the interests of the Indians will be best served by so doing, and that if no satisfactory bid is received, or if the accepted bidder fails to complete the lease, or if the Secretary of the Interior shall determine that it is unwise in the interests of the Indians to accept the highest bid, the Secretary may readvertise such lease for sale, or if deemed advisable, with the consent of the tribal council or other governing tribal authorities, a lease may be made by private negotiations. The successful bidder or bidders will be required to pay his or their share of the advertising costs. Amounts received from unsuccessful bidders will be returned; but when no bid is accepted on a tract, the costs of advertising will be assessed against the applicant who requested that said tract be advertised.

[22 FR 10588, Dec. 24, 1957, as amended at 23 FR 7068, Sept. 12, 1958. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.3**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.**3a

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211**--LEASING OF TRIBAL LANDS FOR MINING
**HOW TO ACQUIRE LEASES**

s **211**.3a Leases for subsurface storage of oil or gas.

(a) The Secretary of the Interior, or his authorized representative, may approve, subject to obtaining the prior consent of the Indian owners, storage leases, or modifications, amendments, or extensions of oil and gas or other mining leases, on tribal lands subject to lease under the Act of May 11, 1938 (52 Stat. 347; **25** U.S.C. 396a), and on allotted lands subject to lease under the Act of March 3, 1909 (35 Stat. 783; **25** U.S.C. 396), to provide for the subsurface storage of oil or gas, irrespective of the lands from which production is initially obtained. The storage lease, or modification, amendment, or extension, shall provide for the payment of such storage fee or rental on such oil or gas as may be determined adequate in each case, or, in lieu thereof, for a royalty other than that prescribed in the oil and gas lease when such stored oil and gas is produced in conjunction with oil or gas not previously produced.

(b) The Secretary of the Interior or his authorized representative may approve, subject to obtaining the prior consent of the Indian owners, a provision in an oil and gas lease, under which storage of oil and gas is authorized, for continuance of the lease at least for the period of such storage use and so long thereafter as oil or gas not previously produced is produced in paying quantities.

(c) Applications for subsurface storage of oil or gas shall be filed in triplicate with the oil and gas supervisor and shall disclose the ownership of the lands involved, the parties in interest, the storage fee, rental, or royalty offered to be paid for such storage, and all essential information showing the necessity for such project. Enough copies of the final agreement signed by the Indian owners and other parties in interest shall be submitted for the approval of the Secretary, or his authorized representative, to permit retention of five copies by the Department after approval.

[**25** FR 9836, Oct. 14, 1960. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **211**--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.**3a

**25** CFR s **211.**3a

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.4**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.4** Government employees cannot acquire leases.

No lease, assignment thereof, or interest therein will be approved to any employee or employees of the U.S. Government whether connected with the Bureau of Indian Affairs or otherwise, and no employee of the Interior Department shall be permitted to acquire any interest in any mineral lease covering restricted Indian lands by ownership of stock in corporations having such leases or in any other manner.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.4**

**25** CFR s **211.4**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.5**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.5** Corporations and corporate information.

If the applicant for a lease is a corporation, it shall file evidence of authority of its officers to execute papers; and with its first application it shall also file a certified copy of its articles of incorporation, and, if foreign to the State in which the lands are located, evidence showing compliance with the corporation laws thereof. Statements of changes in officers and stockholders shall be furnished by a corporation lessee to the superintendent January 1 of each year, and at such other times as may be requested. Whenever deemed advisable in any case the superintendent may require a corporation applicant or lessee to file:

(a) Lists of officers, principal stockholders, and directors, with post-office addresses and number of shares held by each.

(b) A sworn statement of the proper officer showing:

(1) The total number of shares of the capital stock actually issued and the amount of cash paid into the treasury on each share sold; or, if paid in property, the kind, quantity, and value of the same paid per share.

(2) Of the stock sold, how much remains unpaid and subject to assessment.

(3) The amount of cash the company has in its treasury and elsewhere.

(4) The property, exclusive of cash, owned by the company and its value.

(5) The total indebtedness of the company and the nature of its obligations.

(6) Whether the applicant or any person controlling, controlled by or under common control with the applicant has filed any registration statement, application for registration, prospectus or offering sheet with the Securities and Exchange Commission pursuant to the Securities Act of 1933 or the Securities Exchange Act of 1934 or said Commission's rules and regulations under said acts; if so, under what provisions of said acts or rules and regulations; and what disposition of any such statement, application, prospectus or offering sheet has been made.

(c) Affidavits of individual stockholders, setting forth in what corporations or with what persons, firms, or associations such individual stockholders are interested in mining leases on restricted lands within the State, and whether they hold such interests for themselves or in trust.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.6**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.6** Bonds

(a) Lessee shall furnish with each lease a bond (Form 5-154b), and an assignee of a lease shall furnish with each assignment a bond (Form 5-154m), with an acceptable company authorized to act as sole surety, or with two or more personal sureties and a deposit as collateral security of any public-debt obligations of the United States guaranteed as to principal and interest by the United States, equal to the full amount of such bonds, or other collateral satisfactory to the Secretary of the Interior, or show ownership of unencumbered real estate of the value equal to twice the amount of the bonds. Lessee may file a bond on Form 5-154a without sureties and a deposit as collateral security of Government bonds equal in value to the full amount of the bond. Lease bonds shall not be less than the following amounts:

For less than 80 acres______ $1,000

For 80 acres and less than 120 acres______ 1,500

For 120 acres and not more than 160 acres______ 2,000

For each additional 40 acres, or part thereof, above 160 acres______ 500

Provided, That for leases for minerals other than oil and gas the Secretary of the Interior or his authorized representative with the consent of the Indian landowner may authorize a bond for a lesser amount if, in his opinion, the circumstances warrant and the interests of the Indian landowners are fully protected: Provided further, That a lessee may file one bond (Form 5-154f), in the sum of $15,000 for all leases of minerals, in any one State and which may also include leases on that part of an Indian reservation extending into State contiguous thereto, to which the lessee may become a party: And provided further, That the total acreage covered by the bond shall not exceed 10,240 acres.

(b) In lieu of the bonds required under paragraph (a) of this section, a lessee may furnish a bond (Form 5-156) in the sum of $75,000 for full nationwide coverage with an acceptable company authorized to act as sole surety to cover all oil and gas leases and oil and gas prospecting permits without geographic or acreage limitation to which the lessee or permittee is or may become a party.

(c) The right is specifically reserved to increase the amount of bonds and the collateral security prescribed in paragraph (a) of this section in any particular case when the officer in charge deems it proper to do so. The nationwide bond may be increased at any time in the discretion of the Secretary of the Interior.

[22 FR 10588, Dec. 24, 1957, as amended at 26 FR 164, Jan. 10, 1961. Redesignated at 47 FR 13327, Mar. 30, 1982]

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.6**

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.6**

**25** CFR s **211.6**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.7**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.7** Lessees to furnish additional information.

The superintendent may, either before or after approval of a lease, call for any additional information desired to carry out the regulations in this part. If a lessee shall fail to furnish the papers necessary to put his lease and bond in proper form for consideration, the superintendent shall forward such lease for disapproval.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.7**

**25** CFR s **211.7**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.8**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.8** Lands to be in compact body.

The area covered by a lease shall be in a reasonably compact body and shall conform to the system of public-land surveys, except that leases covering lode ground may consist of one or more adjoining parallelograms 1,500 feet in length by 600 feet in width, as provided by the United States mining laws. No lease under the regulations in this part shall convey any extralateral rights, and no coal lease shall have a length exceeding 1 mile along the outcrop.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.8**

**25** CFR s **211.8**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.9**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.9** Acreage limitation.

A lessee may acquire more than one lease but no single lease shall be granted for mining purposes on Indian tribal or restricted Indian lands, exclusive of Osage and Quapaw lands, in excess of the following acreage except where the rule of approximation applies:

(a) For oil and gas and all other minerals, except coal, 2,560 acres.

(b)(1) For coal, a lease shall ordinarily be limited to 2,560 acres. The Commissioner may, however, upon application, approve the combining of leases held by one or more lessees, or approve the issuance of a single lease for more than 2,560 acres in a reasonably compact form, if he shall find that the approval of such larger acreage is in the interest of the lessor and is necessary to permit the establishment or construction of thermal electric power plants or other industrial facilities on or near the reservation. He may prescribe provisions in such larger leases to require relinquishment of acreage in the event of failure to construct facilities, or may require advance rental or minimum royalty payments on a part of the acreage as a condition for combining leases or issuance of a single lease in excess of 2,560 acres.

(2) The Commissioner, with the consent of the lessor, may alter, change, or modify the development and producing requirements of the several leases and provide that operations and production on one lease shall be deemed to satisfy the development and producing requirements as to each lease combined.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.9**

**25** CFR s **211.9**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.10**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.10** Term of leases.

Mining leases may be made for a specified term not to exceed ten years from the date of approval by the Secretary of the Interior, or his authorized representative, and as much longer as the substances specified in the lease are produced in paying quantities.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.10**

**25** CFR s **211.10**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.11**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**HOW TO ACQUIRE LEASES**

s **211.11** Government reserves right to buy minerals produced.

In time of war or other public emergency all of the executive departments of the United States Government shall have the option to purchase at the posted market price on the date of sale all or any part of the substance or substances produced under any lease.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.11**

**25** CFR s **211.11**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.12**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.12** Manner of payments.

(a) Except where otherwise provided by the terms of leases where the tribes are organized under the act of June 18, 1934 (48 Stat. 984; **25** U.S.C. 461- 479), all rents and other payments due under leases which have been or may be approved by the Secretary of the Interior shall be paid to the superintendent or to such other person as may be designated by the Secretary of the Interior, for the benefit of the lessors. Except advance payments for the first year which shall be sent direct to the superintendent at the time of filing leases, payments of rental and royalty under leases shall be transmitted through the supervisor, shall be accompanied by a statement by the lessee, in triplicate, showing the specific items of rental or royalty that the remittance is intended to cover, and shall be made at such time or times as the lease provides.

(b) In the event of the discovery of minerals in paying quantities all advance payments shall be allowed as credit on stipulated royalties for the year for which such advance payments have been made. No refund will be made under oil, gas, or other mining leases, in the event that royalty from production is not sufficient to equal the advance payment, nor will any part of the moneys so paid be refunded to the lessee because of any subsequent surrender or cancellation of the lease, nor shall the lessee be relieved from the obligation to pay said advance rental annually when it becomes due, by reason of any subsequent surrender or cancellation of the lease.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.12**

**25** CFR s **211.12**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



**25** C.F.R. s **211.13**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.13** Rates of rentals and royalties under oil and gas leases.

(a) The lessee shall pay, beginning with the date of approval of oil and gas leases by the Secretary of the Interior, a rental of $1.25 per acre per annum in advance during the continuance thereof, together with a royalty of 12 1/2 percent of the value or amount of all oil, gas, and/or natural gasoline, and/or all other hydrocarbon substances produced and saved from the land leased, save and except oil, and/or gas used by the lessee for development and operation purposes on the lease, which oil or gas shall be royalty free. A higher rate of royalty may be fixed by the Secretary of the Interior or his authorized representative, prior to the advertisement of land for oil and gas leases. During the period of supervision, "value" for the purposes of the lease may, in the discretion of the Secretary of the Interior, be calculated on the basis of the highest price paid or offered (whether calculated on the basis of short or actual volume) at the time of production for the major portion of the oil of the same gravity, and gas, and/or natural gasoline, and/or all other hydrocarbon substances produced and sold from the field where the leased lands are situated, and the actual volume of the marketable product less the content of foreign substances as determined by the supervisor. The actual amount realized by the lessee from the sale of said products may, in the discretion of the Secretary of the Interior, be deemed mere evidence of or conclusive evidence of such value. When paid in value, such royalties shall be due and payable monthly on the last day of the calendar month following the calendar month in which produced; when royalty on oil produced is paid in kind, such royalty oil shall be delivered in tanks provided by the lessee on the premises where produced without cost to the lessor unless otherwise agreed to by the parties thereto, at such time as may be required by the lessor. The lessee shall not be required to hold such royalty oil in storage longer than 30 days after the end of the calendar month in which said oil is produced. The lessee shall be in no manner responsible or held liable for loss or destruction of such oil in storage by causes beyond the lessee's control. In determining the value for royalty purposes of products, such as natural gasoline, that are derived from treatment of gas, a reasonable allowance for the cost of manufacture shall be made, such allowance to be two-thirds of the value of the marketable product unless otherwise determined by the Secretary of the Interior on application of the lessee or on his own initiative, and that royalty will be computed on the value of gas or casing-head gas, or on the products thereof (such as residue gas, natural gasoline, propane, butane, etc.), whichever is the greater.

(b) If the leased premises produce gas in excess of the lessee's requirements for the development and operation of said premises, then the lessor may use sufficient gas, free of charge, for any desired school or other buildings belonging to the tribe, by making his own connections to a regulator installed, connected to the well and maintained by the lessee, and the lessee shall not be required to pay royalty on gas so used. The use of such gas shall be at the lessor's risk at all times.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.14**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.14** Annual rentals and expenditures for development on leases other than oil and gas.

(a) Unless otherwise authorized by the Secretary or his authorized representative (1) a lease for minerals other than oil and gas shall provide for a yearly development expenditure of not less than $10 per acre and (2) all such leases shall provide for a rental payment of not less than $1 for each acre or fraction of an acre payable on or before the first day of each lease year.

(b) Within 20 days after the lease year, an itemized statement, in duplicate, of the expenditure for development under a lease for minerals other than oil and gas shall be filed with the Superintendent. The lessee must certify the statement under oath.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.14**

**25** CFR s **211.14**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.**14a

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211**--LEASING OF TRIBAL LANDS FOR MINING
**RENTS AND ROYALTIES**

s **211**.14a Suspension of operations and production on leases for minerals other than oil and gas.

The Secretary of the Interior or his authorized representative, after obtaining the consent of the tribe, may authorize suspension of operating and producing requirements on mining leases for minerals other than oil and gas whenever during the primary term of the leases, it is considered that marketing facilities are inadequate or economic conditions unsatisfactory. Applications by lessees for relief from all operating and producing requirements on such mineral leases shall be filed in triplicate, in the office of the Regional Mining Supervisor of the Geological Survey and a copy thereof filed with the Superintendent. Complete information must be furnished showing the necessity for such relief. Suspension of operations and production shall not relieve the lessee from the obligations of continued payment of the annual rental or the minimum royalty.

[24 FR 9510, Nov. 26, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **211**--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.**14a

**25** CFR s **211.**14a

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



**25** C.F.R. s **211.15**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.15**. Royalty rates for minerals other than oil and gas.

Unless otherwise authorized by the Commissioner of Indian Affairs, the minimum rates for minerals other than oil and gas shall be as follows:

(a) For substances other than gold, silver, copper, lead, zinc, tungsten, coal, asphaltum and allied substances, oil, and gas, the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 percent of the value, at the nearest shipping point, of all ores, metals, or minerals marketed.

(b) For gold and silver the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 percent to be computed on the value of bullion as shown by mint returns after deducting forwarding charges to the point of sale; and for copper, lead, zinc, and tungsten, a royalty of not less than 10 percent to be computed on the value of ores and concentrates as shown by reduction returns after deducting freight charges to the point of sale. Duplicate returns shall be filed by the lessee with the Superintendent within 10 days after the ending of the quarter or other period specified in the lease within which such returns are made: Provided, however, That the lessee shall pay a royalty of not less than 10 percent of the value of the ore or concentrates sold at the mine unless otherwise provided in the lease.

(c) For coal the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 cents per ton of 2,000 pounds of mine run, or coal as taken from the mine, including what is commonly called "slack".

(d) For asphaltum and allied substances the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 cents per ton of 2,000 pounds on crude material or not less than 60 cents per ton on refined substances.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.15**

**25** CFR s **211.15**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.16**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.16** Time of making royalty payments.

Royalty payments under producing oil and gas leases shall be made monthly on or before the last day of the calendar month following the calendar month for which such payment is to be made.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.16**

**25** CFR s **211.16**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.17**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.17** Division orders.

(a) Lessees may make arrangements with the purchasers of oil for the payment of the royalties to the superintendent by such purchasers, but such arrangement, if made, shall not operate to relieve a lessee from responsibility should the purchaser fail or refuse to pay royalties when due. Where lessees avail themselves of this privilege, division orders permitting the pipe line companies or other purchasers of the oil to withhold the royalty interest shall be executed and forwarded to the supervisor for approval, as pipe line companies are not permitted to accept or run oil from leased Indian lands until after the approval of a division order showing that the lessee has a lease regularly approved and in effect. When the lessee company runs its own oil, it shall execute an intracompany division order and forward it to the supervisor for his consideration. The right is reserved for the supervisor to cancel a division order at any time or require the pipe line company to discontinue to run the oil of any lessee who fails to operate the lease properly or otherwise violates the provisions of the lease, of the regulations in this part, or of the operating regulations.

(b) When oil is taken by authority of a division order, the lessee or his representative shall be actually present when the oil is gauged and records are made of the temperature, gravity, and impurities. The lessee will be held responsible for the correctness and the correct recording and reporting of all of the foregoing measurements; which, except lowest gauge, shall be made at the time the oil is turned into the pipe line. Failure of the lessee to perform properly these duties will subject the division order to revocation.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.17**

**25** CFR s **211.17**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.18**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.18** Inspection of premises, books and accounts.

Lessees shall agree to allow the lessors and their agents or any authorized representative of the Interior Department to enter, from time to time, upon and into all parts of the leased premises for the purpose of inspection, and shall further agree to keep a full and correct account of all operations and make reports thereof, as required by the regulations of the Department governing operations on public and restricted Indian lands; and their books and records, showing manner of operations and persons interested, shall be open at all times for examination of such officers of the Department as shall be instructed in writing by the Secretary of the Interior or authorized by regulations to make such examination.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.18**

**25** CFR s **211.18**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



**25** C.F.R. s **211.19**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.19** Diligence and prevention of waste.

The lessee shall exercise diligence in drilling and operating wells for oil and gas on the leased lands while such products can be secured in paying quantities; carry on all operations in a good and workmanlike manner in accordance with approved methods and practice, having due regard for the prevention of waste of oil or gas developed on the land, or the entrance of water through wells drilled by the lessee to the productive sands or oil or gas-bearing strata to the destruction or injury of the oil or gas deposits, the preservation and conservation of the property for future productive operations, and to the health and safety of workmen and employees; plug securely all wells before abandoning the same and to shut off effectually all water from the oil or gas-bearing strata; not drill any well within 200 feet of any house or barn on the premises without the lessor's written consent approved by the superintendent; carry out at his expense all reasonable orders and requirements of the supervisor relative to prevention of waste, and preservation of the property and the health and safety of workmen; bury all pipelines crossing tillable lands below plow depth unless other arrangements therefor are made with the superintendent; pay the lessor all damages to crops, buildings, and other improvements of the lessor occasioned by the lessee's operations: Provided, That the lessee shall not be held responsible for delays or casualties occasioned by causes beyond the lessee's control.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.19**

**25** CFR s **211.19**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.20**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.20** Permission to start operations.

(a) No operations will be permitted on any lease before it is approved by the Secretary of the Interior.

(b) Written permission must be secured from the supervisor before any operations are started on the leased premises. After such permission is secured the operations must be in accordance with the operating regulations promulgated by the Secretary of the Interior. Copies of the regulations in this part may be secured from either the supervisor or the superintendent and no operations shall be attempted without a study of the operating regulations.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.20**

**25** CFR s **211.20**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.21**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.21**. Restrictions on operations.

(a) Oil and gas leases issued under the provisions of the regulations in this part shall be subject to imposition by the Secretary of the Interior of such restrictions as to time or times for the drilling of wells and as to the production from any well or wells as in his judgment may be necessary or proper for the protection of the natural resources of the leased land and in the interest of the lessor. In the exercise of his judgment the Secretary of the Interior may take into consideration, among other things, the Federal laws, State laws, regulations by competent Federal or State authorities, lawful agreements among operators regulating either drilling or production, or both, and any regulatory action desired by tribal authorities.

(b) All such leases shall be subject to any cooperative or unit development plan affecting the leased lands that may be required by the Secretary of the Interior, but no lease shall be included in any cooperative or unit plan without prior approval of the Secretary of the Interior and consent of the Indian tribe affected.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.21**

**25** CFR s **211.21**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



**25** C.F.R. s **211.22**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.22** Penalties.

Failure of the lessee to comply with any provisions of the lease, of the operating regulations, of the regulations in this part, order of the superintendent or his representative, or of the orders of the supervisor or his representative, shall subject the lease to cancellation by the Secretary of the Interior or the lessee to a penalty of not more than $500 per day for each and every day the terms of the lease, the regulations, or such orders are violated; or to both such penalty and cancellation: Provided, That the lessee shall be entitled to notice and hearing, within 30 days after such notice, with respect to the terms of the lease, regulations, or orders violated, which hearing shall be held by the supervisor, whose findings shall be conclusive unless an appeal be taken to the Secretary of the Interior within 30 days after notice of the supervisor's decision, and the decision of the Secretary of the Interior upon appeal shall be conclusive.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.22**

**25** CFR s **211.22**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.23**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.23** Mines to be timbered properly.

In mining operations the lessee shall keep the mine well and sufficiently timbered at all points where necessary, in accordance with good mining practice, and in such manner as may be necessary to the proper preservation of the leased property and safety of the workmen.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.23**

**25** CFR s **211.23**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.24**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.24**. Surrender of leased premises in good condition.

On expiration of the term of a lease, or when a lease is surrendered, the lessee shall deliver to the Government the leased ground with the mine workings in good order and condition, and bondsmen will be held for such delivery in good order and condition, unless relieved by the Secretary of the Interior for cause. It shall, however, be stipulated that the machinery necessary to operate the mine is the property of the lessee, but that it may be removed by him only after the condition of the property has been ascertained by inspection by the Secretary of the Interior or his authorized agents, to be in satisfactory condition.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.24**

**25** CFR s **211.24**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.25**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.25** Fees.

Unless otherwise authorized by the Secretary of the Interior or his authorized representative, each lease, mining permit, sublease, or assignment shall be accompanied at the time of filing by a fee of $10. Such fee will not be required on sand and gravel permits issued to States, counties, or other municipal bodies.

(Authority: Sec. 1, 41 Stat. 415, as amended: **25** U.S.C. 413)

[24 FR 7949, Oct. 2, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.25**

**25** CFR s **211.25**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.26**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.26** Assignments and overriding royalties.

(a) Approved leases or any interest therein may be assigned or transferred only with the approval of the Secretary of the Interior, and to procure such approval the assignee must be qualified to hold such lease under existing rules and regulations and shall furnish a satisfactory bond conditioned for the faithful performance of the covenants and conditions thereof: Provided, That in order for such assignment to receive favorable consideration the lessee shall assign either his whole interest or an undivided interest in the whole lease.

(b) No lease or interest therein or the use of such lease shall be assigned, sublet, or transferred, directly or indirectly by working or drilling contract, or otherwise, without the consent of the Secretary of the Interior.

(c) Assignments of leases, and stipulations modifying the terms of existing leases, which stipulations are also subject to the approval of the Secretary of the Interior, shall be filed with the superintendent within 30 days after the date of execution.

(d) Agreements creating overriding royalties or payments out of production on oil and gas leases shall not be considered as interests in the leases as such term is used in this section. Agreements creating overriding royalties or payments out of production are hereby authorized and the approval of the Department of the Interior or any agency thereof shall not be required with respect thereto, but such agreements shall be subject to the condition that nothing in any such agreement shall be construed as modifying any of the obligations of the lessee, including, but not limited to, obligations for diligent development and operation, protection against drainage, compliance with oil and gas operating regulations (30 CFR Part 221), and the requirement for departmental approval before abandonment of any well. All such obligations are to remain in full force and effect, the same as if free of any such royalties or payments. The existence of agreements creating overriding royalties or payments out of production, whether or not actually paid, shall not be considered as justification for the approval of abandonment of any well. Nothing in this paragraph revokes the requirement for approval of assignments and other instruments which is required in this section, but any overriding royalties or payments out of production created by the terms of such assignments or instruments shall be subject to the condition stated above. Agreements creating overriding royalties or payments out of production need not be filed with the Superintendent unless incorporated in assignments or instruments required to be filed pursuant to this section.

[22 FR 10588, Dec. 24, 1957, as amended at 23 FR 9738, Dec. 18, 1958. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.27**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.27** Cancellation.

(a) When, in the opinion of the Secretary of the Interior, the lessee has violated any of the terms and conditions of a lease or of the applicable regulations, the Secretary of the Interior shall have the right at any time after 30 days' notice to the lessee specifying the terms and conditions violated, and after a hearing, if the lessee shall so request within 30 days after issuance of the notice, to declare such lease null and void, and the lessor shall then be entitled and authorized to take immediate possession of the land.

(b) On the following conditions, the lessee may, on approval of the Secretary of the Interior, surrender a lease or any part of it:

(1) That he make application for cancellation to the superintendent having jurisdiction over the land.

(2) That he pay a surrender fee of $1 at the time the application is made.

(3) That he pay all royalties and rentals due to the date of such application.

(4) That he make a satisfactory showing that full provision has been made for conservation and protection of the property and that all wells, drilled on the portion of the lease surrendered, have been properly abandoned.

(5) If the lease has been recorded, that he file, with his application, a recorded release of the acreage covered by the application.

(6) If the application is for the cancellation of the entire lease or the entire undivided portion, that he surrender the lease: Provided, That where the application is made by an assignee to whom no copy of the lease was delivered, he will be required to surrender only his copy of the assignment.

(7) If the lease (or portion being surrendered or canceled) is owned in undivided interests by more than one party, then all parties shall join in the application for cancellation.

(8) That all required fees and papers must be in the mail or received on or before the date upon which rents and royalties become due, in order for the lessee and his surety to be relieved from liability for the payment of such royalties and rentals.

(9) If there has been a contest respecting a lease or leases, the approved, the disapproved, or the canceled parts thereof will be held in the office of the superintendent for 5 days after the Department's decision has been promulgated, by mail or delivery, and will not be delivered, if within that period a motion for review and reconsideration be filed, until such motion is passed upon by the Department.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.27**

(10) In the event oil or gas is being drained from the leased premises by wells not covered by a lease; the lease, or any part of it, may be surrendered, only on such terms and conditions as the Secretary of the Interior may determine to be reasonable and equitable.

(c) No part of any advance rental shall be refunded to the lessee nor shall he be relieved, by reason of any subsequent surrender or cancellation of the lease, from the obligation to pay said advance rental when it becomes due.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.27**

**25** CFR s **211.27**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.**27a

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211**--LEASING OF TRIBAL LANDS FOR MINING
**RENTS AND ROYALTIES**

s **211**.27a Prospecting permits.

With the consent of the tribal authorities the superintendent may issue permits to prospect for minerals other than oil and gas upon tribal lands. Such permits must describe the area to be prospected and definitely state the period of time within which such work is permitted. No ores shall be removed from the reservation under such permits, except samples for assay and experimental purposes. A prospecting permit will not give the permittee any preference right to a lease, unless specifically so stated in the permit, and all permits granting a preference right to a lease must comply with all the laws and regulations applicable to mineral leases on tribal Indian lands.

PART **211**--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.**27a

**25** CFR s **211.**27a

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.28**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.28** Effective date of regulations.

The regulations in this part shall become effective and in full force from and after the date of approval, and shall be subject to change or alteration at any time by the Secretary of the Interior: Provided, That no regulations made after the approval of any lease shall operate to affect the term of the lease, rate of royalty, rental, or acreage unless agreed to by both parties to the lease. All former regulations governing the leasing of tribal lands for mining purposes are superseded by the regulations in this part.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.28**

**25** CFR s **211.28**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.29**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.29** Exemption of leases made by organized tribes.

The regulations in this part may be superseded by the provisions of any tribal constitution, bylaw or charter issued pursuant to the Indian Reorganization Act of June 18, 1934 (48 Stat. 984; **25** U.S.C. 461-479), the Alaska Act of May 1, 1936 (49 Stat. 1250; 48 U.S.C. 362, 258a), or the Oklahoma Indian Welfare Act of June 26, 1936 (49 Stat. 1967; **25** U.S.C., and Sup., 501-509), or by ordinance, resolution or other action authorized under such constitution, bylaw or charter. The regulations in this part, in so far as they are not so superseded, shall apply to leases made by organized tribes if the validity of the lease depends upon the approval of the Secretary of the Interior.

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.29**

**25** CFR s **211.29**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**25** C.F.R. s **211.30**

**CODE OF FEDERAL REGULATIONS**
**TITLE 25**--INDIANS
**CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER I--ENERGY AND MINERALS**
**PART 211--LEASING OF TRIBAL LANDS FOR MINING**
**RENTS AND ROYALTIES**

s **211.30** Forms.

Leases, assignments, and other instruments shall be on forms prescribed by the Secretary of the Interior or his authorized representative and may be obtained from the superintendent or other officer having jurisdiction over the lands.

[24 FR 7949, Oct. 2, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART 211--LEASING OF TRIBAL LANDS FOR MINING

Authority: Secs. 16, 17, 48 Stat. 987, 988, sec. 9, 49 Stat. 1968, sec. 4, 52 Stat. 348; **25** U.S.C. 396d, 476, 477, 509. Interpret or apply secs. 1, 2, 49 Stat. 1250; 48 U.S.C. 358a, 362, unless otherwise noted.

Source: 22 FR 10588, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

**25** C. F. R. s **211.30**

**25** CFR s **211.30**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.