# 25 C.F.R. s 212

**(1993)**

CODE OF FEDERAL REGULATIONS
TITLE **25**--INDIANS
CHAPTER 1--BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR
SUBCHAPTER I--ENERGY AND MINERALS
PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

s **212**.1 Definitions.

(a) The term "superintendent" in this part refers to the superintendent or other officer of the Bureau of Indian Affairs or of the Government who may have jurisdiction over the allotments involved.
(b) The term "supervisor" in this part refers to a representative of the Secretary of the Interior, under direction of the Director of the U.S. Geological Survey, authorized and empowered to supervise and direct operations under oil and gas or other mining leases, to furnish scientific and technical information and advice, to ascertain and record the amount and value of production, and to determine and record rentals and royalties due and paid.

Cross Reference: For rules and regulations of the Geological Survey, see 30 CFR chapter II.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.2 Applications.

Application for leases should be made to the superintendent having jurisdiction over the lands.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.3 No leases made to Government employees.

No lease, assignment thereof, or interest therein will be approved to any employee or employees of the U.S. Government whether connected with the Bureau or otherwise, and no employee of the Interior Department shall be permitted to acquire any interest in such leases by ownership of stock in corporations having leases or in any other manner.

(Authority: R.S. 2078; **25** U.S.C. 68)

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar.

30, 1982.

s **212**.4a Leases for subsurface storage of oil or gas.

The provisions of s 211.3a of this subchapter are applicable to leases under this part.

[**25** FR 9836, Oct. 14, 1960. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.5 Execution of leases by Superintendents.

The Superintendent shall execute leases on behalf of unknown owners of future contingent interests, and on behalf of minors and persons who are incompetent by reason of mental incapacity.

[24 FR 1568, Mar. 3, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.6 Leases for minerals other than oil and gas.

Leases for minerals other than oil and gas shall be advertised for bids as prescribed in s **212**.4 unless the Commissioner grants to the Indian owners written permission to negotiate for a lease. Negotiated leases, accompanied by proper bond and other supporting papers, shall be filed with the Superintendent of the appropriate Indian Agency within 30 days after such permission shall have been granted by the Commissioner to negotiate the lease. The appropriate Area Director is authorized in proper cases to grant a reasonable extension of this period prior to its expiration. The right is reserved to the Secretary of the Interior to direct that negotiated leases be rejected and that they be advertised for bids. All leases shall be approved by the Secretary of the Interior or his duly authorized representative (35 Stat. 783; **25** U.S.C. 396).

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.7 Requirements of corporate lessees.

If the applicant for lease is a corporation it shall file evidence of authority of its officers to execute papers, and with its first application it shall also file:
(a) A certified copy of its articles of incorporation, and, if foreign to the State in which the lands are located, evidence showing compliance with the corporation laws thereof.
(b) Lists of officers, principal stockholders, and directors, with post office addresses and number of

shares held by each.
(c) A sworn statement of the proper officer showing:
(1) The total number of shares of the capital stock actually issued and the amount of cash paid into the treasury on each share sold; or, if paid in property, the kind, quantity, and value of the same paid per share.
(2) Of the stock sold, how much remains unpaid and subject to assessment.
(3) The amount of cash the company has in its treasury and elsewhere.
(4) The property, exclusive of cash, owned by the company and its value.
(5) The total indebtedness of the company and the nature of its obligations.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.8 Information; corporate lessees and stockholders.

Statements of changes in officers and stockholders shall be furnished by a corporation lessee to the superintendent on January 1 of each year, and at such other times as may be requested. Affidavits may also be required of individual stockholders at any time, setting forth in what corporations or with what persons, firms, or associations such individual stockholders are interested in mining leases of restricted Indian lands within the State, and whether they hold such interests for themselves or in trust.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.9 Leases of undivided inherited lands.

(a) If the allottee is deceased and the heirs to or devisees of any interest in the allotment have not been determined, or, if determined, some or all of them cannot be located, mining leases of such interests may be executed by the Superintendent, provided that such leases have been offered for sale to the highest responsible qualified bidder, at public auction, or on sealed bids, after at least 30 days' notice and advertisement unless a shorter period is authorized by the Commissioner of Indian Affairs.
(b) If the heirs include a life tenant, the lease must be accompanied by an agreement between such life tenant and the remaindermen, providing for the division of the rents and royalties subject to approval of the Commissioner of Indian Affairs or his authorized representative.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.10 Bonds.

The provisions of s 211.6 of this subchapter, or as hereafter amended, are applicable to leases under this part.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.11 Additional information.

The superintendent may, either before or after approval of a lease, call for any additional information desired to carry out the regulations in this part. If a lessee shall fail to furnish the papers necessary to put his lease and bond in proper form for consideration, the superintendent shall forward such lease for disapproval.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.12 Term of Leases.

The provisions of s 211.10 of this subchapter, as amended, are applicable to leases under this part.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.13 Acreage limitation.

The provisions of s 211.9, of this subchapter, as amended, are applicable to leases under this part.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.14 Payment of rentals and royalties.

(a) Except as provided in paragraphs (b), (d) and (f) of this section, all rents, royalties and other payments due under leases which have been or may be approved in accordance with this part shall be paid by check or bank draft to the order of the Treasurer of the United States and transmitted through the supervisor to the Superintendent for deposit to the credit of the various lessors. When lessees and purchasers are instructed, in writing, by the Superintendent, which instructions shall be complete as to lessors for each lease, separate remittances for each payment due each lessor shall be made to the Superintendent. Any payments under this paragraph, covering lands or interests therein from which supervision by the Secretary of the Interior has been relinquished may continue to be made in the manner provided by this paragraph until ten days after notice of such relinquishment of supervision has been mailed to the lessee.
(b) The Superintendent may, in his discretion, whenever it appears to be in the best interest of any

lessor, authorize and direct the lessee to pay directly to the lessor, the legal guardian of any lessor under guardianship, or to the parent of any minor, the rents, royalties and other payments due under leases which have been or may be approved in accordance with the regulations in this part. Any such authority for direct payment shall be in writing, addressed to the owner or owners of the lease, and shall expressly provide for its revocation or modification at any time, in writing, by the Superintendent, and shall either name a bank to receive deposit of such payments, or shall give the mailing address of each lessor. Written authorization for direct payment and written revocations or modifications thereof shall become a part of the lease and shall be distributed as in the case of original leases. All such revocations or modifications shall have a 5-day grace period after date of receipt. Rents, royalties, and other payments paid in accordance therewith shall constitute full compliance with the requirements of the lease pertaining to such payments.
(c) Rents and royalties paid pursuant to paragraphs (a) and (b) of this section on producing leases shall be supported by statements acceptable to the Secretary or his duly authorized representative, to be transmitted to the Supervisor, in duplicate, covering each lease, identified by contract number and lease number. Such statements shall show the specific items of rents or royalties for which remittances are made, shall identify each remittance by the remittance number, date, amount, and name of each payee, shall show the total amount of royalties or rental paid, and shall be supported by a copy of the purchaser's settlement or pipeline statement for each lease under which royalties are paid.
(d) Rents paid on nonproducing leases pursuant to paragraphs (a) and (b) of this section shall be supported by a statement, acceptable to the Superintendent, to be transmitted to the Superintendent covering each lease, identified by contract number and lease number. Each remittance shall be identified by the remittance number, date, amount, name of each payee, and dates of mailing or remittances. Date of mailing, or, if remittance is sent by registered mail, the date of registration receipts covering remittances mailed, shall be considered as date of payment.
(e) In the event of the discovery of minerals in paying quantities all advance payments shall be allowed as credit on stipulated royalties for the year for which the payment is made. No refund will be made under oil, gas, or other mining leases, in the event the royalty on production for any year is not sufficient to equal the advance payment for that year, nor will any part of the moneys so paid be refunded to the lessee because of any subsequent surrender or cancellation of the lease, nor shall the lessee be relieved from the obligations to pay said advance rental annually when it becomes due by reason of any subsequent surrender or cancellation of the lease.
(f) For leases other than oil and gas, all advance rental for the first year shall be paid to the Superintendent at the time of filing the lease, and the amounts so paid shall be and become the property of the lessor if the lease be disapproved because of the lessee's failure to meet the requirements of the law or the regulations in this part, or because of any other fault or defect chargeable to the lessee.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212.**15a Suspension of operations and production on leases for minerals other than oil and gas.

The Secretary of the Interior or his authorized representative may authorize suspension of operating and producing requirements on mining leases for minerals other than oil and gas whenever it is considered that marketing facilities are inadequate or economic conditions unsatisfactory. Applications be lessees for relief from all operating and producing requirements on such mineral leases shall be filed in triplicate in the office of the Regional Mining Supervisor of the Geological Survey and a copy thereof filed with the Superintendent. Complete information must be furnished showing the necessity for such relief. Suspension of operations and production shall not relieve the lessee from the obligations of continued payment of the annual rental or the minimum royalty.

[24 FR 9511, Nov. 26, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.16 Rentals and royalties for oil and gas leases.

The lessee shall pay, beginning with the date of approval of oil and gas leases by the Secretary of the Interior, a rental of $1.25 per acre per annum in advance during the continuance thereof, the rental so paid for any one year to be credited on the royalty for that year, together with a royalty of 12 1/2 percent of the value or amount of all oil, gas, and/or natural gasoline, and/or all other hydrocarbon substances produced and saved from the land leased save and except oil, and/or gas used by the lessee for development and operation purposes on the lease, which oil or gas shall be royalty free. A higher rate of royalty may be fixed by the Secretary of the Interior or his authorized representative, prior to the advertisement of land for oil and gas leases. During the period of supervision, "value" for the purposes of the lease may, in the discretion of the Secretary, be calculated on the basis of the highest price paid or offered (whether calculated on the basis of short or actual volume) at the time of production for the major portion of the oil of the same gravity, and gas, and/or natural gasoline, and/or all other hydrocarbon substances produced and sold from the field where the leased lands are situated, and the actual volume of the marketable product less the content of foreign substances as determined by the oil and gas supervisor. The actual amount realized by the lessee from the sale of said products may, in the discretion of the Secretary of the Interior, be deemed mere evidence of or conclusive evidence of such value. When paid in value, such royalties shall be due and payable monthly on the last day of the calendar month following the calendar month in which produced; when royalty on oil produced is paid in kind, such royalty oil shall be delivered in tanks provided by the lessee on the premises where produced without cost to the lessor unless otherwise agreed to by the parties thereto, at such time as may be required by the lessor. The lessee shall not be required to hold such royalty oil in storage longer than 30 days after the end of the calendar month in which said oil is produced. The lessee shall be in no manner responsible or held liable for loss or destruction of such oil in storage caused by acts of God. All rental and royalty payments, except as provided in sections 4(c) and 8(a) of the lease (Form 5-154h, revised April 24, 1935), shall be made by check or draft drawn on a solvent bank, open for the transaction of business on the day the check or draft is issued, to the order of the Superintendent. Except the advance rental for the first year, which, as provided in s **212**.14 shall be paid to the superintendent when the lease is filed, payments shall be transmitted through the oil and gas supervisor, shall be accompanied by a statement by the lessee, in triplicate, showing the specific items of rental or royalty that the remittance is intended to cover, and shall be made at such times as the lease provides. In determining the value for royalty purposes of products, such as natural gasoline, that are derived from treatment of gas, a reasonable allowance for the cost of manufacture shall be made, such allowance to be two-thirds of the value of the marketable product unless otherwise determined by the Secretary of the Interior on application of the lessee or on his own initiative, and that royalty will be computed on the value of gas or casing-head gas, or on the products thereof (such as residue gas, natural gasoline, propane, butane, etc.), whichever is the greater.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar.

30, 1982.

s **212**.17 Preference of Government to purchase oil.

In time of war or other public emergency any of the executive departments of the U.S. Government shall have the option to purchase at the highest posted market price on the date of sale all or any part of the oil produced under any lease.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.18 Royalty rates for minerals other than oil and gas.

Unless otherwise authorized by the Commissioner of Indian Affairs, the minimum rates for minerals other than oil and gas shall be as follows:
(a) For substances other than gold, silver, copper, lead, zinc, tungsten, coal, asphaltum and allied substances, oil, and gas, the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 percent of the value, at the nearest shipping point, of all ores, metals, or minerals marketed.
(b) For gold and silver the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 percent to be computed on the value of bullion as shown by mint returns after deducting forwarding charges to the point of sale; and for copper, lead, zinc, and tungsten, a royalty of not less than 10 percent to be computed on the value of ores and concentrates as shown by reduction returns after deducting freight charges to the point of sale. Duplicate returns shall be filed by the lessee with the Superintendent within 10 days after the ending of the quarter or other period specified in the lease within which such returns are made: Provided, however, That the lessee shall pay a royalty of not less than 10 percent of the value of the ore or concentrates sold at the mine unless otherwise provided in the lease.
(c) For coal the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 cents per ton of 2,000 pounds of mine run, or coal as taken from the mine, including what is commonly called "slack."
(d) For asphaltum and allied substances the lessee shall pay quarterly or as otherwise provided in the lease, a royalty of not less than 10 cents per ton of 2,000 pounds on crude material or not less than 60 cents per ton on refined substances.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.19 Payment of royalties by purchasers of oil; division orders.

(a) Lessees may make arrangement with the purchasers of oil for the payment of the royalties to the superintendent of such purchasers, but such arrangement, if made, shall not operate to relieve a lessee from responsibility should the purchaser fail or refuse to pay royalties when due. Where lessees avail themselves of this privilege, division orders permitting the pipe line companies or other purchasers of the oil to withhold the royalty interest shall be executed and forwarded to the oil and gas supervisor for approval, as pipe line companies are not permitted to accept or run oil from leased Indian lands until after the approval of a division order showing that the lessee has a lease regularly approved and in effect. The right is reserved for the oil and gas supervisor to cancel a

division order at any time or require the pipe line company to discontinue to run the oil of any lessee who fails to operate the lease property or otherwise violates the provisions of the lease, of the regulations in this part, or of the operating regulations.
(b) Lessee or his representative shall actually be present when oil taken under division orders is run by pipe line companies and lessee shall be responsible for the correct measurement and report of oil so run; otherwise the approval of division order may be revoked.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.20 Time of royalty payments.

Royalty payments on all leases shall be made monthly, on or before the last day of the calendar month following the calendar month for which such payment is to be made.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.21 Stipulations.

The lessee under any lease heretofore approved may, by stipulation (Form 5- 154i), with the consent of the lessor and the approval of the Secretary of the Interior make such approved lease subject to all the terms, conditions, and provisions contained in the regulations in this part and in the lease form currently in use.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.22 Assignments and overriding royalties.

(a) Leases hereafter approved, or any interest therein, may be assigned or transferred only with the approval of the Secretary of the Interior, and to procure such approval the assignee must be qualified to hold such lease under existing rules and regulations, and shall furnish a satisfactory bond for the faithful performance of the covenants and conditions thereof.
(b) No lease or any interest therein or the use of such lease shall be assigned, sublet, or transferred, directly or indirectly, by working or drilling contract, or otherwise, without the consent of the Secretary of the Interior.
(c) Assignments of leases and stipulations modifying the terms of existing leases shall be filed with the superintendent within 30 days after the date of execution.
(d) An agreement creating overriding royalties or payments out of production on oil and gas leases under this part shall be subject to the provisions of s 211.26(d) of this subchapter, or as hereafter amended.

[22 FR 10592, Dec. 24, 1957, as amended at 23 FR 9758, Dec. 18, 1958. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.24 Operation and development regulations.

(a) Lessees will be required to carry out and observe the operating regulations now or hereafter in force governing oil and gas operations on restricted Indian lands. Operations will not be permitted under any lease requiring approval of the Secretary of the Interior until the approved lease has been delivered.
(b) All leases issued under the provisions of the regulations in this part shall be subject to imposition by the Secretary of such restrictions as to time or times for the drilling of wells and as to the production from any well or wells as in his judgment may be necessary or proper for the protection of the natural resources of the leased land and in the interests of the Indian lessor. In the exercise of his judgment the Secretary may take into consideration among other things the Federal laws, State laws or regulations by competent Federal or State authorities or lawful agreements among operators regulating either drilling or production or both, and also any regulatory action desired by tribal authorities.
(c) All leases issued pursuant to the regulations in this part shall be subject to a co-operative or unit development plan affecting the leased lands if and when required by the Secretary of the Interior.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.25 Inspection of books and accounts.

Lessees shall agree to allow the lessors and their agents or any authorized representative of the Interior Department to enter, from time to time, upon and into all parts of the leased premises for the purposes of inspection, and shall further agree to keep a full and correct account of all operations and make reports thereof, as required by the regulations of the Department governing operations on public and restricted Indian lands; and their books and records showing manner of operations and persons interested shall be open at all times for examination of such officers of the department as shall be instructed in writing by the Secretary of the Interior or authorized by regulations to make such examinations.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.26 Leases on unrestricted lands.

All leases of any description whatever executed by an allottee on land from all of which the restrictions against alienation had been removed before such execution may be executed without

any provision for reference to or supervision by the Secretary of the Interior or any official of the Department of the Interior; and the superintendent shall refuse to accept for consideration any lease covering land from all of which restrictions had been removed before such execution.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.27 Leases executed before removal of restrictions.

All leases executed before the removal of restrictions against alienation on land from all of which restrictions against alienation shall be removed after such execution, if such leases contain specific provision or approval by the Secretary of the Interior, whether now filed with the Department of the Interior or presented for consideration hereafter, will be considered and acted upon by the Department as heretofore.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.30 Removal of restrictions upon part of acreage.

Should the removal of restrictions affect only part of the acreage covered by an oil and gas lease containing provisions to the effect that the royalties accruing under the lease, where the fee is divided into separate parcels, shall be paid to each owner in the proportion which his acreage bears to the entire acreage covered by the lease, the lessee or assignee of such unrestricted portion will be required to make the reports required by the regulations in this part and the operating regulations with respect to the beginning of drilling operations, completion of wells, and production, the same as if the restrictions had not been removed. In the event the unrestricted portion of the leased premises is producing, the owners of the lease thereon will be required to pay the portion of the royalties due the Indian lessor at the time and in the manner specified by the regulations in this part.

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.31 Fees.

The provisions of s 211.25 of this chapter, or as hereafter amended, are applicable to this part.

[24 FR 7974, Oct. 2, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.32 Forms.

The provisions of s 211.30 of this chapter, or as hereafter amended, are applicable to this part.

[24 FR 7974, Oct. 2, 1959. Redesignated at 47 FR 13327, Mar. 30, 1982]

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.

s **212**.33 Individual tribal assignments excluded.

The reference in this part to "allottees" and "allotments" does not include assignments of tribal lands made pursuant to tribal constitutions for the use of individual Indians and assignees of such lands; but such tribal assignments may be leased by Indians to whom mineral rights have been so assigned, subject to the terms of the tribal constitution and subject to the approval of the Secretary of the Interior for such periods of time as are authorized by existing law. In the leasing of such lands preference will be given to Indian cooperative associations and to individual Indians.

(Authority: Secs. 16, 17, 48 Stat. 987, 988; **25** U.S.C. 476, 477)

PART **212**--LEASING OF ALLOTTED LANDS FOR MINING

Authority: 35 Stat. 783, as amended; **25** U.S.C. 396, unless otherwise noted.

Source: 22 FR 10592, Dec. 24, 1957, unless otherwise noted. Redesignated at 47 FR 13327, Mar. 30, 1982.