**25** U.S.C.A. § **415**

UNITED STATES CODE ANNOTATED
TITLE **25**. INDIANS
CHAPTER 12--LEASE, SALE, OR SURRENDER OF ALLOTTED OR UNALLOTTED LANDS
COPR. © WEST 1993 No Claim to Orig. Govt. Works

§ **415**. Leases of restricted lands for public, religious, educational, recreational, residential, business, and other purposes; approval by Secretary

(a) Authorized purposes; term; approval by Secretary

Any restricted Indian lands, whether tribally, or individually owned, may be leased by the Indian owners, with the approval of the Secretary of the Interior, for public, religious, educational, recreational, residential, or business purposes, including the development or utilization of natural resources in connection with operations under such leases, for grazing purposes, and for those farming purposes which require the making of a substantial investment in the improvement of the land for the production of specialized crops as determined by said Secretary. All leases so granted shall be for a term of not to exceed twenty-five years, except leases of land located outside the boundaries of Indian reservations in the State of New Mexico, leases of land on the Agua Caliente (Palm Springs) Reservation, the Dania Reservation, the Pueblo of Santa Ana (with the exception of the lands known as the "Santa Ana Pueblo Spanish Grant") the Moapa Indian Reservation, the Swinomish Indian Reservation, the Southern Ute Reservation, the Fort Mojave Reservation, the Burns Paiute Reservation, the Coeur d'Alene Indian Reservation, the Kalispel Indian Reservation, the pueblo of Cochiti, the pueblo of Pojoaque, the pueblo of Tesuque, the pueblo of Zuni, the Hualapai Reservation, the Spokane Reservation, the San Carlos Apache Reservation, Yavapai-Prescott [FN1PP] Community Reservation, the Pyramid Lake Reservation, the Gila River Reservation, the Soboba Indian Reservation, the Tulalip Indian Reservation, the Navajo Reservation, the Mille Lacs Indian Reservation with respect to a lease between an entity established by the Mille Lacs Band of Chippewa Indians and the Minnesota Historical Society, leases of the lands comprising the Moses Allotment Numbered 10, Chelan County, Washington, and lands held in trust for the Las Vegas Paiute Tribe of Indians, and lands held in trust for the Twenty-nine Palms Band of Luiseno Mission Indians, [FN2PP] lands held in trust for the Cherokee Nation of Oklahoma, lands held in trust for the Pueblo of Santa Clara, lands held in trust for the Confederated Tribes of the Colville Reservation, lands held in trust for the Cahuilla Band of Indians of California, and the lands held in trust for the Confederated Salish and Kootenai Tribes of the Flathead Reservation, Montana, and leases to the Devils Lake Sioux Tribe, or any organization of such tribe, of land on the Devils Lake Sioux Reservation, which may be for a term of not to exceed ninety-nine years, and except leases of land for grazing purposes which may be for a term of not to exceed ten years. Leases for public, religious, educational, recreational, residential, or business purposes (except leases the initial term of which extends for more than seventy-four years) with the consent of both parties may include provisions authorizing their renewal for one additional term of not to exceed twenty-five years, and all leases and renewals shall be made under such terms and regulations as may be prescribed by the Secretary of the Interior. Prior to approval of any lease or extension of an existing lease pursuant to this section, the Secretary of the Interior shall first satisfy himself that adequate consideration has been given to the relationship between the use of the leased lands and the use of neighboring lands; the height, quality, and safety of any structures or other facilities to be constructed on such lands; the availability of police and fire protection and other services; the availability of judicial forums for all criminal and civil causes arising on the leased lands; and the effect on the environment of the uses to which the leased lands will be subject.

(b) Leases involving Tulalip Tribes

Any lease by the Tulalip Tribes under subsection (a) of this section, except a lease for the exploitation of any natural resource, shall not require the approval of the Secretary of the Interior

(1) if the term of the lease does not exceed fifteen years, with no option to renew, (2) if the term of the lease does not exceed thirty years, with no option to renew, and the lease is executed pursuant to tribal regulations previously approved by the Secretary of the Interior, or (3) if the term does not exceed seventy-five years (including options to renew), and the lease is executed under tribal regulations approved by the Secretary under this clause (3).

1983 Main Volume Credit(s)

(Aug. 9, 1955, c. 615, § 1, 69 Stat. 539; Sept. 21, 1959, Pub.L. 86-326, 73 Stat. 597; June 11, 1960, Pub.L. 86-505, § 2, 74 Stat. 199; Oct. 4, 1961, Pub.L. 87-375, 75 Stat. 804; Oct. 10, 1962, Pub.L. 87-785, 76 Stat. 805; Nov. 4, 1963, Pub.L. 88-167, 77 Stat. 301; Apr. 27, 1966, Pub.L. 89-408, 80 Stat. 132; Dec. 8, 1967, Pub.L. 90-182, 81 Stat. 559; Dec. 10, 1967, Pub.L. 90-184, 81 Stat. 560; June 10, 1968, Pub.L. 90-335, § 1(f), 82 Stat. 175; June 20, 1968, Pub.L. 90-355, 82 Stat. 242; Sept. 28, 1968, Pub.L. 90-534, § 6, 82 Stat. 884; Oct. 12, 1968, Pub.L. 90-570, 82 Stat. 1003; June 2, 1970, Pub.L. 91-274, §§ 2, 3, 84 Stat. 302; June 2, 1970, Pub.L. 91-275, §§ 1, 2, 84 Stat. 303; Dec. 17, 1970, Pub.L. 91-557, § 8, 84 Stat. 1468; Dec. 15, 1971, Pub.L. 92-182, § 6, 85 Stat. 626; Sept. 26, 1972, Pub.L. 92-431, 86 Stat. 723; Oct. 9, 1972, Pub.L. 92-472, § 7, 86 Stat. 788; Oct. 13, 1972, Pub.L. 92-488, § 4, 86 Stat. 806; Mar. 27, 1980, Pub.L. 96-216, 94 Stat. 125; Dec. 2, 1980, Pub.L. 96-491, § 3, 94 Stat. 2564.)

1993 Pocket Part Credit(s)

(As amended Jan. 12, 1983, Pub.L. 97-459, Title I, § 107, 96 Stat. 2516; Aug. 8, 1983, Pub.L. 98-70, 97 Stat. 401; Dec. 2, 1983, Pub.L. 98-203, § 1(c), 97 Stat. 1384; Dec. 26, 1985, Pub.L. 99-221, § 2, 99 Stat. 1735; Aug. 23, 1986, Pub.L. 99-389, § 3(a), 100 Stat. 829; Oct. 28, 1986, Pub.L. 99-575, § 5, 100 Stat. 3246; Oct. 30, 1986, Pub.L. 99-591, Title I, § 101(h), 100 Stat. 3341- 267; Nov. 28, 1990, Pub.L. 101-630, Title II, § 201, 104 Stat. 4532; Oct. 24, 1992, Pub.L. 102-497, § 5, 106 Stat. 3255.)

[FN1PP] So in original. Probably should be preceded by "the".

[FN2PP] So in original.

HISTORICAL NOTES

HISTORICAL AND STATUTORY NOTES

1990 Amendment

Pub.L. 101-630 inserted "the Mille Lacs Indian Reservation with respect to a lease between an entity established by the Mille Lacs Band of Chippewa Indians and the Minnesota Historical Society," after "the Navajo Reservation,".

1986 Amendments

Subsec. (a). Pub.L. 99-575 added "the Pueblo of Santa Ana (with the exception of the lands known as the 'Santa Ana Pueblo Spanish Grant')" following "the Dania Reservation".

Pub.L. 99-389 authorized ninety-nine year leases of lands held in trust for the Reno Sparks Indian Colony.

Subsec. (b). Pub.L. 99-500 added cl. (3).

Pub.L. 99-591 made an amendment identical to Pub.L. 99-500.

1985 Amendment

Pub.L. 99-221 authorized ninety-nine year leases of lands held in trust for the Cherokee Nation of Oklahoma.

1983 Amendments

Subsec. (a). Pub.L. 98-203 authorized ninety-nine year leases of lands held in trust for the Las Vegas Paiute Tribe of Indians.

Pub.L. 98-70 added ", and lands held in trust for the Twenty-nine Palms Band of Luiseno Mission Indians, and the lands held in trust for the Confederated Salish and Kootenai Tribes of the Flathead Reservation, Montana".

Pub.L. 97-459 struck out "and" preceding "leases of land on the Agua Caliente" and authorized ninety-nine year leases of land on the Devils Lake Sioux Reservation to the Devils Lake Sioux Tribe or any organization of such tribe.

1980 Amendments

Subsec. (a). Pub.L. 96-491 inserted "the Moapa Indian reservation".

Pub.L. 96-216 added provisions relating to the lands comprising the Moses Allotment Numbered 10, Chelan County, Washington.

1972 Amendments

Subsec. (a). Pub.L. 92-488 inserted "the Burns Paiute Reservation," following "the Fort Mojave Reservation,".

Pub.L. 92-472 inserted "the Coeur d'Alene Indian Reservation," following "the Fort Mojave Reservation,".

Pub.L. 92-431 added provision excepting leases of land located outside the boundaries of Indian reservations in the State of New Mexico from the **twenty-five** year time limit.

1971 Amendment

Subsec. (a). Pub.L. 92-182 inserted "the Kalispel Indian Reservation" following "the Fort Mojave Reservation".

1970 Amendments

Subsec. (a). Pub.L. 91-557 inserted "the Soboba Indian Reservation," following "Gila River Reservation,".

Pub.L. 91-275 inserted "Yavapai-Prescott Community Reservation," following "San Carlos Apache Reservation," and added the list of factors that the Secretary must consider before approving a lease or an extension of an existing lease.

Pub.L. 91-274, §§ 2, 3, designated existing provisions as subsec. (a), and, in subsec. (a) as so designated, inserted "the Tulalip Indian Reservation," following "the Gila River Reservation,".

Subsec. (b). Pub.L. 91-274, § 3, added subsec. (b).

1968 Amendments

Pub.L. 90-570 inserted "the pueblo of Cochiti, the pueblo of Pojoaque, the pueblo of Tesuque, the pueblo of Zuni," following "Fort Mojave Reservation,".

Pub.L. 90-534 inserted "the Swinomish Indian Reservation," after "Dania Reservation,".

Pub.L. 90-355 inserted "the Hualapai Reservation," following "the Fort Mojave Reservation".

Pub.L. 90-335 inserted "the Spokane Reservation," following "the Fort Mojave Reservation".

1967 Amendments

Pub.L. 90-184 inserted "the San Carlos Apache Reservation" following "Fort Mojave Reservation".

Pub.L. 90-182 inserted "the Gila Reservation," following "Pyramid Lake Reservation,".

1966 Amendment

Pub.L. 89-408 inserted "the Pyramid Lake Reservation," following "Fort Mojave Reservation,".

1963 Amendment

Pub.L. 88-167 inserted "the Fort Mojave Reservation," following "Southern Ute Reservation,".

1962 Amendment

Pub.L. 87-785 authorized leases for not more than 99 years of lands on the Southern Ute Reservation.

1961 Amendment

Pub.L. 87-375 authorized longer term leases of Indian lands on the Dania Reservation and excepted from renewal leases the initial term of which extends for more than seventy-four years.

1960 Amendment

Pub.L. 86-505 authorized leases for not more than 99 years of lands on the Navajo Reservation.

1959 Amendment

Pub.L. 86-326 substituted "except leases of land on the Agua Caliente (Palm Springs) Reservation which may be for a term of not to exceed ninety-nine years, and except leases of land for grazing purposes which may" for "excepting leases for grazing purposes, which shall", in second sentence.

Effective Date of 1986 Amendment

Section 6(a) of Pub.L. 99-575 provided that: "Except as otherwise provided in this section, the provisions of this Act, and the amendments made by this Act, shall take effect on the date of enactment of this Act."

Short Title of 1985 Amendment