**43** C.F.R. s **3160.**0-1

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-1 Purpose.

The regulations in this part govern operations associated with the exploration, development and production of oil and gas deposits from leases issued or approved by the United States, restricted Indian land leases and those under the jurisdiction of the Secretary of the Interior by law or administrative arrangement, including the National Petroleum Reserve--Alaska.

[48 FR 36583, Aug. 12, 1983]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

continue. The obligation to respond is required to obtain the benefit under the lease.

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-1

**43** CFR s **3160.**0-1

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-2

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-2 Policy.

The regulations in this part are administered under the direction of the Director of the Bureau of Land Management; except that as to lands within naval petroleum reserves, they shall be administered under such official as the Secretary of Energy shall designate.

[48 FR 36584, Aug. 12, 1983]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to continue. The obligation to respond is required to obtain the benefit under the lease.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-2

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-2

**43** CFR s **3160.**0-2

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-3

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-3 Authority.

The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.), the Act of May 21, 1930 (30 U.S.C. 301-306), the Mineral Leasing Act for Acquired Lands, as amended (30 U.S.C. 351-359), the Act of March 3, 1909, as amended (25 U.S.C. 396), the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q), the Act of February 28, 1891, as amended (25 U.S.C. 397), the Act of May 29, 1924 (25 U.S.C. 398), the Act of March 3, 1927 (25 U.S.C. 398a-398e), the Act of June 30, 1919, as amended (25 U.S.C. 399), R.S. s 441 (43 U.S.C. 1457), the Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41), the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.), the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4321 et seq.), the Act of December 12, 1980 (94 Stat. 2964), the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070), the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701), the Indian Mineral Development Act of 1982 (25 U.S.C. 2102), and Order Number 3087, dated December 3, 1982, as amended on February 7, 1983 (48 FR 8983) under which the Secretary consolidated and transferred the onshore minerals management functions of the Department, except mineral revenue functions and the responsibility for leasing of restricted Indian lands, to the Bureau of Land Management.

[48 FR 36583, Aug. 12, 1983]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-3

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to continue. The obligation to respond is required to obtain the benefit under the lease.

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-3

**43** CFR s **3160.**0-3

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-4

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-4 Objectives.

The objective of these regulations is to promote the orderly and efficient exploration, development and production of oil and gas.

[48 FR 36583, Aug. 12, 1983]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to continue. The obligation to respond is required to obtain the benefit under the lease.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-4

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-4

**43** CFR s **3160.**0-4

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-5

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-5 Definitions.

As used in this part, the term:

(a) "Authorized representative" means any entity or individual authorized by the Secretary to perform duties by cooperative agreement, delegation or contract.

(b) "Avoidably lost" means the venting or flaring of produced gas without the prior authorization, approval, ratification or acceptance of the authorized officer and the loss of produced oil or gas when the authorized officer determines that such loss occurred as a result of:

(1) Negligence on the part of the operator; or

(2) The failure of the operator to take all reasonable measures to prevent and/or control the loss; or

(3) The failure of the operator to comply fully with the applicable lease terms and regulations, applicable orders and notices, or the written orders of the authorized officer; or

(4) Any combination of the foregoing.

(c) "Federal lands" means all lands and interests in lands owned by the United States which are subject to the mineral leasing laws, including mineral resources or mineral estates reserved to the United States in the conveyance of a surface or nonmineral estate.

(d) "Fresh water" means water containing not more than 1,000 ppm of total dissolved solids, provided that such water does not contain objectionable levels of any constituent that is toxic to animal, plant or acquatic life, unless otherwise specified in applicable notices or orders.

(e) "Knowingly or willfully" means a violation that constitutes the voluntary or conscious performance of an act that is prohibited or the voluntary or conscious failure to perform an act or duty that is required. It does not include performances or failures to perform that are honest mistakes or merely inadvertent. It includes, but does not require, performances or failures to perform that result from a criminal or evil intent or from a specific intent to violate the law. The knowing or willful nature of conduct may be established by plain indifference to or reckless disregard of the requirements of the law, regulations, orders, or terms of the lease. A consistent pattern of performance or failure to perform also may be sufficient to establish the knowing or willful nature of the conduct, where such consistent pattern is neither the result of honest mistakes or mere inadvertency. Conduct that is otherwise regarded as being knowing or willful is rendered neither accidental nor mitigated in character by the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-5

belief that the conduct is reasonable or legal.

(f) "Lease" means any contract, profit-share arrangement, joint venture or other agreement issued or approved by the United States under a mineral leasing law that authorizes exploration for, extraction of or removal of oil or gas.

(g) "Lease site" means any lands, including the surface of a severed mineral estate, on which exploration for, or extraction and removal of, oil or gas is authorized under a lease.

(h) "Lessee" means a person or entity holding record title in a lease issued by the United States.

(i) "Lessor" means the party to a lease who holds legal or beneficial title to the mineral estate in the leased lands.

(j) "Major violation" means noncompliance that causes or threatens immediate, substantial, and adverse impacts on public health and safety, the environment, production accountability, or royalty income.

(k) "Maximum ultimate economic recovery" means the recovery of oil and gas from leased lands which a prudent operator could be expected to make from that field or reservoir given existing knowledge of reservoir and other pertinent facts and utilizing common industry practices for primary, secondary or tertiary recovery operations.

(l) "Minor violation" means noncompliance that does not rise to the level of a "major violation".

(m) "New or resumed production under section 102(b)(3) of the Federal Oil and Gas Royalty Management Act" means the date on which a well commences production, or resumes production after having been off production for more than 90 days, and is to be construed as follows:

(1) For an oil well, the date on which liquid hydrocarbons are first sold or shipped from a temporary storage facility, such as a test tank, or the date on which liquid hydrocarbons are first produced into a permanent storage facility, whichever first occurs; and

(2) For a gas well, the date on which gas is first measured through sales metering facilities or the date on which associated liquid hydrocarbons are first sold or shipped from a temporary storage facility, whichever first occurs. For purposes of this provision, a gas well shall not be considered to have been off of production unless it is incapable of production.

(n) "Notice to lessees and operators (NTL)" means a written notice issued by the authorized officer. NTL's implement the regulations in this part and operating orders, and serve as instructions on specific item(s) of importance within a State, District, or Area.

(o) "Onshore oil and gas order" means a formal numbered order issued by the Director that implements and supplements the regulations in this part.

(p) "Operating rights owner" means a person or entity holding operating rights in a lease issued by the United States. A lessee also may be an operating rights owner if the operating rights in a lease or portion thereof have not been severed from record title.

(q) "Operator" means any person or entity including but not limited to the lessee or operating rights owner, who has stated in writing to the authorized officer that it is responsible under the terms and conditions of the lease for the operations conducted on the leased lands or a portion thereof.

(r) "Paying well" means a well that is capable of producing oil or gas of sufficient value to exceed direct operating costs and the costs of lease rentals or minimum royalty.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-5

(s) "Person" means any individual, firm, corporation, association, partnership, consortium or joint venture.

(t) "Production in paying quantities" means production from a lease of oil and/or gas of sufficient value to exceed direct operating costs and the cost of lease rentals or minimum royalties.

(u) "Superintendent" means the superintendent of an Indian Agency, or other officer authorized to act in matters of record and law with respect to oil and gas leases on restricted Indian lands.

(v) "Surface use plan of operations" means a plan for surface use, disturbance, and reclamation.

(w) "Waste of oil or gas" means any act or failure to act by the operator that is not sanctioned by the authorized officer as necessary for proper development and production and which results in: (1) A reduction in the quantity or quality of oil and gas ultimately producible from a reservoir under prudent and proper operations; or (2) avoidable surface loss of oil or gas.

[47 FR 47766, Oct. 27, 1982. Redesignated and amended at 48 FR 36583, 36584, Aug. 12, 1983; 49 FR 37363, Sept. 21, 1984; 52 FR 5390, Feb. 20, 1987; 53 FR 17362, May 16, 1988; 53 FR 22846, June 17, 1988]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to continue. The obligation to respond is required to obtain the benefit under the lease.

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-5

specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-5

**43** CFR s **3160.**0-5

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-7

**CODE OF FEDERAL REGULATIONS**
**TITLE 43**--PUBLIC LANDS: INTERIOR
**SUBTITLE B--REGULATIONS RELATING TO PUBLIC LANDS**
**CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR**
**SUBCHAPTER C--MINERALS MANAGEMENT--Group 3000--Minerals Management**
**Group 3100-Oil and Gas Leasing**
**PART 3160**--ONSHORE OIL AND GAS OPERATIONS
**Subpart 3160**--Onshore Oil and Gas Operations--General

s **3160.**0-7 Cross references.

25 CFR Parts 221, 212, 213, and 227

30 CFR Group 200

40 CFR Chapter V

**43** CFR Parts 2, 4, and 1820 and Groups 3000, 3100 and 3500

[48 FR 36584, Aug. 12, 1983]

Group 3100-Oil and Gas Leasing

Note: The information collection requirements contained in Parts 3100, 3110, 3120, 3130, 3140, 3150, and 3160 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned clearance numbers 1004-0034, 1004- 0065, 1004-0067, 1004-0074, 1004-0132, 1004-0134, 1004-0135, 1004-0136, 1004-0137, 1004-0138, and 1004-0145. The information is being collected to allow the authorized officer to determine if an applicant to lease, explore for or develop Federal oil and gas is qualified to hold such lease. This information will be used in making that determination. The obligation to respond is required to obtain a benefit.

PART **3160**--ONSHORE OIL AND GAS OPERATIONS

NOTE 1: The information collection requirements contained in Part **3160** have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and assigned the following Clearance Numbers:

The above information is being collected for Federal and Indian lease management purposes. The information will be used to allow evaluation of the technical, safety, and environmental factors involved with drilling and producing oil and gas on Federal and Indian oil and gas leases. The obligation to respond is mandatory only if the operator elects to initiate drilling, completion, or subsequent operations on an oil and gas well. The Monthly Report of Operations is mandatory after drilling has commenced.

Other Reporting Requirements

The information collection requirements contained in ss 3162.3, 3162.3-1, 3162.3-2, 3162.3-3, 3162.3-4, 3162.4-1, 3162.4-2, 3162.5-1, 3162.5-2, 3162.5-3, 3162.6, 3162.7-1, 3162.7-2, 3162.7-3, 3162.7-5, 3164.3, 3165.1 and 3165.3 have been approved by the Office of Management and Budget under 44 U.S.C. 3507 and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**43** C.F.R. s **3160.**0-7

assigned Clearance Number 1004-0134. The information may be collected from some operators to either provide data so that proposed operations may be approved or to enable the monitoring of compliance with granted approval. The information will be used to grant approval to begin or alter operations or to allow operations to continue. The obligation to respond is required to obtain the benefit under the lease.

NOTE 2: There are many leases and agreements currently in effect, and which will remain in effect, involving both Federal and Indian oil and gas leases which specifically refer to the United States Geological Survey, USGS, Minerals Management Service, MMS, or Conservation Division. These leases and agreements also often specifically refer to various officers such as Supervisor, Conservation Manager, Deputy Conservation Manager, Minerals Manager and Deputy Minerals Manager. In addition, many leases and agreements specifically refer to 30 CFR Part 221 or specific sections thereof, which now means **43** CFR Part **3160.** Those references shall now be read in the context of Secretarial Order 3087 and now mean either the Bureau of Land Management or Minerals Management Service, as appropriate.

Authority: The Mineral Leasing Act, as amended and supplemented (30 U.S.C. 181 et seq.); the Mineral Leasing Act for Acquired Lands of 1947, as amended (30 U.S.C. 351-359); the Act of May 31, 1930 (30 U.S.C. 301-306); the Act of March 3, 1909, as amended (25 U.S.C. 396); the Act of May 11, 1938, as amended (25 U.S.C. 396a-396q); the Act of February 28, 1891, as amended (25 U.S.C. 397); the Act of May 29, 1924 (25 U.S.C. 398); the Act of March 3, 1927 (25 U.S.C. 398a-398e); the Act of June 30, 1919, as amended (25 U.S.C. 399); R.S. 441 (43 U.S.C. 1457); Attorney General's Opinion of April 2, 1941 (40 Op.Atty.Gen. 41); the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 471 et seq.); the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4331 et seq.); the Act of December 12, 1980 (42 U.S.C. 6508); the Combined Hydrocarbon Leasing Act of 1981 (95 Stat. 1070); the Federal Oil and Gas Royalty Management Act of 1982 (30 U.S.C. 1701 et seq.); and the Indian Mineral Development Act of 1982 (25 U.S.C. 2102 et seq.).

SOURCE: 47 F.R. 47766, Oct. 27, 1982; 48 FR 36583-36586, Aug. 12, 1983; 52 FR 5390, Feb. 20, 1987; 52 FR 36577, Sept. 30, 1987; 53 FR 17361, May 16, 1988; 53 FR 22846, June 17, 1988; 54 FR 39527, 39529, Sept. 27, 1989; 55 FR 12351, April 3, 1990, unless otherwise noted.

EDITORIAL NOTE: Nomenclature changes to this part appear at 48 FR 36584- 36586, Aug. 12, 1983.

**43** C. F. R. s **3160.**0-7

**43** CFR s **3160.**0-7

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.