Louis R. Veerman, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | No. 06-491 L |
| v. | Chief Judge Edward Damich |
| THE UNITED STATES, | |
| Defendant, and | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION, | |
| Defendant-Intervenors. | |

DEFENDANT-INTERVENORS' MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

Defendant-Intervenors hereby move for an enlargement of time until March 26, 2007 in which to respond to Plaintiff's discovery -- namely: (1) First Requests for Production to Intervenor BP Exploration (Alaska) Inc.; (2) First Interrogatories to Intervenor BP Exploration (Alaska) Inc.; and (3) First Requests for Production to Intevenor ConocoPhillips Alaska, Inc. Based on the date of service, defendant-

intervenors' objections and/or responses are currently due by March 5, 2007. In support of this motion, defendant-intervenors state as follows:

1. Defendant-intervenors have only recently been permitted to participate in this action and need sufficient time to review and analyze relevant documents in order to respond to plaintiffs' discovery requests;

2. Plaintiffs' counsel has authorized defendant-intervenors' counsel to state that he does not oppose this motion.

This is the first request for an enlargement of time to respond to plaintiffs' discovery which the defendant-intervenors have made.

DATED this 23rd day of February, 2007 at Anchorage, Alaska.

Respectfully submitted,

s/Louis R. Veerman
Louis R. Veerman
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
dveerman@guessrudd.com
Attorneys for Defendant-Intervenors

CERTIFICATE OF SERVICE

I certify that on the 23rd day of February, 2007, a true and correct copy of the foregoing document was electronically served on the following:

Raymond Conway Givens
James Merritt Upton

GUESS & RUDD P.C.

/s Louis R. Veerman
F:\DATA\2432\225\PLEADING\FedCl\38 Mtn for Enlargement of Time.doc