IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-4911 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **PLAINTIFFS' CONCURRENCE WITH DISCOVERY EXTENSIONS** |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPPRATION,** | ) | |
| **Defendant Intervenors.** | ) | |

**PLAINTIFFS' CONCURRENCE WITH DISCOVERY EXTENSIONS**

Plaintiffs have propounded discovery on the United States, Intervenor BP Exploration (Alaska) Inc., and Intervenor ConocoPhillips Alaska, Inc. that is currently due March 5, 2007. These parties have requested an extension until March 26, 2007 to respond to this discovery. Docket 33, 35. Plaintiffs have no objection to and concur with the requested extension that the discovery be due on March 26, 2007.

Dated this 26th day of February, 2007.

S/Raymond C. Givens
RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on the 26th day of February, 2007, I electronically filed the foregoing Plaintiffs' Supplemental Attachments to Joint Preliminary Status Report and Appendices with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
907.793.2200 (switchboard)
907.793.2299 (fax)
E:mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors

S/Raymond C. Givens
RAYMOND C. GIVENS
Givens Law Firm