# In the United States Court of Federal Claims

No. 06-491L
(Filed: March 28, 2007)

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

As discussed at the preliminary status conference held on March 28, 2007, the Court hereby ORDERS that Defendant and Intervenor-Defendants file their dispositive motion(s) on or before **May 14, 2007**. The motion(s) shall raise all issues that Defendant and Intervenor-Defendants believe can be disposed of without further discovery.

On or before **May 22, 2007**, all parties shall file a joint status report ("JSR") regarding discovery. The report shall include, in detail, the following: (1) discovery that the Plaintiffs need (if any) to respond to the Defendant's and Intervenor-Defendants' motion(s) and (2) discovery that the Plaintiffs need to prepare a cross-motion or motions. The Plaintiffs shall provide a justification with specificity for such discovery. The report shall also contain a statement that the parties have conferred on the issue of discovery, and it shall indicate, with specificity, items of agreement and disagreement regarding the need for discovery. In particular, the Plaintiffs shall indicate whether, in their view, any motions to compel are necessary and, specifically, for which information.

A joint status conference shall be held on **June 5, 2007 at 2:00 PM** Eastern Time, the purpose of which will be to discuss any issues raised in the JSR. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be

participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge