IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | ) | |
| Intervenors. | ) | |

**INTERVENORS' MOTION TO CHANGE ATTORNEY OF RECORD**

Intervenors, by and through their attorneys, Guess & Rudd P.C., hereby move pursuant to RCFC 83.1(c)(4) to change their attorney of record from Louis R. Veerman to Joseph J. Perkins, Jr.

The consent of Mr. Veerman to this substitution is reflected by his signature below, and the information required of Mr. Perkins under RCFC 83.1(c)(3) is set forth below his signature. In addition, the affidavit (statement) of Mr. Perkins that he is authorized to serve as attorney of record for Intervenors (as required by RCFC 83.1(c)(4)) is attached hereto. (Mr. Perkins confirmed via telephone this morning with the Clerk of the Court of Federal Claims that his statement may be submitted with his electronic signature and that said electronic submission need not be formally notarized.) The clerk thus may proceed to reflect this change by an appropriate entry on the docket.

RESPECTFULLY SUBMITTED this 11th day of May, 2007.

/s/
Louis R. Veerman
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
dveerman@guessrudd.com
Attorney of record for Intervenors

/s/
Joseph J. Perkins, Jr.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
New attorney of record for Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, a true and correct copy of the foregoing Intervenors' Motion to Change of Attorney of Record was sent electronically to the following counsel of record:

James M. Upton
Attorney for Defendant United States
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506
E-mail: james.upton@usdoj.gov

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 E. Sherman Avenue
Coeur d'Alene, ID 83816
Tel: 208-676-1310
Fax: 208-676-1296
E-mail: raygivens@givenslaw.com

/s/
Louis R. Veerman