ATTACHMENT No. 44

600 Third Street, Suite 200 • Fairbanks • Alaska • 99701-3569 • (907) 457-2762 • FAX (907) 457-2752

**Arctic Slope Native Association, Limited**

October 8, 1997

Mr. LeRoy Oenga
P. O. Box 201
Barrow, AK 99723

Subject: Lease with BP Exploration

Dear LeRoy :

It is time for the annual rental adjustment for this lease for the four year period beginning November 1, 1997. As you may recall, the rental adjustment is based on either the BIA Appraisal or on the increase in the Consumer Price Index (CPI), whichever of the two gives the higher value.

The BIA appraisal increases the fair market rental from $80,640 per year to $85,680 per year. The CPI increase would raise the annual rental to $88,997.34 so that is the new payment. Of that your share is $17,799.47.

Please let me know if there should be a change in the Rental Division Order. As it now stands, $14,790.58 will be paid to NBA for the credit of your loan, the remainder of $3,008.89 will be paid to your account at BIA. I am enclosing the IIM form for you to fill in. You have the option of it going directly to your bank account, to do this fill in the bank information including your account number in the "make check payable to" part. If you want it to come to you by mail, skip that part and fill in your address.

If you have any questions, you can call me at 1-800-457-2762. Thank you.

Sincerely,

Kathleen F. Dickinson
Land Director

enclosure