ATTACHMENT No. 45

# LETTER AGREEMENT

## ARCO/EXXON ACCESS TO NIAKUK FACILITIES AND INTEGRATION OF NIAKUK INTERESTS

1.0 Drilling Slot Provision and Access Fee

BPX will provide a drilling and manifold slot (repayment addressed in Section 3.0 below) at the Heald Point drillsite for ARCO/Exxon to test the prospectivity of their lease(s) at the REDACTED western limit of the BPX Niakuk Field. If the test results in commercial production, the cost of access to the BPX Heald Point initial and permanent facilities, prior to and post integration of interests, will be REDACTED REDACTED REDACTED With regard to timing, the well may be drilled by ARCO/Exxon back-to-back with the ARCO/BPX/Exxon Alapah well, to be drilled after the sixth BPX Niakuk well. in the first REDACTED quarter of 1994. If the ARCO/Exxon Niakuk well is not drilled at this time it will be drilled after the first 14 wells in the BPX Niakuk drilling program or during any interruption or cessation of that program, once ARCO, BPX and Exxon mutually agree that there is sufficient time to allow the drilling of the ARCO/Exxon Niakuk well.

The cost of source water injection into Segment 1 of the Niakuk reservoir will be allocated to tracts based on oil production from Segment 1 of the Niakuk reservoir.

2.0 Operating Cost Allocation

Operating and Maintenance Costs for Greater Pt. McIntyre Area field-wide O&M and the Lisburne Production Center (LPC) will be determined and allocated in accordance with the already agreed appropriate allocation procedures, established for all Participating Areas within the Greater Pt. McIntyre Area. In each of these categories, the total O&M allocated to Niakuk will be further allocated to tracts based on proportionate total fluid production (oil, water and gas, with 6000 scf gas = 1 barrel).

3.0 Drilling Slot Repayment

In the event BPX requires 17 or more drilling and manifold slots on the Heald Point drillsite, ARCO/Exxon will provide one

additional drilling and manifold slot to the drillsite once the existing 16 BPX Niakuk slots have been used (with the approval of the Lisburne Owners, this may be an unused Lisburne Alapah drilling and manifold slot).

4.0 Integration of Interests

If ARCO, BPX and Exxon mutually agree, that, either commercially producible oil, from the Niakuk Segment 1 Reservoir, extends onto part or all of the ARCO/Exxon leases ADL 34626 and ADL 34629, or that drainage of commercially producible oil is occurring between ARCO/Exxon and BPX leases, ARCO, BPX and Exxon agree to: a) integrate their interests (as in 4.1, 4.2, and 4.3 below); b) jointly petition the AOGCC for appropriate Pool Rules; c) jointly petition the ADNR for an expansion of the Prudhoe Bay Unit (if required) and revision of the Niakuk Participating Area, and d) revise the Niakuk Supplemental Special Provisions to the PBUOA to encompass the appropriate portions of the ARCO/Exxon lease(s) and facilitate Sections 4.1 and 4.2, below.

It is the preference of ARCO, BPX and Exxon that any integration of interests will apply only to Segment 1 of the Niakuk Participating Area, provided that ARCO, BPX, Exxon agree to mutually acceptable provisions and that royalty obligations will track Segment 1 equity production allocations. Otherwise, ARCO, BPX and Exxon agree to pursue the formation of separate Participating Areas for Segment 1 and Segment 2 of the Niakuk Reservoir.

Pursuant to Article 21 of the PBUOA, ARCO and Exxon agree to vote their approval for the expansion of the Niakuk Participating Area, or formation of a new Participating Area and the expansion of the PBU (if necessary) and concomitant Pool Rules extension, to encompass any one or part or all of BPX tracts: ADL 34625 and ADL 312827. Such approval, will, in the case of ADL 312827, apply to any area of the lease up to 1,000 feet from the ARCO lease, Y1580, to the north.

All field equity determinations will be value-based.

4.1 Ownership of Facilities

Regardless of any integration of interests, BPX (Niakuk Facility Owner) retains ownership of all BPX sole funded Niakuk surface Facilities.

4.2 Equalization

If Segment 1 is integrated separately, Segment 1 production well costs and production will be equalized according to Segment 1 equity interests. If the integration of interests in Segment 1 fails to take place prior to January 1, 1996 production well costs will be adjusted by the inflation equivalent defined in Section 34.002 of the PBUOA, except the adjustment factor will be 100% versus 125%. The start date for calculation of inflation equivalent is January 1, 1996.

If more than Segment 1 interests are integrated, production well costs and production equalization will relate directly to the production wells and production in the area within which interests are integrated and will take place concurrent with the associated equity determination.

Production wells will be eligible for cost equalization if they have achieved average production rates of 500 bopd over a sixty day period (consistent with Exhibit K of the Pt. McIntyre Agreement Regarding Interim Funding, Final Equity Determination and Facility Sharing, between ARCO, BPX and Exxon).

Cost and production equalization will be accomplished through disproportionate allocations over a period not to exceed two years.

4.3 Process for Integration

The parties agree that the process by which they will seek voluntary integration of Niakuk Field interests will occur is as follows: first, the parties will attempt to reach voluntary integration for 6 months from the date when Section (4.0) is satisfied and if that fails the parties may agree to submit to binding fourth party resolution.

5.0 Data Sharing

Upon notification by ARCO/Exxon of their intent to spud a test well and of their election to participate in the data exchange described in this section, BPX will provide ARCO/Exxon with all non-interpretative data from the most westerly well drilled in Segment 1, at that time. In return, ARCO/Exxon will provide all non-interpretative data from their test well to BPX. Prior to receipt of the BPX non-interpretative well data, ARCO/Exxon and BPX will agree the terms of a cash payment to be paid to BPX for its well data, in the event that ARCO/Exxon do not drill their test well after receipt of the BPX well data.

6.0 Effective Date

This agreement becomes effective upon the approval, by all parties.

By their signatures, at the date, below, the parties agree to these terms:

MPW [signature] 1-27-94

J. D. Weeks
Senior Vice President, ARCO Alaska Inc. Date:

[signature] 1-27-94

J. E. Golden
Vice President, BP Exploration (Alaska) Inc. Date:

J.W. Kilker
Production Engineering Manager, Exxon Corporation. Date:

5.0 Data Sharing

Upon notification by ARCO/Exxon of their intent to spud a test well and of their election to participate in the data exchange described in this section, BPX will provide ARCO/Exxon with all non-interpretative data from the most westerly well drilled in Segment 1, at that time. In return, ARCO/Exxon will provide all non-interpretative data from their test well to BPX. Prior to receipt of the BPX non-interpretative well data, ARCO/Exxon and BPX will agree the terms of a cash payment to be paid to BPX for its well data, in the event that ARCO/Exxon do not drill their test well after receipt of the BPX well data.

6.0 Effective Date

This agreement becomes effective upon the approval, by all parties.

By their signatures, at the date, below, the parties agree to these terms:

J. D. Weeks
Senior Vice President, ARCO Alaska Inc. Date:

J. E. Golden
Vice President, BP Exploration (Alaska) Inc. Date: 1/27/94

J.W. Kiker
Production ~~Engineering~~ Manager, Exxon Corporation. Date: 1/27/94

(9) 100051