**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON, U.S.A., INC., AND FOREST OIL CORPORATION,**<br><br>**Intervenors.** | **No. 06-491 L**<br>**Chief Judge Edward Damich** |

**JOINT STATUS REPORT RE DISCOVERY**

By Order of March 28, 2007, the Court 1) directed the United States and Intervenors to file any dispositive motions by May 14, 2007, 2) directed the parties to confer regarding discovery deemed necessary by the Plaintiffs to respond or file cross motions, and 3) directed the parties to file a Joint Status Report by May 22, 2007. Docket 38.

The counsel for the parties conferred by telephone on May 18 and 21, 2007. The latter call included counsel for Kuukpik Corporation ("Kuukpik") (the ANCSA village corporation for

the Native village of Nuiqsut, situated on the North Slope of Alaska roughly 70 miles west of the Native allotment parcel involved in this litigation).

The documents identified by Plaintiffs as needed to respond to the United States' and Invervenors' Motions and to file cross motions are:

1. The 1994 Facility Sharing Agreement requested by Plaintiffs in prior discovery, and

2. The various lease agreements providing for royalties as payment for the lease of Kuukpik's surface rights at a different oil field (Colville River Unit) developed by Intervenor ConocoPhillips (and other oil companies that are not parties to this litigation), as requested by Plaintiffs in prior discovery.

Agreement has been reached between the parties on a proposed Protective Order that would be applicable to both documents. It will soon be filed with the Court.

The Intervenors and the United States attached a redacted copy of the Facility Sharing Agreement to their respective Motions. The Intervenors have agreed to provide an unredacted copy as soon as the proposed Protective Order becomes effective.

Agreement has not been reached on the production of the various surface agreements with Kuukpik regarding the oil field being developed by Intervenor ConocoPhillips within the Colville River Unit Area. Despite the protections that would be afforded by the proposed Protective Order, Kuukpik demands that the documents not be produced until the need for and relevance of said documents in this proceeding at this time is established. ConocoPhillips is currently honoring that demand, pending further efforts to resolve the need for and relevance of said documents at this time.

Plaintiffs believe these documents are necessary to properly respond to the pending

motions because the United States has raised the issue under Claims One and Two of whether royalty payments for leased surface rights are applicable. It is Plaintiff's position that some of these leases for the use of Kuukpik's surface rights apparently provide for royalties to be paid to Kuukpik for the lease of the surface lands used for oil production, as specifically referred to in the attached document of the State of Alaska Department of Natural Resources. *See* paragraph at bottom of p. 2 and top of p. 3.

Plaintiffs believe these documents are necessary to respond to the United States' Rule 12(b)(6) motions regarding Claims One and Two because they address the use of royalties as payment for the lease of Native corporation surface rights in the production of oil leases held by others at other locations. Plaintiffs believe these documents are needed for the Claim Three Rule 12(b)(6) motions by the United States and Intervenors for the same reason and that they are thus relevant to trespass damages.

Until Plaintiffs review these documents, Plaintiffs cannot determine the full extent to which they may be relevant to Plaintiffs' cross-motions, but at a minimum they are relevant to such cross motions for partial summary judgment for the same reasons stated above as to responding to the United States' and Intervenors' pending motions.

The United States and Intervenors do not agree that the Plaintiffs need these Kuukpik lease documents in order to respond to their dispositive motions or to file cross motions because they believe that said documents are relevant only to the issue of damages and not to the issue of liability on Claims 1, 2 and 3.

After the discussion with Kuukpik's counsel, it is clear that Kuukpik will not consent to production of the documents under the proposed Protective Order. ConocoPhillips is honoring

Kuukpik's position, pending further efforts to resolve the need for and relevance of said documents in this proceeding at this time. A Motion To Compel will be required if the requested documents are to be produced. Kuukpik's counsel stated that if at the upcoming Joint Status Conference on June 5th the court indicates that it will entertain a Motion To Compel production of the Kuukpik documents, then Kuukpik expects to file a Motion To Intervene herein to participate in such proceedings as may occur to resolve the need for and relevance of said documents in this proceeding at this time.

One final matter has arisen which should be addressed in this Joint Status Report. Pursuant to discovery it was learned by Plaintiffs for the first time that oil from the Lisburne Participating Area (PA) has also been produced through the BP Exploration (Alaska) Inc. (BP) facility on Plaintiffs' Heald Point allotment. This raises the same type of trespass issues that already have been raised in Claim Three with respect to production from the West Niakuk PA. The parties have agreed that the United States and Intervenors would not object to the Complaint being amended to raise this issue. It is requested that this matter also be addressed at the Status Conference on June 5, 2007.

RESPECTFULLY submitted this 22nd day of May, 2007.

S/Raymond C. Givens
RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

S/James M. Upton
JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

S/Joseph J. Perkins, Jr.
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
(907) 793-2200 (switchboard)
(907) 793-2263 (direct dial/voice mail)
(907) 793-2299 (fax)
(907) 227-3853 (cell/voice mail)
E-mail: jperkins@guessrudd.com
Attorney for Intervenors