IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |
| vs. | |
| THE UNITED STATES, | [PROPOSED] ORDER APPROVING JOINT STIPULATION |
| Defendant, | |
| and | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | |
| Intervenors. | |

The Court having found good cause for the entry of an Order pursuant to the Stipulated Motion for Protective Order approving the attached Stipulation Re Confidentiality of Certain Documents, Data, and Other Materials To Be Provided By Intervenors (hereinafter "the Joint Stipulation"), dated June 1, 2007,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Joint Stipulation dated June 1, 2007 is APPROVED;

2. This Order and the associated Joint Stipulation shall govern the provision of Confidential Materials by any of the Intervenors to any of Plaintiffs' Designees or Defendant's Designees (as those terms are defined in the Joint Stipulation) pursuant to the First Discovery Requests identified therein, regardless of the context (i.e., in litigation, ADR, or informal settlement discussions) in which the provision occurs.

3. Until further order of this Court, this Order and the associated Joint Stipulation shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

DATED this ________ day of ______________, 2007.

______________________________
THE HONORABLE EDWARD J. DAMICH
Chief Judge, U.S. Court of Federal Claims