# In the United States Court of Federal Claims

No. 06-491L
(Filed: June 7, 2007)

****************************************
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant,

**and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,**

Intervenor-Defendants.
****************************************

## ORDER

As discussed at the status conference held on June 5, 2007, Plaintiffs shall file a motion to compel discovery seeking the production of agreements governing (non-party) Kuukpik Corporation's ("Kuukpik") lease of its surface rights at the Colville River Unit for the development of an oil field (by Intervenor-Defendant ConocoPhillips and other non-party oil companies). The Court was informed by counsel for the Intervenor-Defendants during the conference that Kuukpik intends to seek intervention for the limited purpose of opposing Plaintiffs' motion to compel. The parties indicated that they would not oppose Kuukpik's motion to intervene for this limited purpose. The parties also informed the Court that Plaintiffs will move to amend their complaint and that neither Defendant nor Intervenor-Defendants interpose any objection.

In light of the discussion at the status conference, the Court hereby ORDERS that Plaintiffs file their motion to compel on or before **June 12, 2007**. On or before **June 19, 2007**, Defendant and Intervenor-Defendants shall file their response(s) to Plaintiffs' motion. In addition, on or before **June 19, 2007**, the Kuukpik shall file its unopposed motion to intervene and its opposition to the motion to compel. Plaintiffs' reply shall be filed on or before **June 25, 2007**.

In addition, Plaintiffs shall file, on or before **June 25, 2007**, their unopposed motion to amend the complaint. Upon the Court's grant of that motion, the amended complaint shall then be filed.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge