**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-4911 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | **MOTION TO COMPEL**<br>**RCFC 37(a), 56(f)** |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPPRATION,** | |
| **Defendant Intervenors.** | |

**MOTION TO COMPEL**

COME NOW Plaintiffs by and through counsel pursuant to RCFC 37(a) and 56(f) to move this court for an order compelling the production/inspection of documents sought in discovery from Intervenors ConocoPhillips. This Motion is supported by the accompanying Memorandum, Certification of Good Faith Efforts to Secure Information, and Declaration of Edward Morse.

The documents sought through this Motion are those sought through discovery from ConocoPhillips Alaska, Inc. (ConocoPhillips) in Requests For Production No. 1 and 2, but were objected to and not produced. *See* Response to Plaintiffs' First Request for Production From Intervenors ConocoPhillips Alaska, Inc. attached as Appendix 1 to the Memorandum accompanying this Motion. They include all documents identified by ConocoPhillips, which include:

1. The 1997 Surface Use Agreement between the Kuukpik Village Corporation and ARCO Alaska Inc. (later known as Phillips Alaska Inc. and then ConocoPhillips Alaska Inc.). Request For Production No. 1.

2. The Settlement Agreement between ASRC and Kuukpik Corp. (1992). Request For Production No. 2.

3. Lease Agreement between ARCO Alaska, Inc., ASRC et al. (1997). Request For Production No. 2.

4. 1431(o) Consent Agreement between ASRC and Kuukpik Corp. (1997). Request For Production No. 2.

Plaintiffs seek to obtain through this RCFC 37(a), 56(f) motion documents to use as evidence and to support an expert opinion which will create genuine issues of fact regarding the proper valuation of the property at issue in this case under the "present fair annual rental" standard of 25 CFR Part 162, even though the rent set in the documents requested may be a royalty.

Dated this 11th day of June, 2007.

RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on the 11th day of June, 2007, I electronically filed the foregoing Motion to Compel with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
907.793.2200 (switchboard)
907.793.2299 (fax)
E:mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors

RAYMOND C. GIVENS
Givens Law Firm