IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | No. 06-4911 L<br>Chief Judge Edward Damich |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | CERTIFICATION OF GIVENS RE: GOOD FAITH EFFORTS TO SECURE INFORMATION |
| Defendant, and | ) | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPPRATION, | ) | |
| Defendant Intervenors. | ) | |

**CERTIFICATION OF GIVENS RE: GOOD FAITH EFFORTS TO SECURE INFORMATION**

Raymond C. Givens, as counsel for Plaintiffs in this action, hereby certifies the following good faith efforts to secure the requested material without Court action that occurred after Intervenor ConocoPhillips refused to produce the material sought in discovery.

1. Plaintiffs stipulated and sought the issuance of a most restrictive Protective Order which would govern the use of this material. *See* Docket 44.

2. Plaintiffs' counsel discussed the matter with opposing counsel and sought to obtain

the material without Court action. One of these telephone discussions included counsel for the Kuukpik Village Corporation.

3. The production of these documents was discussed with the Court and opposing counsel twice at telephonic Status Conferences.

4. All of the above good faith efforts to obtain the material without Court action have been unsuccessful.

Dated this 11th day of June, 2007.

RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on the 11th day of June, 2007, I electronically filed the foregoing Certification of Givens re: Good Faith Efforts to Secure Information with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
907.793.2200 (switchboard)
907.793.2299 (fax)
E:mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors

Raymond C. Givens

RAYMOND C. GIVENS
Givens Law Firm