**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-4911 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS SOUGHT IN DISCOVERY** |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors.** | ) | |

**ORDER COMPELLING PRODUCTION OF DOCUMENTS SOUGHT IN DISCOVERY**

Pursuant to Motion to Compel filed by the Plaintiffs in this matter and in consideration of any objections filed thereto, IT IS HEREBY ORDERED as follows:

1. Defendant Intervenors ConocoPhillips Alaska, Inc. shall produce to Plaintiff, subject to the Stipulated Protective Order, all documents responsive to Requests For Production Nos. 1 and 2 in Plaintiffs' First Requests For Production dated January 30, 2007.

Dated this ___ day of ________________, 2007.

__________________________________________

THE HONORABLE EDWARD J. DAMICH
Chief Judge, U.S. Court of Federal Claims