# In the United States Court of Federal Claims

No. 06-491L
(Filed: June 14, 2007)

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant, | * |
| **and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,** | * |
| Intervenor-Defendants. | * |

## ORDER

On May 11, 2007, attorney of record for the Intervenor-Defendants, Louis Veerman, submitted a Consented Motion to Substitute Attorney pursuant to RCFC 83.1. However, that document was not electronically signed by either Mr. Veerman or the intended new attorney of record, Joseph Perkins, pursuant to RCFC 11 and General Order No. 42A (requiring electronic filings to be signed by a "s/" followed by the name of the individual signing the document). On May 14, 2007, Mr. Perkins submitted Intervenor-Defendants' Motion for Partial Summary Judgment which also lacked the electronic signature of the attorney of record and, thus, violated RCFC 11 and General Order No. 42A.

Accordingly, the Court hereby STRIKES both documents (Docket No. 40 and No. 41) from the record. On or before **June 20, 2007**, the Intervenor-Defendants' counsel of record shall file its Consented Motion to Substitute Attorney pursuant to RCFC 83.1. In addition, on or

before **June 25, 2007**, the Intervenor-Defendants shall file their Motion for Partial Summary Judgment–*but only after* the Court grants the Consented Motion to Substitute Attorney.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge