IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | ) | |
| Intervenors. | ) | |

**AFFIDAVIT (STATEMENT) OF JOSEPH J. PERKINS, JR.**
**(ACCOMPANYING INTERVENORS' MOTION**
**TO CHANGE ATTORNEY OF RECORD)**

As required by RCFC 83.1(c)(4), JOSEPH J. PERKINS, JR. does hereby affirm that he is authorized to serve as attorney of record for Intervenors in the captioned case.

RESPECTFULLY SUBMITTED this 15th day of June, 2007.

s/Joseph J. Perkins, Jr.
Joseph J. Perkins, Jr.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
New attorney of record for Intervenors

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2007, a true and correct copy of the foregoing Affidavit (Statement) of Joseph J. Perkins, Jr. (Accompanying Intervenors' Motion to Change of Attorney of Record) was sent electronically to the following counsel of record:

James M. Upton
Attorney for Defendant United States
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506
E-mail: james.upton@usdoj.gov

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 E. Sherman Avenue
Coeur d'Alene, ID 83816
Tel: 208-676-1310
Fax: 208-676-1296
E-mail: raygivens@givenslaw.com

s/Louis R. Veerman
Louis R. Veerman