IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,<br><br>Defendant-Intervenors. | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |

**APPENDIX TO DEFENDANT-INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Defendant-Intervenors, by and through their attorneys, Guess & Rudd P.C., hereby submit as an Appendix to their Opposition To Plaintiffs' Motion To Compel [Docket 46] a copy (attached hereto) of the 50-page "Exhibit A to the Colville River Unit Agreement" filed with the State of Alaska Department of Natural Resources, Division of Oil and Gas,

on July 22, 2004. Examination of this exhibit discloses both the lands within the Colville River Unit Area in which Kuukpik Corporation has overriding royalty interests and the size of those overriding royalty interests.

RESPECTFULLY SUBMITTED this 19th day of June, 2007.

s/ Joseph J. Perkins, Jr.
Joseph J. Perkins, Jr.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
Attorney of record for Defendant-Intervenors

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2007, a true and correct copy of the Appendix To Defendant-Intervenors' Opposition To Plaintiffs' Motion to Compel was sent electronically to the following counsel of record:

James M. Upton
Attorney for Defendant United States
U.S. Department of Justice
Env. & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506
E-mail: james.upton@usdoj.gov

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 E. Sherman Avenue
Coeur d'Alene, ID 83816
Tel: 208-676-1310
Fax: 208-676-1296
E-mail: raygivens@givenslaw.com

s/ Joseph J. Perkins, Jr.
Joseph J. Perkins, Jr.