**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs.** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors.** | ) | |

**[PROPOSED] ORDER GRANTING KUUKPIK CORPORATION'S UNOPPOSED MOTION TO INTERVENE**

The Court, having considered the unopposed motion to intervene filed by Kuukpik Corporation, HEREBY ORDERS as follows:

1. Kuukpik Corporation's motion to intervene is GRANTED, and Kuukpik is permitted to intervene for the limited purpose of opposing Plaintiffs' motion to compel production of the 1997 Surface Use Agreement and related documents.

Dated this __ day of _______________, 2007.

_______________________________
THE HONORABLE EDWARD J. DAMICH
Chief Judge, U.S. Court of Federal Claims

**Certificate of Service**

I hereby certify that on the 19th day of June, 2007, I electronically filed the foregoing [PROPOSED] ORDER GRANTING KUUKPIK CORPORATION'S UNOPPOSED MOTION TO INTERVENE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washignton, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 (switchboard)
(907) 793-2299 (fax)
E-mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors