**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L** |
| | **Chief Judge Edward Damich** |
| **Plaintiffs.** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | |
| **Defendant Intervenors.** | |

**UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME UNTIL JUNE 22, 2007 FOR KUUKPIK CORPORATION TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

COMES NOW Kuukpik Corporation ("Kuukpik") by and through counsel and pursuant to RCFC 6.1 moves for a three day extension of time, until June 22, 2007, to file its opposition to Plaintiffs' motion to compel (docket 46).

The Court's June 12, 2007 Scheduling Order (docket 45) set a schedule for Plaintiffs to file their motion to compel (on or before June 12, 2007) and for Kuukpik to seek to intervene and file an opposition to the motion (on or before June 19, 2007). As Kuukpik was not a participant at the status conference that led to entry of the Scheduling Order, it had no opportunity to provide any input with respect to the schedule that was

set. Under RCFC 7.2(a), 14 days is typically the time within which a response to a motion is due. Kuukpik understands, however, that the Court is trying to move this matter along since its resolution affects the timing of resolving pending summary judgment motions. Unfortunately, and due to conflicts in Kuukpik's counsel's schedule and prior commitments made with respect to other matters, Kuukpik's counsel has not had adequate time to prepare Kuukpik's opposition to Plaintiffs' motion to compel, although its motion to intervene is being filed in accordance with the original schedule.

The deadline for Kuukpik's opposition has not previously been extended, and undersigned counsel represents that he has conferred with and been advised by counsel for all the other parties in the case that they do not object to the three-day extension requested, the only caveat being that Plaintiffs non-opposition is conditioned on the Court granting them an additional three days for filing their reply, such that it would be due on June 28, 2007 (per docket 45 Plaintiffs' reply is presently due on June 25, 2007).

Based on the foregoing, Kuukpik respectfully requests that its motion for a three day extension until June 22, 2007 be granted. A proposed form of order accompanies this motion.

Dated this 19th day of June, 2007.

s/Bruce E. Falconer
BRUCE E. FALCONER
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

**Certificate of Service**

I hereby certify that on the 19th day of June, 2007, I electronically filed the foregoing UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME UNTIL JUNE 22, 2007 FOR KUUKPIK CORPORATION TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washignton, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 (switchboard)
(907) 793-2299 (fax)
E-mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors