# In the United States Court of Federal Claims

No. 06-491L
(Filed: June 20, 2007)

****************************************
WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,

Intervenor-Defendants.
****************************************

## ORDER

On June 19, 2007, Kuukpik Corporation ("Kuukpik") filed, pursuant to RCFC 24(a)(2), an unopposed motion to intervene for the limited purpose of opposing Plaintiffs' motion to compel production of certain documents requested in discovery from Intervenor-Defendant ConocoPhillips Alaska, Inc. ("CPAI"). RCFC 24(a)(2) permits intervention of right "when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by the existing parties."

Kuukpik seeks intervention to protect its interest in the documents that are the subject of Plaintiffs' motion. The documents Kuukpik seeks to protect "contain proprietary and competitively sensitive business information which Kuukpik regards as trade secrets." Kuukpik

points out that "[w]hile CPAI objected to Plaintiffs' discovery requests, its responses make clear this was done largely at Kuukpik's urging and that CPAI expects Kuukpik to intervene and make its own case. . . ."

The requirements of RCFC 24(a)(2) having been satisfied, the Court hereby GRANTS Kuukpik's motion to intervene for the limited purpose of opposing Plaintiffs' motion to compel.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge