# In the United States Court of Federal Claims

No. 06-491L
(Filed: June 20, 2007)

****************************************
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant,

**and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,**

Intervenor-Defendants.
****************************************

## ORDER

On June 19, 2007, Kuukpik Corporation ("Kuukpik") filed an unopposed motion for a three-day enlargement of time in which to file its opposition to Plaintiffs' motion to compel. Kuukpik moves for an enlargement of time due to scheduling conflicts in counsel's schedule; the Court was previously unaware of the conflicts because Kuukpik's counsel was not a participant at the status conference held on June 5, 2007, and thus "had no opportunity to provide any input with respect to the schedule that was set."

In light of the above, the Court hereby GRANTS Kuukpik's unopposed motion for an enlargement of time. On or before **June 22, 2007**, Kuukpik shall file its opposition to Plaintiffs' motion to compel. In addition, Plaintiffs shall file their reply on or before **June 28, 2007**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge