**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-491 L** |
| | ) | **Chief Judge Edward L. Damich** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **[PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

Plaintiffs have moved to amend their Complaint pursuant to RCFC 15(a) which provides that leave to amend "shall be freely given when justice so requires." It appearing that justice requires granting leave to amend,

IT IS HEREBY ORDERED that Plaintiffs be allowed to amend their Complaint by filing the Second Amended Complaint accompanying their Motion.

DATED this 22nd day of June 2007.

______________________________

The Honorable Edward J. Damich
Chief Judge, U.S. Court of Federal Claims