IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | Case No. 06-491 L |
| | (ECF No. 1-06-cv-00491-EJD) |
| vs. | Chief Judge Edward J. Damich |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | |
| Intervenor-Defendants. | |

**INTERVENOR-DEFENDANTS' *CORRECTED* MOTION FOR PARTIAL SUMMARY JUDGMENT (CLAIM THREE OF PLAINTIFFS' FIRST AMENDED COMPLAINT)**

Intervenor-Defendants, by and through their attorneys, Guess & Rudd P.C., hereby move pursuant to RCFC 56 for summary judgment in favor of the Defendant and Intervenor-Defendants and against Plaintiffs respecting Claim Three of Plaintiffs' First Amended Complaint filed herein on September 18, 2006.

This motion is supported by the accompanying Memorandum In Support of Intervenor-Defendants' *Corrected* Motion for Partial Summary Judgment (with the *complete* Appendix attached thereto). In addition, Intervenor-Defendants are filing herewith their "Proposed Findings of Uncontroverted Fact" as required by RCFC 56(h)(1).

RESPECTFULLY SUBMITTED this 25th day of June, 2007.

s/Joseph J. Perkins, Jr.
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
Attorneys for Intervenor-Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2007, a true and correct copy of the foregoing Intervenor-Defendants' *Corrected* Motion for Partial Summary Judgment was sent electronically to the following counsel of record:

James M. Upton
Attorney for Defendant United States
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506
E-mail: james.upton@usdoj.gov

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 E. Sherman Avenue
Coeur d'Alene, ID 83816
Tel: 208-676-1310
Fax: 208-676-1296
E-mail: raygivens@givenslaw.com

s/Joseph J. Perkins, Jr.
JOSEPH J. PERKINS, JR.