**EXHIBIT N**

DNR letters dated September 12, 2005, October 27, 2005, and March 21, 2006, respecting certain approved Tract Operations

# STATE OF ALASKA

JK H. MURKOWSKI, GOVERNOR

DEPARTMENT OF NATURAL RESOURCES

DIVISION OF OIL AND GAS

550 WEST 7TH AVENUE, SUITE 800
ANCHORAGE, ALASKA 99501-3560
PHONE: (907) 269-8800
FAX: (907) 269-8938

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

September 12, 2005

Mark Weggeland
GPMA Subsurface Team Leader
BP Exploration
900 East Benson Blvd.
P.O. Box 196612
Anchorage, AK 99519-6612

Subject: Prudhoe Bay Unit
ADL-034635-Tract Operations Approval Request for NK-65A
ADL-034630-Tract Operations Approval Request for NK-38A

Dear Mr. Weggeland:

BP Exploration Alaska, Inc. (BPXA), operator of the Niakuk Participating Area (NPA), on behalf of itself and the other Prudhoe Bay Unit (PBU) Working Interest Owners, Chevron U.S.A., Inc., ConocoPhillips Alaska Inc., ExxonMobil Alaska Production Inc and Forest Oil Corporation, applied to the State of Alaska, Department of Natural Resources, Division of Oil and Gas (the Division) to approve tract operations for both the NK-38A and NK-65A wells as soon as possible, extending until final approval of the Raven Participating Area (PA) application. BPXA indicates that the current request is in support of "the Governor's initiative that the North Slope producers help identify near-term opportunities to increase oil production beyond current levels…" Previously on June 20, 2005, the Division denied BPXA's NK-65A Tract Operation request under Article 4.4 of the PBU Agreement. The Division indicated they would only consider the Niakuk/Ivishak Reservoir development, including any extension of the NK-38A Tract Operation approval, in the context of a participating area application with an associated plan of development. BPXA indicates that "they are in the process of preparing a new Raven PA application which will encompass the Ivishak Reservoir in this area. However, the application will not be completed and submitted until later this month (September)." BPXA also indicates they have simultaneously applied to obtain the necessary AOGCC approvals (AIO/Pool Rule applications) to bring NK-65A and NK-38A back on-line. BPXA had originally applied to AOGCC on May 18, 2005 and withdrew their application on July 11, 2005.

Tract Operations for both NK-65A injection and NK-38A production are approved for 180-days subject to the following terms and conditions:

1. The approval is valid until April 1, 2006, consistent with planned AOGCC administrative approval timing for the same wells. Tract Operations for this time allows sufficient time for production and injection during the planned Raven PA application process. The Division remains committed to Niakuk/Ivishak Reservoir development, including any extension of the NK-65A and NK-38A Tract Operations, in the context of a final, approved, participating area application with an associated plan of development. The Division anticipates receiving BPXA's submission of a PA application for the Raven PA later this month.

2. Water injection from NK-65A shall start simultaneously with 38A production. Injection shall be into the Ivishak formation.

3. The PBU WSMP, as conditionally approved by the Division and the AOGCC, is acceptable for determining and allocating the production from the NK-38A Tract Operation. BPXA shall provide well test data to the Division with the monthly royalty reports. The well test data shall also be provided electronically to the Division. The well test data shall include all the valid well tests performed during a month and the daily-allocated volume of oil, gas and water produced from the well during each calendar month of the Tract Operation.

4. All production from the Niakuk 38A well shall be allocated to ADL 34630. **Account Code PB09** is assigned to the Niakuk 38A Ivishak Tract Operation. The operator and lessees shall reference this account code on the monthly operator and royalty reports submitted to the Division.

5. The Division acknowledges that for purposes of the NK-38A Tract Operation period and royalty reporting, the NGLs removed from the well's produced gas will be accounted for and reported separately, and not as Niakuk NGLs. Any residue gas from the well will be injected into the GPMA reservoirs and accounted for separately on the LPC Gas Reserves and Debit Report submitted monthly to the Division.

6. Commingling of Niakuk 38A Ivishak production fluids with Niakuk and Western Niakuk Participating Areas' production fluids through the Niakuk drillsite and the LPC is approved for the test period only. For purposes of nominating and calculating the percentage of Royalty-in-Kind (RIK) from the PBU, it is agreed that the test production from the Niakuk 38A Tract Operation will be considered PBU production. Niakuk 38A test production will be included in PBU production for RIK volume accounting purposes.

7. A status report and presentation of the Niakuk 38A testing operation must be provided to the Division as part of the next GPMA Plans of Development Overview Presentation and as a part of a future anticipated PA application. The status report should list the spud date of the well, the start and stop dates of each testing period, test flow rates and pressure data, provide updated geologic maps of the Ivishak prospect and state whether the well is capable of

sustained commercial production in sufficient quantities to justify further development and continued production from the Ivishak interval.

A person affected by this decision may appeal it, in accordance with 11 AAC 02. Any appeal must be received within 20 calendar days after the date of "issuance" of this decision, as defined in 11 AAC 02.040(c) and (d) and may be mailed or delivered to Tom Irwin, Commissioner, Department of Natural Resources, 550 W. 7th Avenue, Suite 1400, Anchorage, Alaska 99501; faxed to 1-907-269-8918, or sent by electronic mail to dnr_appeals@dnr.state.ak.us. This decision takes effect immediately. An eligible person must first appeal this decision in accordance with 11 AAC 02 before appealing this decision to Superior Court. A copy of 11 AAC 02 may be obtained from any regional information office of the Department of Natural Resources.

Sincerely,

For / Mark Myers
Director

Cc:

Jane Williamson, AOGCC
Gus Gustafson, BPXA
Art Copoulos, DNR

STATE OF ALASKA

ANK H. MURKOWSKI, GOVERNOR

DEPARTMENT OF NATURAL RESOURCES

*DIVISION OF OIL AND GAS*

*550 WEST 7TH AVENUE, SUITE 800*
*ANCHORAGE, ALASKA 99501-3560*
*PHONE: (907) 269-8800*
*FAX: (907) 269-8938*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

October 27, 2005

Mark Weggeland
GPMA Subsurface Team Leader
BP Exploration
900 East Benson Blvd.
P.O. Box 196612
Anchorage, AK 99519-6612

Subject: Prudhoe Bay Unit
ADL-034635-Tract Operations Approval Request for NK-43

Dear Mr. Weggeland,

BP Exploration Alaska, Inc. (BPXA), operator of the Niakuk Participating Area (NPA), on behalf of itself and the other Prudhoe Bay Unit (PBU) Working Interest Owners, Chevron U.S.A., Inc., ConocoPhillips Alaska Inc., ExxonMobil Alaska Production Inc and Forest Oil Corporation, applied to the State of Alaska, Department of Natural Resources, Division of Oil and Gas (the Division) to use the existing NK-43 Well in ADL-034635 (PBUA Tract 32) to conduct Sag River production and commingle the production with NPA Kuparak production. BPXA requested approval of the tract operation as a 180-day pilot commingle project from September 15, 2005 through March 15, 2006. In addition on correspondence dated September 8th, BPXA indicated that "timely approval of this request should add another additional 500 BOPD beyond existing production." BPXA has simultaneously requested the Alaska Oil and Gas Conservation (AOGCC) Commission issue an order in conformance with 20 AAC 25.215(b) allowing commingling of production from the Niakuk Oil Pool and Sag River reservoir (undefined oil pool) within Well NK-43. AOGCC processing of this order involves an approval timeframe in late October or early November, 2005.

This is a pilot commingle project with the objective to determine a reliable and acceptable method to allocate production between the Sag and the Kuparak intervals and to conduct Sag and Kuparak Production. The Sag River interval has been previously tested and evaluated in this well. The Tract Operation is approved subject to the following terms and conditions:

*"Develop, Conserve, and Enhance Natural Resources for Present and Future Alaskans."*

1) The Tract Operation is approved for 180-days from the date test production from the Sag River interval in the NK-43 wellbore flows into the Lisburne Production Center (LPC). BPXA shall notify the Division, in writing, of the date of first production from the well.

2) The PBU Western Satellite Metering Plan (WSMP), as conditionally approved by the Division and the AOGCC, is acceptable for determining and allocating the production from the NK-43 Tract Operation. BPXA shall provide well test data to the Division with the monthly royalty reports. The well test data shall also be provided electronically to the Division. The well test data shall include all the valid well tests performed during a month and the daily-allocated volume of oil, gas and water produced from the well during each calendar month of the Tract Operation. Allocation of produced volumes from the Sag and Kuparak reservoirs will be estimated using geochemical analysis and production profile logs with the Sag/Kuparak split noted on the monthly royalty reports.

3) During the Niakuk-43 tract operation approval period, all production from the Sag River formation in the NK-43 well should be allocated to ADL 34635 and should be reported as tract operation production. Account code X019 is assigned to the NK-43 tract operation production. The operator and lessees shall reference this account code on the monthly operator and royalty reports submitted to the Division for tract operation production from NK-43.

4) During the Niakuk-43 tract operation approval period, all production from the Kuparak formation in the NK-43 well should be allocated to ADL 34635 under the interim tract allocation schedule approved in the "Decision and Findings of the Commissioner Alaska Department of Natural Resources," regarding the fourth expansion of the Unit area, first expansion of the Niakuk Participating Area (NPA), and formation of the West Niakuk PA, dated November 17, 1997.

5) The Division reserves the right to retroactively exclude a portion of field costs from its royalty share of production during this test from either the Sag River or Kuparak formations in the NK-43 well, based on the field cost allocations that will be finalized with the Niakuk Participating Area consolidation application and the expected Raven Participating Area application.

6) The Division acknowledges that for purposes of the NK-43 Tract Operation period and royalty reporting, the Natural Gas Liquids (NGLs) removed from the well's produced gas will be accounted for and reported separately, and not as Niakuk NGLs. Any residue gas from the well will be injected into the Greater Point MacIntyre Area (GPMA) reservoirs and accounted for separately on the LPC Gas Reserves and Debit Report submitted monthly to the Division.

7) Commingling of NK-43 Sag and Kuparak production fluids with Niakuk and Western Niakuk Participating Areas' production fluids through the Niakuk drillsite and the LPC is approved for the test period only. This approval sets no precedent for commingling production fluids in other wells at Niakuk or elsewhere.

8) For purposes of nominating and calculating the percentage of Royalty-in-Kind (RIK) from the PBU, it is agreed that the test production from the NK-43 Tract Operation will be considered PBU production. NK-43 test production will be included in PBU production for RIK volume accounting purposes.

9) A status report and presentation of the NK- 43 testing operation must be provided to the Division as part of the next GPMA Plans of Development Overview Presentation or as a part of a future 'Raven' PA application, whichever is sooner. The status report should list the spud date of the well, the start and stop dates of each testing period by reservoir, test flow rates and pressure data by reservoir, BPXA's % allocation of gas and liquid production from the Sag and Kuparak reservoirs, results from the production profile logs and geochemical analysis, provide updated geologic maps of the Sag prospect, and state whether the well is capable of sustained commercial production in sufficient quantities to justify further development and continued production from the Sag interval.

Assuming that the conditions set forth in this letter are acceptable, BPXA is authorized to proceed with Niakuk 43 Tract Operations.

A person affected by this decision may appeal it, in accordance with 11 AAC 02. Any appeal must be received within 20 calendar days after the date of "issuance" of this decision, as defined in 11 AAC 02.040(c) and (d) and may be mailed or delivered to Tom Irwin, Commissioner, Department of Natural Resources, 550 W. 7th Avenue, Suite 1400, Anchorage, Alaska 99501; faxed to 1-907-269-8918, or sent by electronic mail to dnr_appeals@dnr.state.ak.us. This decision takes effect immediately. An eligible person must first appeal this decision in accordance with 11 AAC 02 before appealing this decision to Superior Court. A copy of 11 AAC 02 may be obtained from any regional information office of the Department of Natural Resources.

Sincerely,

FOR Mark Myers
Director

Cc:

Jane Williamson, AOGCC
Gus Gustafson, BPXA
Art Copoulos, DNR
Mike Kotowski, DNR
Bill Van Dyke, DNR

7004 1160 0003 6488 6008

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF NATURAL RESOURCES**

*DIVISION OF OIL AND GAS*

550 WEST 7TH AVENUE, SUITE 800
ANCHORAGE, ALASKA 99501-3560
PHONE: (907) 269-8800
FAX: (907) 269-8938

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

March 21, 2006

Mark Weggeland
GPMA Subsurface Team Leader
BP Exploration
900 East Benson Blvd.
P.O. Box 196612
Anchorage, AK 99519-6612

Subject: Prudhoe Bay Unit
ADL-034635-Tract Operations Approval for NK-43
ADL-034635-Tract Operations Approval for NK-65A
ADL-034630-Tract Operations Approval for NK-38A

Dear Mr. Weggeland,

In a letter dated March 20, 2006, BPXA Exploration Alaska, Inc. (BPXA), operator of the Prudhoe Bay Unit (PBU), requested that tract operations for the above referenced wells be extended until September 1, 2006, or until the date the Raven Participating Area (RPA) is approved by the State of Alaska, Department of Natural Resources, Division of Oil and Gas (the Division) to form the Raven Participating Area (RPA), in the Prudhoe Bay Unit. This will allow continued production and injection for the NK-38A, NK-43 and NK-65A wells. BPXA is authorized to continue with NK-38A, NK-43, and NK-65A Tract Operations under the specific terms and conditions provided in the Division's prior tract operations approvals on these 3 wells, as documented in Division correspondence to BPXA dated September 12, 2005, and October 27, 2005 (both attached), until September 1, 2006, or until the date the RPA is approved by the Division.

The Division remains committed to finalizing BPXA's RPA application. The Division notes that although the RPA application is mostly complete, the Division still needs a revised PA boundary map and tract allocations from BPXA for the Division to continue with processing the RPA application.

A person affected by this decision may appeal it, in accordance with 11 AAC 02. Any appeal must be received within 20 calendar days after the date of "issuance" of this decision, as defined in 11 AAC

02.040(c) and (d) and may be mailed or delivered to Michael Menge, Commissioner, Department of Natural Resources, 550 W. 7th Avenue, Suite 1400, Anchorage, Alaska 99501; faxed to 1-907-269-8918, or sent by electronic mail to dnr_appeals@dnr.state.ak.us. This decision takes effect immediately. An eligible person must first appeal this decision in accordance with 11 AAC 02 before appealing this decision to Superior Court. A copy of 11 AAC 02 may be obtained from any regional information office of the Department of Natural Resources.

Sincerely,

William Van Dyke
Acting Director

Cc: Jane Williamson, AOGCC
Gus Gustafson, BPXA
Art Copoulos, DO&G

**EXHIBIT O**

DNR Decision dated December 4, 1986, approving formation of Lisburne Participating Area

STATE OF ALASKA

STEVE COWPER, GOVERNOR

DEPARTMENT OF NATURAL RESOURCES

DIVISION OF OIL AND GAS

P.O. BOX 7034
ANCHORAGE, ALASKA 99510-7034

December 4, 1986

ARCO Alaska, Inc.
P. O. Box 100360
Anchorage, AK 99510-0360

Attn: Mr. H. P. Foster, Jr.
Senior Vice President

Standard Alaska Production Company
P. O. Box 196612
Anchorage, AK 99519-6612

Attn: Mr. Douglas M. Webb
Vice President - Operations

Subject: Prudhoe Bay Unit
Establishment of Initial Lisburne Participating Area

Dear Messrs. Foster and Webb:

The Division of Oil and Gas has reviewed the proposed Initial Lisburne Participating Area for the Prudhoe Bay Unit, submitted to this office on September 15, 1986, and amended by additional submissions on October 9, 1986. The division has also reviewed the information provided by certain of the Prudhoe Bay Unit Working Interest Owners at several meetings held between division staff and those Working Interest Owners.

After careful consideration of all information currently available, I have come to the conclusion that the Initial Lisburne Participating Area, as submitted and amended, does in fact meet the criteria for the formation of a participating area as set out in 11 AAC 83.351. Therefore, the Initial Lisburne Participating Area, as submitted and amended, is hereby approved. Pursuant to 11 AAC 83.371, the allocations of production and cost shall be as set forth in the Tract Allocations of Exhibit 1 to this decision.

The division hereby also waives its requirement that a request to form a participating area be submitted at least 90 days prior to sustained unit production [11 AAC 83.351]. Pursuant to your request, the effective date of the Initial Lisburne Participating Area shall be 12:01 a.m. December 1, 1986.

The Plan of Development and Operation for the Initial Lisburne Participating Area will be approved separately.

Sincerely,

James E. Eason
James E. Eason
Director

3187A

AGO 10105278

Exhibit 1
LISBURNE PARTICIPATING AREA
EFFECTIVE 12:01 A.M. DECEMBER 1, 1986

| Tract | ADL # | Legal Description | Acres | Working Interest | Tract Participation |
|---|---|---|---|---|---|
| 25 | 28277 | T12N, R13E, UM: Sec. 36 | 640 | Standard - 100% | 0.017 |
| 26 | 28299 | T12N, R14E, UM: Secs. 29, 31, 32 | 1871 | ARCO - 50% Exxon - 50% | 0.187 |
| 27 | 28300 | T12N, R14E, UM: Secs. 27, 28, 33, 34 | 2560 | ARCO - 50% Exxon - 50% | 1.717 |
| 28 | 28301 | T12N, R14E, UM: Secs. 25, 26, 35, 36 | 2560 | ARCO - 50% Exxon - 50% | 2.444 |
| 29 | 34628 | T12N, R15E, UM: Secs. 29, 30, 31, 32 | 2459 | ARCO - 50% Exxon - 50% | 3.330 |
| 30 | 34629 | T12N, R15E, UM: Secs. 27, 28, 33, 34 | 2560 | ARCO - 50% Exxon - 50% | 3.526 |
| 31 | 34630 | T12N, R15E, UM: Secs. 25, 26, 35, 36 | 2560 | Standard - 100% | 1.377 |
| 32 | 34635 | T12N, R16E, UM: Secs. 31, 32 | 1231 | Standard - 100% | 0.815 |
| 33 | 34634 | T12N, R16E, UM: Secs. 28, 33, all; Sec. 34 W/2 NW/4, SW/4, SW/4 SE/4 | 1560 | Standard - 100% | 0.649 |
| 36 | 28337 | T11N, R16E, UM: Secs. 3, 4, 9, 10 | 2560 | Standard - 100% | 0.659 |
| 37 | 28338 | T11N, R16E, UM: Secs. 5, 6, 7, 8 | 2469 | Standard - 100% | 0.896 |
| 38 | 28320 | T11N, R15E, UM: Secs. 1, 2, 11, 12 | 2560 | Standard - 100% | 6.719 |
| 39 | 34631 | T11N, R15E, UM: Secs. 3, 4, 9, 10 | 2560 | ARCO - 50% Exxon - 50% | 8.610 |
| 40 | 34632 | T11N, R15E, UM: Secs. 5, 6, 7, 8 | 2469 | ARCO - 50% Exxon - 50% | 7.342 |
| 41 | 28302 | T11N, R14E, UM: Secs. 1, 2, 11, 12 | 2560 | ARCO - 50% Exxon - 50% | 5.418 |
| 42 | 28303 | T11N, R14E, UM: Secs. 3, 4, 9, 10 | 2560 | ARCO - 50% Exxon - 50% | 2.249 |

| Tract | ADL # | Legal Description | Acres | Working Interest | Tract Participation |
|---|---|---|---|---|---|
| 43 | 28304 | T11N, R14E, UM:<br>Secs. 5, 6, 7, 8 | 2469 | ARCO - 50%<br>Exxon - 50% | 0.538 |
| 44 | 28280 | T11N, R13E, UM:<br>Secs. 1, 12 | 1280 | Standard - 100% | 0.038 |
| 59 | 28285 | T11N, R13E, UM:<br>Sec. 13 | 640 | Standard - 100% | 0.030 |
| 60 | 28305 | T11N, R14E, UM:<br>Secs. 17, 18, 19, 20 | 2480 | Standard - 100% | 0.145 |
| 61 | 28306 | T11N, R14E, UM:<br>Secs. 15, 16, 21, 22 | 2560 | ARCO - 50%<br>Exxon - 50% | 0.919 |
| 62 | 28307 | T11N, R14E, UM:<br>Secs. 13, 14, 23, 24 | 2560 | ARCO - 50%<br>Exxon - 50% | 3.527 |
| 63 | 28321 | T11N, R15E, UM:<br>Secs. 17, 18, 19, 20 | 2480 | ARCO - 50%<br>Exxon - 50% | 8.554 |
| 64 | 28322 | T11N, R15E, UM:<br>Secs. 15, 16, 21, 22 | 2560 | ARCO - 50%<br>Exxon - 50% | 10.068 |
| 65 | 28323 | T11N, R15E, UM:<br>Secs. 13, 14, 23, 24 | 2560 | ARCO - 50%<br>Exxon - 50% | 11.080 |
| 66 | 28339 | T11N, R16E, UM:<br>Secs. 17, 18, 19 | 1840 | Standard - 100% | 3.155 |
| 66A | 28339 | T11N, R16E, UM:<br>Sec. 20 | 640 | Standard - 100% | 1.083 |
| 67 | 28340 | T11N, R16E, UM:<br>Secs. 15, 16 | 1280 | Standard - 100% | 0.030 |
| 67A | 28340 | T11N, R16E, UM:<br>Sec. 21 | 640 | Standard - 100% | 0.200 |
| 69 | 28343 | T11N, R16E, UM:<br>Sec. 30, 31, 32 | 1851 | Standard - 100% | 2.413 |
| 69A | 28343 | T11N, R16E, UM:<br>Sec. 29 | 640 | Standard - 100% | 1.116 |
| 70 | 28324 | T11N, R15E, UM:<br>Secs. 25, 26, 35, 36 | 2560 | ARCO - 50%<br>Exxon - 50% | 4.325 |
| 71 | 28325 | T11N, R15E, UM:<br>Secs. 27, 28, 33, 34 | 2560 | ARCO - 50%<br>Exxon - 50% | 3.718 |
| 72 | 28326 | T11N, R15E, UM:<br>Secs. 29, 30, 31, 32 | 2491 | ARCO - 50%<br>Exxon - 50% | 1.994 |

| Tract | ADL # | Legal Description | Acres | Working Interest | Tract Participation |
|---|---|---|---|---|---|
| 73 | 28308 | T11N, R14E, UM:<br>Secs. 25, 26, 35, 36 | 2560 | ARCO - 50%<br>Exxon - 50% | 0.246 |
| 74 | 28309 | T11N, R14E, UM:<br>Secs. 27, 28, 34 | 1920 | Standard - 100% | 0.089 |
| 92 | 28328 | T10N, R15E, UM:<br>Secs. 3, 4 | 1280 | ARCO - 50%<br>Exxon - 50% | 0.026 |
| 93 | 28327 | T10N, R15E, UM:<br>Secs. 1, 2 | 1280 | ARCO - 50%<br>Exxon - 50% | 0.040 |
| 94 | 28345 | T10N, R16E, UM:<br>Secs. 5, 6 | 1249 | ARCO - 50%<br>Exxon - 50% | 0.117 |
| 95 | 28344 | T10N, R16E, UM:<br>Sec. 4 | 640 | ARCO - 50%<br>Exxon - 50% | 0.025 |
| 114 | 28342 | T11N, R16E, UM:<br>Secs. 28, 33 | 1280 | Standard - 100% | 0.569 |
| 41 Tracts<br>(38 Leases) | | | 80,039 Acres | | 100.000% |

ARCO is ARCO Alaska, Inc.
Exxon is Exxon Corporation
Standard is Standard Alaska Production Company

3188A