IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |
| vs. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | |
| Intervenor-Defendants. | |

**INTERVENOR-DEFENDANTS' MOTION TO STRIKE DOCUMENTS FILED HEREIN ON JUNE 22, 2007, AS DOCKET NO. 61**

Intervenor-Defendants, by and through their attorneys, Guess & Rudd P.C., hereby move to strike from the record herein the documents filed by them herein on June 22, 2007, as Docket No. 61.

Docket No. 61 was intended to comprise newly-dated originals of all of the documents that previously had been filed herein as Docket No. 41 (Intervenor-Defendants' Motion for Partial Summary Judgment) but which were stricken due to a lack of proper signature in the form required for electronic filing. In re-filing said documents, however, Pages 1-52 of the previously filed Appendix inadvertently were omitted.

Because the deadline for re-filing Intervenor-Defendants' *Corrected* Motion for Partial Summary Judgment had not passed, Intervenor-Defendants' elected to re-file in their entirety their *Corrected* Motion for Partial Summary Judgment, together with the accompanying Memorandum In Support of Intervenor-Defendants' *Corrected* Motion for Partial Summary Judgment (with the *complete* Appendix attached thereto) and their "Proposed Findings of Uncontroverted Fact". Said documents were filed herein on June 25, 2007, as Docket No. 62. The court thus may proceed to strike Docket No. 61.

RESPECTFULLY SUBMITTED this 25th day of June, 2007.

s/Joseph J. Perkins, Jr.
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
Attorneys for Intervenor-Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2007, a true and correct copy of the foregoing Intervenor-Defendants' Motion To Strike Documents filed herein on June 22, 2007, as Docket No. 61, was sent electronically to the following counsel of record:

James M. Upton
Attorney for Defendant United States
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506
E-mail: james.upton@usdoj.gov

Raymond C. Givens
Givens Law Firm
P.O. Box 400
912 E. Sherman Avenue
Coeur d'Alene, ID 83816
Tel: 208-676-1310
Fax: 208-676-1296
E-mail: raygivens@givenslaw.com

s/Joseph J. Perkins, Jr.
JOSEPH J. PERKINS, JR.