# In the United States Court of Federal Claims

No. 06-491L
(Filed: June 29, 2007)

****************************************
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant,

**and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,**

Intervenor-Defendants,

**and KUUKPIK CORPORATION,**

Intervenor-Defendant.
****************************************

## ORDER

On June 14, 2007, the Court issued an Order striking Docket No. 41 (Intervenor-Defendants' Motion for Partial Summary Judgment) because the motion lacked a proper electronic signature of the attorney of record pursuant to RCFC 11 and General Order No. 42A. In that Order, Intervenor-Defendants (minus Kuukpik Corporation) were directed to file a properly signed motion on or before June 25, 2007. On June 22, 2007, Intervenor-Defendants filed their Motion for Partial Summary Judgment (Docket No. 61) with a proper electronic signature, but inadvertently omitted pages 1-52 of the Appendix. Recognizing this mistake, Intervenor-Defendants filed, on June 25, 2007, a corrected Motion for Summary Judgment (Docket No. 62) that included a complete Appendix attached thereto and now move to strike Docket No. 61. In light of the above, the Court hereby GRANTS Intervenor-Defendants' motion to strike and ORDERS that Docket No. 61 be stricken from the record.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge