# In the United States Court of Federal Claims

No. 06-491L
(Filed: July 17, 2007)

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and TRINITY DELIA,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant,

**and BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., AND FOREST OIL CORPORATION,**

Intervenor-Defendants,

**and KUUKPIK CORPORATION,**

Intervenor-Defendant.

## ORDER

On June 22, 2007, Plaintiffs filed, pursuant to RCFC 15(a), a motion to amend the complaint to "incorporate the Lisburne P.A. issue into Claim Three." The Plaintiffs indicated that their motion was unopposed and the Defendant and Intervenor-Defendants elected not to respond to the motion (a response was due by July 9). In light of the above, the Court hereby GRANTS Plaintiffs' unopposed motion to amend the complaint. Plaintiffs shall file their amended complaint on or before **July 27, 2007**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge