# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | **NOTIFICATION OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL** |
| **Defendant Intervenors.** | |

Notice is hereby given that Plaintiffs' Counsel Raymond C. Givens is changing address effective July 30, 2007 to:

Raymond C. Givens
Givens Law Firm
4935 116th Place SE
Bellevue, WA 98006

The new telephone number and fax machine number are:

Telephone: 425-641-5949
Fax: 425-614-0158

The email address remains unchanged, as

raygivens@givenslaw.com

DATED this 18th day of July, 2007.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
P.O. Box 400
912 East Sherman Avenue
Coeur d'Alene, ID 83816-0400
Telephone: 208-676-1310
Fax: 208-676-1296
raygivens@givenslaw.com

**Certificate of Service**

I hereby certify that on the 18th day of July, 2007, I electronically filed the foregoing Notification of Change of Address of Plaintiffs; Counsel with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to all parties of record.

James M. Upton
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Tele: 907-272-8401
Fax: 907-274-3698
bfalconer@bcf.us.com
Attorney for Intervenor

Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L. Street, Suite 700
Anchorage, Alaska 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
Attorney for Intervenors