**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-491 L** |
| | ) | **Chief Judge Edward Damich** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant, and** | ) | **NOTICE** |
| | ) | **RE PROTECTIVE ORDER** |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors** | ) | |
| **and KUUKPIK CORPORATION,** | ) | |
| **Intervenor-Defendant** | ) | |

Comes now Raymond C. Givens, counsel for the Plaintiffs, to given Notice to the Court and Parties pursuant to the Court's Protective Order, Docket 58, and Order on Motion to Compel, Docket 70, that the attached Agreement To Maintain Confidentiality has been served with this Notice on all Parties.

DATED this day of September, 2007.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116TH Place SE
Bellevue, WA 98006
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com

**Agreement To Maintain Confidentiality**

WHEREAS, the undersigned has received a copy of the Stipulation Re Confidentiality of Certain Documents, Data, and Other Materials To Be Provided By Intervenors (hereinafter "the Joint Stipulation"), dated June 1 2007, and a copy of the Order of the court in Case No. 06-491 L approving the Joint Stipulation; and

WHEREAS, the undersigned has read said Joint Stipulation and said Order and also has received such advice and counsel regarding his or her obligations under this Agreement To Maintain Confidentiality as he or she considers necessary and appropriate under the circumstances; and

WHEREAS, the term "Confidential Materials" shall mean the same herein as in the Joint Stipulation,

NOW, THEREFORE, the undersigned hereby agrees, for the benefit of the owner of any Confidential Materials provided to me, to be bound to all of the provisions of the Joint Stipulation regarding nondisclosure, duplication, use, and return or destruction of Confidential Materials as fully as if I were a signatory to said Joint Stipulation.

Raymond C. Givens
Date: 9/21/07

STATE OF Washington )
) ss.
COUNTY OF King )

This certifies that on the 21 day of September 2007, the foregoing agreement was acknowledged before me by Raymond C. Givens.

AMY K HARTLMUELLER-TORRES
COMMISSION EXPIRES
NOTARY PUBLIC
JULY 11, 2010
STATE OF WASHINGTON

Notary Public for the State of Washington

**Certificate of Service**

I hereby certify that on the 25th day of September, 2007, I electronically filed the foregoing Notice Re Protective Order, including Agreement to Maintain Confidentiality, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to all parties of record.

James M. Upton
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Tele: 907-272-8401
Fax: 907-274-3698
bfalconer@bcf.us.com
Attorney for Intervenor

Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L. Street, Suite 700
Anchorage, Alaska 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorneys for Intervenors

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116TH Place SE
Bellevue, WA 98006
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com