# In the United States Court of Federal Claims

No. 06-491 L

(Filed: November 15, 2007)

```
*********************************
WALLACE OENGA, et al.,                  *
                                        *
            Plaintiffs,                 *
                                        *
                                        *
      v.                                *
                                        *
THE UNITED STATES,                      *
                                        *
            Defendant, and              *
                                        *
BP EXPLORATION (ALASKA), INC.,          *
CONOCOPHILLIPS ALASKA, INC.,            *
EXXON MOBIL ALASKA                      *
PRODUCTION, INC.,                       *
CHEVRON U.S.A., INC. and FOREST         *
OIL CORPORATION,                        *
                                        *
            Defendant-Intervenors, and  *
                                        *
KUUKPIK CORPORATION                     *
                                        *
            Defendant-Intervenor        *
                                        *
*********************************
```

**ORDER**

In issuing this order for a telephonic status conference updating the Court on developments in this case, the Court wishes to bring the following issues to the parties' attention.

On May 14, 2007, pursuant to the Court's scheduling order issued on March 28, 2007, Defendant United States moved this Court to dismiss this case under Rules 12(b)(1) and 12(b)(6) of the Rules of the Court of Federal Claims ("RCFC"), or, in the alternative, for summary judgment (Docket Entry No. 42). Plaintiffs, however, failed to respond to this motion by the due date of June 14, 2007, and they have not responded to date.

On June 25, 2007, Defendant-Intervenors BP Exploration (Alaska), Chevron U.S.A., ConocoPhillips Alaska, ExxonMobil Production, and Forest Oil Corporation[1] filed their own (corrected) motion for partial summary judgment, a response to which was due on July 26, 2007 (Docket Entry No. 62). Plaintiffs filed no response to this corrected motion by the deadline, and they have not responded to date.

The Court believes that a telephonic status conference is warranted to discuss the status of these dispositive motions and the Court's order of September 13, 2007 compelling the production of documents related thereto. The Court shall, therefore, hold such a conference on **Monday, December 3, 2007 at 3:00 p.m (Eastern Standard Time).** This status conference will be audiorecorded. The parties are directed to contact Ms. Ellan Jackson at damich_chambers@uscfc.uscourts.gov by 5:00 p.m. on Friday, November 30, 2007 to provide the names of counsel who will participate in the status conference and the phone numbers at which they can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

---

[1]Defendant-Intervenor Kuukpik Corporation intervened solely for the purpose of opposing Plaintiffs' motion to compel the production of certain documents. Order, June 20, 2007.