# In the United States Court of Federal Claims

No. 06-491 L

(Filed: December 6, 2007)

**********************************
**WALLACE OENGA, et al.,** *
*
Plaintiffs, *
*
*
v. *
*
**THE UNITED STATES,** *
*
Defendant, and *
*
**BP EXPLORATION (ALASKA), INC.,** *
**CONOCOPHILLIPS ALASKA, INC.,** *
**EXXON MOBIL ALASKA** *
**PRODUCTION, INC.,** *
**CHEVRON U.S.A., INC. and FOREST** *
**OIL CORPORATION,** *
*
Defendant-Intervenors, and *
*
**KUUKPIK CORPORATION** *
*
Defendant-Intervenor *
*
**********************************

## ORDER

Pursuant to discussions in the telephonic status conference held on December 3, 2007, the Court ORDERS the parties to file a Joint Status Report on or before December 11, 2007 containing:

1) Defendant's stipulation that their Motion to Dismiss, or, In the Alternative, for Summary Judgment, filed on May 14, 2007, applies to Plaintiff's Second Amended Complaint;

2) Defendant-Intervenors'[1] stipulation that their Motion for Partial Summary Judgment, filed on June 25, 2007, applies to Plaintiff's Second Amended Complaint;

3) Plaintiffs' stipulation that the documents attached to Defendant's motion and Defendant-Intervenors' motion are authentic;

4) The proposed dates for Plaintiffs' filing of responses to Defendant's motion and Defendant-Intervenors' motion and replies by Defendant and Defendant-Intervenors thereto;

5) The proposed dates for the filing of other motions, along with brief summaries thereof, and corresponding responses and replies.

The parties are encouraged to contact law clerk Ernesto Sanchez at (202) 357-6486 with any questions.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1]Because Defendant-Intervenor Kuukpik Corporation intervened for the sole purpose of opposing Plaintiff's Motion to Compel Production of Documents, filed on June 25, 2007, and which the Court granted on September 13, 2007, the Court does not expect Kuukpik to participate in the preparation of this Joint Status Report.