# In the United States Court of Federal Claims

No. 06-491 L

(Filed: December 13, 2007)

| | |
|---|---|
| ********************************** | |
| **WALLACE OENGA, et al.,** | * |
| | * |
| Plaintiffs, | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant, and | * |
| | * |
| **BP EXPLORATION (ALASKA), INC., et al.,** | * |
| | * |
| | * |
| Defendant-Intervenors, and | * |
| | * |
| **KUUKPIK CORPORATION** | * |
| | * |
| Defendant-Intervenor | * |
| | * |
| ********************************** | |

## SCHEDULING ORDER

Pursuant to the Joint Status Report filed by Plaintiffs, Defendant, and Defendant-Intervenors (except Kuukpik Corporation) on December 11, 2007, the Court ORDERS that:

1. The following shall be filed on or before **Wednesday, January 2, 2008:**

   a) Plaintiffs' Opposition and Response to Defendant's Motion to Dismiss, or, In the Alternative, for Summary Judgment;

   b) Plaintiffs' Opposition and Response to Defendant-Intervenors' Motion for Partial Summary Judgment;

   c) Plaintiffs' Motions for Partial Summary Judgment.

2. The following shall be filed on or before **Friday, February 1, 2008:**

a) Defendant's Reply to Plaintiffs' Opposition and Response to Defendant's Motion to Dismiss, or, In the Alternative, for Summary Judgment;

b) Defendant-Intervenors' Reply to Plaintiffs' Opposition and Response to Defendant-Intervenors' Motion for Partial Summary Judgment;

c) Defendant's Opposition to Plaintiffs' Motions for Partial Summary Judgment;

d) Defendant-Intervenors' Opposition to Plaintiffs' Motions for Partial Summary Judgment;

3. The following shall be filed on or before **Friday, February 15, 2008:**

a) Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motions for Partial Summary Judgment;

b) Plaintiffs' Reply to Defendant-Intervenors' Opposition to Plaintiffs' Motions for Partial Summary Judgment.

The Court also acknowledges the stipulations in the Joint Status Report by both Defendant and Defendant-Intervenors that Defendant's Motion to Dismiss, or, In the Alternative, for Summary Judgment, filed on May 14, 2007, and Defendant-Intervenors' Motion for Partial Summary Judgment, filed on June 25, 2007, apply to Plaintiffs' Second Amended Complaint.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge