**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | **OENGAS RESPONSE TO UNITED STATES AND OIL COMPANIES MOTIONS** |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | **OENGAS MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **Defendant Intervenors** | |

Plaintiffs (Oengas) respond as set out below to the various Motions by the Defendant United States and the Intervenors ("Oil Companies") made pursuant to the Rules of the Court of Federal Claims (RCFC) 12 (b)(1), 12(b)6 and 56.

Oengas move for Partial Summary Judgment as set out below.

Generally, Oengas ask that the Court deny the Motions to Dismiss and/or for Summary Judgment filed by the United States and the Oil Companies, and that the Oengas' Motions for Partial Summary Judgment be granted. The Oengas' Response and Motion are supported by the accompanying Brief and Declarations.

**STATUTE OF LIMITATIONS**

Claims One And Two – Oengas' Response to United States' Motion – Oengas asks that the Court deny the United States' Statute of Limitation Motion to Dismiss and/or for Summary Judgment, because this action was filed within 6 years of accrual. To the extent the United States' Motion is understood to apply to Claim Three, Oengas ask that it be denied as well.

Claims One Two and Three – Oengas' Motion – Partial Summary Judgment – Oengas move for Partial Summary Judgment that Claims One, Two, and Three were filed within 6 years of accrual of the applicable statute of limitations. 119 Stat. §499, 519 (2005).

**CLAIM ONE - MONEY-MANDATING DUTY**

Claim One – Oengas' Response – Oengas ask that the Court deny the United States' Claim One Motion to Dismiss and/or for Summary Judgment because a Claim One money-mandating duty exists and Oengas are within its scope.

Claim One – Oengas' Motion – Partial Summary Judgment - Oengas move for Partial Summary Judgment, for jurisdictional and merits purposes, that 1) a money-mandating duty exists as a result of the Claim One statutes, and regulations, and that 2) Oengas' situation is within the scope of that duty. 25 U.S.C. §396, 396c, d, e, and g, 30 U.S.C. §1701-1757, and related statutes; 25 CFR Part 212, 30 CFR Part 206, 43 CFR Part 3160 and related regulations.

**CLAIM TWO - MONEY-MANDATING DUTY**

Claim Two – Oengas' Response – Oengas ask that the Court deny the United States' Claim Two Motion to Dismiss because a Claim Two money-mandating duty exists and Oengas are within its scope.

Claim Two – Oengas' Motion – Partial Summary Judgment - Oengas move for Partial Summary Judgment, for jurisdictional and merits purposes, that 1) a money-mandating duty exists as a result of the Claim Two statutes, regulations, and obligations assumed by the United States in the Lease and that 2) Oengas' situation is within the scope of that duty. 25 U.S.C. §415, 25 CFR Part 162.

**CLAIM THREE - MONEY-MANDATING DUTY / LEASE ISSUES**

Claim Three – Oengas' Response to US Motion – Oengas ask that the Court deny the United States' Claim Three Motion to Dismiss because a Claim Three money-mandating duty exists and Oengas are within its scope.

Claim Three – Oengas' Response to Oil Companies Motion - Oengas asks that the Court deny Intervenor Oil Companies Claim Three Motion for Summary Judgment, because a Claim Three money-mandating duty exists and Oengas are within its scope.

Claim Three – Oengas' Motion – Partial Summary Judgment - Oengas move for Partial Summary Judgment, for jurisdictional and merits purposes, that 1) a money-mandating duty exists as a result of the Claim Three statutes, regulations, obligations assumed by the United States in the Lease, common law trust obligations and actions of Intervenors, and that 2) Oengas' situation is within the scope of that duty.

DATED this 2nd day of January, 2008.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116TH Place SE
Bellevue, WA 98006
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com

**Certificate of Service**

I hereby certify that on the 2ndday of January, 200, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to all parties of record.

James M. Upton
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L. Street, Suite 700
Anchorage, Alaska 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorneys for Intrvenors

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116TH Place SE
Bellevue, WA 98006
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com