# ATTACHMENT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant, and**<br><br>**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,**<br><br>**Defendant Intervenors** | **No. 06-491 L**<br>**Chief Judge Edward Damich**<br><br>**DECLARATION OF LINDA LANGER** |

**DECLARATION OF LINDA LANGER**

Linda Langer hereby declares as follows:

1. I am over the age of 18, of sound mind and competent to make this Declaration. I am an assistant to Mr. Ray Givens at the Givens Law Firm.
2. I have summarized the 1994-2001 rents collected for the Plaintiffs by the United States for

the lease of their Heald Point Allotment from accounting responses received from the United States in this matter.

3. I have summarized the discovery responses received from Intervenors in this case regarding the1994-2001 annual oil production from the Naikuk P.A., the West Niakuk P.A. and the Lisburne P.A. produced thru the facilities on Oengas' Heald Point Allotment.

4. The following Chart shows 1) that annual production from the summary, 2) the percent of production from each area, 3) a rough estimate of the value of the oil produced, using the United States Department of Energy's annualized price per barrel of oil, 4) a hypothetical 2% royalty on the estimated value of that oil production, and 5) the summarized rents collected for the Plaintiffs by the United States.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| **Year** | **Volume Niakuk PA (bbls)** | **Volume W. Niakuk PA (bbls)** | **Volume Lisburne PA (bbls)** | **Total Volumes** | **Price per Barrel** | **Total $ thru Heald Pt. Pad** | **2% Royalty** | **Paid to Oenga** |
| 1994 | 3,369,858 | | 526,257 | 3,896,115 | $13.19 | $51,389,757 | $1,027,795 | $80,640 |
| 1995 | 6,408,349 | 634,520 | 543,523 | 7,586,392 | $14.62 | $110,913,051 | $2,218,261 | $80,640 |
| 1996 | 9,161,057 | 1,773,439 | 446,642 | 11,381,138 | $18.46 | $185,304,430 | $3,706,089 | $80,640 |
| 1997 | 8,334,782 | 1,930,123 | 412,746 | 10,677,651 | $17.23 | $183,975,927 | $3,679,519 | $80,640 |
| Sub-Total | 27,274,046 | 4,338,082 | 1,929,168 | 33,541,296 | | $531,583,165 | $10,631,664 | $322,560 |
| 1998 | 6,603,468 | 3,422,581 | 439,466 | 10,465,515 | $10.87 | $113,760,148 | $2,275,203 | $80,640 |
| 1999 | 5,937,651 | 3,419,294 | 371,163 | 9,728,128 | $15.56 | $151,369,672 | $3,027,393 | $88,997 |
| 2000 | 4,449,190 | 2,547,897 | 269,329 | 7,266,416 | $26.72 | $194,158,838 | $3,883,173 | $88,997 |
| 2001 | 3,632,731 | 2,994,533 | 171,833 | 6,799,097 | $21.84 | $148,492,278 | $2,969,846 | $88,997 |
| **Sub-Total** | **20,623,040** | **12,384,305** | **1,251,811** | **34,259,156** | | **$607,780,734** | **$12,155,615** | **$347,632** |
| **Total** | **47,897,086** | **16,722,387** | **3,180,979** | **67,800,452** | | **$1,139,363,899** | **$22,787,279** | **$670,192** |
| **Production %** | 71% | 24% | 5% | | | | | |

3. The Column H "2% Royalty" total is just over 34 times the Column I "Paid to Oenga" total.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 2nd day of January, 2008.

Linda Langer

## Certificate of Service

I hereby certify that on the 2nd day of January, 2008, I electronically filed the foregoing Declaration of Linda Langer with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

.

DATED this 2nd day of January, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116th Place SE
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com