# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA** | ) | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **OENGAS' MOTION FOR ENLARGEMENT** |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors** | ) | |

Comes now Plaintiffs, pursuant to RCFC 6 (b), 6.1, and the Court's Special Procedures Order 4(a) to move for an enlargement of time on the grounds of excusable neglect to file the accompanying OENGAS' PROPOSED UNCONTROVERTED FACTS, OENGAS RESPONSE TO INTERVENORS' UNCONTROVERTED FACTS. The document was due to be filed on January 2, 2008. An extension request is for three working days (5 total days) or until the Order is granted. Under the proposed extension the document would be due to be filed January 7, 2008, or on the date the Order is granted.

This Motion is sought on the grounds of excusable neglect, as a result of the following factors:

a. Plaintiffs counsel's unrealistic estimation, at the time of stipulating to the one month briefing schedule, of the time that would be necessary to complete these tasks during the holiday season,

b. Plaintiff counsel's prior lack of familiarity with specialized procedures and new and evolving caselaw on the issues pertinent to this case, in a Court in which he had not previously litigated,

c. The complexity of the motions and cross motion addressed, including matters involved in responding to the United States' Motion to Dismiss or for Summary Judgment, responding to the Intervenors' Motion for Summary Judgment and in addressing Plaintiffs' cross Motion for Partial Summary Judgment,

d. The complexity the above posed in drafting the previously filed briefing and

Declarations, which covered complex statute of limitations and money-mandating duty issues on each of the three Claim in the action.,

e. The complexity involved in preparing the PROPOSED UNCONTROVERTED FACTS, OENGAS RESPONSE TO INTERVENORS' UNCONTROVERTED FACTS, for which the extension is sought,

f. The unavoidable family demands on Plaintiffs counsel's time caused by the holidays and the time spent traveling to spend those holidays with Plaintiffs counsel's 90 year old father,

Opposing counsel has been contacted, and they have no objection. This Motion is supported by the accompanying Declaration.

DATED this 7th day of January, 2008.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116th Place SE
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com

**Certificate of Service**

I hereby certify that on the 7th day of January, 2008, I electronically filed the foregoing Oenga Response and Partial Summary Judgment Brief with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

DATED this 7th day of January, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116th Place SE
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com