**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | **DECLARATION OF RAYMOND C. GIVENS** |
| **Defendant Intervenors** | |

**DECLARATION OF RAYMOND C. GIVENS**

Raymond C. Givens hereby declares as follows:

1. I am over the age of 18, of sound mind and competent to make this Declaration. I am counsel for Plaintiffs in this action.
2. This Declaration supports the Motion for Enlargement filed by Plaintiffs regarding

OENGAS' PROPOSED UNCONTROVERTED FACTS, OENGAS RESPONSE TO INTERVENORS' UNCONTROVERTED FACTS pursuant to RCFC 6 (b), 6.1, and the Court's Special Procedures Order 4(a). The document was due to be filed on January 2, 2008. An extension request is for three working days (5 total days) or until the Order is granted. Under the proposed extension the document would be due to be filed January 7, 2008, or on the date the Order is granted.

3. Opposing counsel have been contacted, and they have no objection.
4. This Motion is sought on the grounds of excusable neglect, as a result of the following factors:
   a. Plaintiffs counsel's unrealistic estimation, at the time of stipulating to the one month briefing schedule, of the time that would be necessary to complete these tasks during the holiday season,
   b. Plaintiff counsel's prior lack of familiarity with specialized procedures and new and evolving caselaw on the issues pertinent to this case, in a Court in which he had not previously litigated,
   c. The complexity of the motions and cross motion addressed, including matters involved in responding to the United States' Motion to Dismiss or for Summary Judgment, responding to the Intervenors' Motion for Summary Judgment and in addressing Plaintiffs' cross Motion for Partial Summary Judgment,
   d. The complexity the above posed in drafting the previously filed briefing and Declarations, which covered complex statute of limitations and money-mandating duty issues on each of the three Claim in the action.,
   e. The complexity involved in preparing the PROPOSED UNCONTROVERTED

FACTS, OENGAS RESPONSE TO INTERVENORS' UNCONTROVERTED FACTS, for which the extension is sought,

f. The unavoidable family demands on Plaintiffs counsel's time caused by the holidays and the time spent traveling to spend those holidays with Plaintiffs counsel's 90 year old father,

g. The Motion for Extension was not filed prior to the due date because until that date, it was felt that it would be possible to timely file the document. That proved to be a most unrealistic expectation. Since the due date, over eight hours has been spent every day, including weekend days, working on the PROPOSED UNCONTROVERTED FACTS, OENGAS RESPONSE TO INTERVENORS' UNCONTROVERTED FACTS.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge

DATED this 7th day of January, 2008.

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116th Place SE
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com

**Certificate of Service**

I hereby certify that on the 7th day of January, 2008, I electronically filed the foregoing Declaration of Linda Langer with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

DATED this 7th day of January, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
4935 116th Place SE
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com