IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**WALLACE OENGA, et al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant, and** * **No. 06-491 L**
**Chief Judge Edward Damich**

*

**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** * *

*

**Defendant-Intervenors, and**

*

**KUUKPIK CORPORATION,**

*

**Defendant-Intervenor.**

*

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PLEADINGS DUE TO BE FILED BY DEFENDANT AND DEFENDANT-INTERVENORS ON FEBRUARY 1, 2008 AND PLAINTIFFS ON FEBRUARY 15, 2008**

Defendant United States (hereinafter "Defendant"), Defendant-Intervenors and Plaintiffs hereby jointly move for an enlargement of time to file various pleadings now due to be filed on February 1, 2008 by Defendant, and Defendant-Intervenors, and on February 15, 2008 by Plaintiffs, as set forth in detail below. In support thereof, the parties state the following:

1. In its December 13, 2007 Order, the Court set a due date of **February 1, 2008** for the following pleadings:

A. Defendant:

Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment;

Defendant's Reply to Plaintiffs' Opposition and Response to Defendant's Motion to Dismiss, or, in the Alternative, for Partial Summary Judgment

B. Defendant-Intervenors:

Defendant-Intervenors' Opposition to Plaintiffs' Motion for Partial Summary Judgment

Defendant-Intervenors' Reply to Plaintiffs' Opposition and Response to Defendant-Intervenors' Motion for Partial Summary Judgment

2. The Court set a due date of **February 15, 2008** for the following pleadings:

Plaintiffs':

Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment

Plaintiffs' Reply to Defendant-Intervenors' Opposition to Plaintiffs' Motion for Partial Summary Judgment

3. Defendant moves for an enlargement of time from February 1, 2008 to, and including, Friday, February 15, 2008. In support, Defendant states as follows:

A. On January 31, 2008, Defendant's attorney of record, James M. Upton, visited the Clerk's Office of the U.S. Court of Federal Claims to read the Declaration of Edward Morse which Plaintiffs moved to be filed under seal (Docket # 79) and which motion the Court granted (Docket # 80). However, he discovered that the Declaration itself had never been filed. The Oengas' Proposed Findings of Uncontroverted Facts relies upon this Declaration in multiple places; it would be prejudicial to Defendant's case if Defendants' attorney did not have an adequate opportunity to examine the Declaration and consider the same in preparing his briefs

and any required supplementary findings;

B. Although Defendants' attorney of record has completed drafts of the two briefs Defendant must file, the Solicitor's Office attorney assigned to this case, Roger Hudson, has not had an adequate opportunity to review them; and

C. Department of Justice management has not completed its review of these draft pleadings.

4. Defendant-Intervenors move for an enlargement of time from February 1, 2008, to, and including, Friday, February 15, 2008. In support, Defendant-Intervenors state, as follows:

A. Defendant-Intervenors' attorney of record, Joseph J. Perkins, Jr., states that he needs to examine the Declaration of Edward Morse before he can finalize the brief(s) he must file and Defendant-Intervenors' case would be prejudiced if Mr. Perkins does not have an adequate opportunity to examine the Declaration, and consider the same in preparing his brief(s), and any required supplementary filings; and

B. Mr. Perkins states has done considerable work on drafting his brief(s), but needs the additional time to finalize them.

5. Plaintiffs move for an enlargement of time from February 15, 2008, to, and including, Monday March 10, 2008. In support, Plaintiffs state, as follows:

A. Plaintiffs have no objection to the two week extension requested by Defendant and Defendant-Intervenors for the filing of their Response Briefs and related documents.

B. Although Plaintiffs were prepared to meet the original filing date for their Reply Brief, moving back the entire briefing schedule two weeks would create extreme hardship for Plaintiffs' counsel. This is due to prior commitments previously scheduled for the two weeks

following the February 15, 2008 original due date for Plaintiffs' Reply Brief.

C. In order to accommodate both the Defendant's and Intervenors' request for a two week extension and the difficulty posed by Plaintiffs counsel's above scheduling conflicts, Plaintiffs request that their Reply Brief be due on March 10, 2008.

In summary, it is jointly requested that:

A. Defendant's and Defendant-Intervenors' Response/Reply Briefs and supporting documents be due **February 15, 2008.**

B. Plaintiffs' Reply Brief be due **March 10, 2008.**

This is the first motion for an enlargement of time in connection with the pending motions which the parties have jointly or individually requested, other than the 5 day extension requested by Plaintiffs regarding the filing of their proposed Uncontroverted Facts. Docket #80.

Counsel for Defendant-Intervenors and counsel for Plaintiffs have authorized Defendant's attorney of record to sign this joint motion on their behalf.

Dated this 31st day of January, 2008.

Respectfully submitted,

*s/ James M. Upton*
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

Attorney for Defendant

*s/ Raymond C. Givens by*
*s/ James M. Upton*
RAYMOND C. GIVENS
Givens Law Firm
4935 116th Place SE
Bellevue, Washington 98006
Ph. (425) 641-5949
Fax: (425) 614-0158
E-mail: raygivens@givenslaw.com

Attorney for Plaintiffs

*s/Joseph J. Perkins, Jr. by*
*s/ James M. Upton*
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 l Street, Suite 700
Anchorage, Alaska 99501
Ph. (907) 793-2209
Fax: (907) 793-2299
E-mail: jperkins@guessrudd.com

Attorney for Defendant-Intevenors