# In the United States Court of Federal Claims

No. 06-491 L

(Filed: February 1, 2008)

***********************************
**WALLACE OENGA, et al.**, *
*
Plaintiffs, *
v. *
*
**THE UNITED STATES,** *
*
Defendant, and *
*
**BP EXPLORATION (ALASKA), INC., et al.,** *
*
Defendant-Intervenors, and *
*
**KUUKPIK CORPORATION** *
*
Defendant-Intervenor *
*
***********************************

**ORDER**

On January 31, 2008, the parties in this case filed a Joint Motion for Enlargement of Time in which to file various briefs concerning Plaintiffs' Motions for Partial Summary Judgment, Defendant's Motion to Dismiss or, in the Alternative, for Partial Summary Judgment, and Defendant-Intervenors' Motion for Partial Summary Judgment. The Court hereby GRANTS this motion and ORDERS that:

1. The following shall be filed on or before **Friday, February 15, 2008:**

a) Defendant's Reply to Plaintiffs' Opposition and Response to Defendant's Motion to Dismiss, or, In the Alternative, for Summary Judgment;

b) Defendant-Intervenors' Reply to Plaintiffs' Opposition and Response to Defendant-Intervenors' Motion for Partial Summary Judgment;

c) Defendant's Opposition to Plaintiffs' Motions for Partial Summary Judgment;

d) Defendant-Intervenors' Opposition to Plaintiffs' Motions for Partial Summary Judgment;

2. The following shall be filed on or before **Monday, March 10, 2008:**

a) Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motions for Partial Summary Judgment;

b) Plaintiffs' Reply to Defendant-Intervenors' Opposition to Plaintiffs' Motions for Partial Summary Judgment.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge