**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, et al.,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | |
| **THE UNITED STATES,** | * | |
| **Defendant, and** | * | **No. 06-491 L**<br>**Chief Judge Edward Damich** |
| **BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC., and FOREST OIL CORPORATION,** | * * * | |
| **Defendant-Intervenors, and** | * | |
| **KUUKPIK CORPORATION,** | * | |
| **Defendant-Intervenor.** | * | |

**DEFENDANT UNITED STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS ON ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND ON DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Defendant United States (hereinafter "Defendant") hereby moves for leave to exceed the page limitation for response/opposition briefs and the page limitation for reply briefs contained in RCFC 5.3(b)(2). In support of this motion, Defendant states, as follows:

1. The Court has ordered that the Defendant file its Opposition to Plaintiffs' Motion for Partial Summary Judgment and its Reply to Plaintiffs' Response to the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment on February 15, 2008;

2. The present draft of the government's Opposition brief is now 30 pages in length, but

the Interior Department Solicitor's Office attorney assigned to this case has just made (on February 12, 2008 after C.O.B. in Washington, D. C. suggested changes to the draft brief which the undersigned believes should be included. The effect of incorporating these changes will necessitate additional pages and, therefore, Defendant respectfully requests leave to exceed the 30-page limitation on response/opposition briefs set forth in RCFC 5.3(b)(2) by ten pages for a total of 40 pages;

3. The present draft of Defendant's Reply brief is now 23 pages which is three pages in excess of the limitation of 20 pages for Reply briefs set forth in RCFC 5.3(b)(2). The Solicitor's Office attorney has not yet been able to review this draft reply brief. Given that the Reply is now three pages over the 20-page limit, and that the Solicitor's Office attorney may well suggest additions to the present draft, Defendant respectfully requests leave to exceed the 20-page limitation on reply briefs set forth in RCFC 5.3(b)(2) by five pages for a total of 25 pages;

4. Defendant is filing this motion because it believes the additional pages requested are needed in order for the government to adequately present both its legal and factual arguments in support of its Opposition and in support of its Reply.

Plaintiffs' counsel has authorized Defendant's counsel to state that he does not object to this motion.

This is the first motion to exceed page limitations which the Defendant has filed.

Dated this 13th day of February, 2008.

Respectfully submitted,

*s/ James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov