IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | ) | |
| Plaintiffs, | ) | Case No. 06-491 L<br>(ECF No. 1-06-cv-00491-EJD)<br>Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, and | ) | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | ) | |
| Intervenor-Defendants, and | ) | |
| KUUKPIK CORPORATION, | ) | |
| Intervenor-Defendant. | ) | |

**APPENDIX (EXHIBITS A THROUGH S)**
**TO**
**MEMORANDUM OF INTERVENOR-DEFENDANTS ("INTERVENORS") (1) IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (CLAIMS 1, 2, and 3 OF PLAINTIFFS' SECOND AMENDED COMPLAINT) AND (2) IN REPLY TO PLAINTIFFS' OPPOSITION TO INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT (CLAIM 3 OF PLAINTIFFS' SECOND AMENDED COMPLAINT)**

## TABLE OF CONTENTS—APPENDIX


| | | Page |
|---|---|---|
| Exhibit A: | Map of Prudhoe Bay Unit showing all participating areas and identifying area covered by maps attached as Exhibits B-1, B-2, B-3, B-4, and C [submitted as a separate PDF attachment] | 4 |
| Exhibit B-1: | Map of Heald Point area [submitted as a separate PDF attachment] | 5 |
| Exhibit B-2: | Map of Heald Point area showing Initial Niakuk Participating Area [submitted as a separate PDF attachment] | 6 |
| Exhibit B-3: | Map of Heald Point area showing Expanded Niakuk Participating Area and Initial West Niakuk Participating Area [submitted as a separate PDF attachment] | 7 |
| Exhibit B-4: | Map of Heald Point area showing Combined Niakuk Participating Area and Raven Participating Area [submitted as a separate PDF attachment] | 8 |
| Exhibit C: | Map showing wells drilled from Heald Point [submitted as a separate PDF attachment] | 9 |
| Exhibit D: | BLM Rectangular Survey of T11N R15E UM dated October 14, 1968 [submitted as a separate PDF attachment] | 10 |
| Exhibit E: | BLM Rectangular Survey of T12N R15E UM [situated immediately north of T11N R15E UM] dated October 14, 1968 [submitted as a separate PDF attachment] | 11 |
| Exhibit F: | BLM Rectangular Survey of T12N R15E UM dated November 18, 1996 [submitted as a separate PDF attachment] | 12 |
| Exhibit G | Entry for "Niakuk Islands" found in Geographic Names Information System maintained by U.S. Geological Survey <http://geonames.usgs.gov/pls/gnispublic/f?p=115:3:1690510353132399285::NO::P3_FID:1416433> | 13 |
| Exhibit H | DNR Decision dated September 2, 1988, certifying Niakuk No. 5 well as the well in which "commercial quantites" of oil in the Niakuk accumulation had first been discovered | 15 |

| | | |
|---|---|---|
| Exhibit I | DNR Decision dated December 21, 2007, approving formation of Combined Niakuk Participating Area | 23 |
| Exhibit J | DNR Decision dated December 21, 2007, approving formation of Raven Participating Area | 52 |
| Exhibit K | Letter dated August 26, 1988, from Glenn M. Feldman to Steven D. Taylor (BP) | 76 |
| Exhibit L | Internal BP Office Correspondence dated September 20, 1988, from Stu Hirsch (BP) to persons on distribution list (with handwritten note thereon from John A. Reeder (BP) dated September 22, 1988) | 78 |
| Exhibit M | Letter dated September 22, 1988, from Andrew Oenga to Cindy Bailey (BP) | 80 |
| Exhibit N | Letter dated September 23, 1988, from John A. Reeder (BP) to Glenn M. Feldman | 82 |
| Exhibit O | Letter dated September 26, 1988, from Glenn M. Feldman to John A. Reeder (BP) | 84 |
| Exhibit P | Internal BP Office Correspondence dated September 27, 1988, from T. J. Obeney (BP) to J. W. Buckee | 87 |
| Exhibit Q | Internal BP Office Correspondence dated September 27, 1988, from Cindy Bailey (BP) to John Reeder | 91 |
| Exhibit R | Internal BP Office Correspondence dated November 15, 1988, from T. J. Obeney (BP) to J. W. Buckee (with handwritten notes thereon made by J. W. Buckee) | 93 |
| Exhibit S | Internal BP Office Correspondence dated November 28, 1988, from Stu Hirsch (BP) to persons on distribution list | 95 |