bp

# PRUDHOE BAY UNIT - PARTICIPATING AREAS

**Exhibit A**




BPXA Cartography/01-23-08/lm15099_ExhibitA.dgn