# PRUDHOE BAY UNIT - 01/01/1980 - PRE-NIAKUK PA

**Exhibit B1**




BPXA Cartography/01-23-08/lm15626_ExhibitB.dgn