# PRUDHOE BAY UNIT - 04/19/1994 - INITIAL NIKAUK PA

**Exhibit B2**

