# PRUDHOE BAY UNIT - 11/17/1997 - NIAKUK PA EXPANSION & INITIAL WEST NIAKUK PA

**Exhibit B3**




BPXA Cartography/01-23-08/lm15626_ExhibitB.dgn