# PRUDHOE BAY UNIT - 12/21/2007 - COMBINED NIAKUK PA & INITIAL RAVEN PA

Exhibit B4




*Oil Rim and Gas Cap PA's in the Map Extent are Within Sections 25-26 T12N, R14E Umiat M. and Sections 1-12 T11N, R14E Umiat M.

BPXA Cartography/01-23-08/lm15626_ExhibitB.dgn