# PRUDHOE BAY UNIT - DSNK/HEALD PT. WELL BORES

**Exhibit C**




BPXA Cartography/01-29-08/lm15626_ExhibitC.dgn