61

ORIGINAL

# TOWNSHIP 11 NORTH, RANGE 15 EAST, OF THE UMIAT MERIDIAN, ALASKA




THIS PLAT CONSTITUTES THE ENTIRE SURVEY RECORD

Survey of the east, west, and north boundaries executed by Jerome C. Ives, Supervisory Cadastral Surveyor, beginning July 3, 1965, and completed August 11, 1965, under Special Instructions for Group No. 209, Alaska, dated March 3, 1965, and Assignment Instructions dated July 2, 1965.

The south boundary was surveyed concurrently under T. 10 N., R. 15 E. Control stations shown on this plat are described in the field notes of T. 9 N., R. 15 E.

| | |
|---|---|
| Gross Area | 22,799.76 Acres |
| Exclusions: Bed of Prudhoe Bay | - 6,576.00 Acres |
| Net Area Tract "A" | 16,223.76 Acres |

The area of Tract "A", exclusive of the bed of Prudhoe Bay, includes all lands and all islets and rocks lying above the line of mean high tide and represents the area subject to disposal by the U. S. Government. The net area has been designated Tract "A" for legal description purposes.

The hydrography as shown on this plat was obtained from U. S. Geological Survey 1:250,000 scale topographic maps.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Washington, D. C. October 14, 1968

This plat, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

R E Brown

Chief, Division of Engineering

Latitue: 70°15'25.53"N.
Longitude: 148°11'35.19"W.

4-3-7