31

ORIGINAL

# TOWNSHIP 12 NORTH, RANGE 15 EAST, OF THE UMIAT MERIDIAN, ALASKA




Latitude: 70° 25' 48.67" N.
Longitude: 148° 11' 35.19" W.

THIS PLAT CONSTITUTES THE ENTIRE SURVEY RECORD

Survey of a portion of the Third Standard Parallel North through Range 14 East (portion of north boundary) and the east and west boundaries, was executed by Jerome C. Ives, Supervisory Cadastral Surveyor, beginning July 3, 1965, and completed August 11, 1965, under Special Instructions for Group No. 209, Alaska, dated March 3, 1965, and approved March 11, 1965, and Assignment Instructions dated July 2, 1965.

A portion of the Third Standard Parallel North through Range 15 East (portion of north boundary), was surveyed concurrently under T. 13 N., R. 15 E. The south boundary was surveyed concurrently under T. 11 N., R. 15 E. Control stations shown on this plat are described in the field notes of T. 9 N., R. 15 E.

| | |
|---|---|
| Gross Area | 22,703.52 Acres |
| Exclusions: Bed of Beaufort Sea | - 22,628.00 Acres |
| Net Area Tract "A" | 75.52 Acres |

The area of Tract "A", exclusive of the bed of Beaufort Sea, includes all lands and all islets and rocks lying above the line of mean high tide and represents the area subject to disposal by the U. S. Government.

The net area has been designated Tract "A" for legal description purposes.

The hydrography as shown on this plat was obtained from U. S. Geological Survey 1:250,000 scale topographic maps.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Washington, D. C. October 14, 1968

This plat, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

R. E. Brown

Chief, Division of Engineering

Latitude: 70° 20' 37.10" N.
Longitude: 148° 11' 35.19" W.

U-3-7