**Officially Filed** **ORIGINAL**

DATE NOVEMBER 18, 1996

# TOWNSHIP 12 NORTH, RANGE 15 EAST, OF THE UMIAT MERIDIAN, ALASKA




0 0 50 100 150 200
Chains

Acceptance of this survey does not purport to transfer any interest in submerged lands to which the State of Alaska is entitled under the Equal Footing Doctrine and Section 6(m) of the Alaska Statehood Act, P.L. 85-508, notwithstanding the use, location, or absence of meander lines to depict water bodies.

The history of surveys is contained in the field notes.

This plat, and the field notes, represent the dependent resurvey of a portion of the south boundary, the survey of Tract B (a resurvey of a portion of original Tract A, situated at Heald Point, excluding filled tidelands), and an informational traverse of the present line of mean high tide along filled tidelands, within Township 12 North, Range 15 East, of the Umiat Meridian, Alaska.

This survey was executed by Christopher D. Wiita, Cadastral Surveyor, June 28 through June 30, 1996, in accordance with the specifications set forth in the Manual of Surveying Instructions, 1973, Special Instructions for Group No. 665, Alaska, dated December 14, 1995, approved May 14, 1996, and Assignment Instructions dated June 12, 1996.

Tract C, as shown on this plat, comprises the remainder of original Tract A, as depicted on the official plat accepted October 14, 1968, after the exclusion of Tract B.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage, Alaska

This plat is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

Nov. 8, 1996
Date

Acting Deputy State Director for Cadastral Survey, Alaska

Area Resurveyed: 22.21 Acres

JLK/CDW

Prot Sheet U 3-7 JLK
T12N, R15E, UM