**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, et al., Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES, Defendant, and** | ) | **No. 06-491 L** **Chief Judge Edward Damich** |
| **BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC., AND FOREST OIL CORPORATION, Defendant-Intervenors, and** | ) | |
| **KUUKPIK CORPORATION, Defendant-Intervenor.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME THE ATTACHED DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant hereby moves for leave to out of time Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment. In support of this motion, Defendant states as follows:

1. The Court's Order of February 1, 2008, provided for the filing of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment on February 15, 2008;

2. In addition to the two briefs, RCFC 56 also required Defendant to file a response to the Plaintiffs' Proposed Findings of Uncontroverted Facts by way of a Statement of Genuine Issues of Material Fact in Dispute simultaneously with filing its Opposition brief;

3. In order to have an opportunity to fully set out its relevant factual and legal arguments in both its Opposition and Reply briefs, the Defendant filed an unopposed motion for a waiver of the page limitations on Opposition and Reply briefs provided for in RCFC 5.3(b)(2); defendant requested an additional ten pages for the Opposition brief and an additional five pages for the Reply;

4. Counsel for Defendant could not finalize the Reply brief until the Opposition brief had been finalized because most of the legal and factual arguments in the Opposition would also apply to the Reply Brief;

5. The Solicitor's Office attorney assigned to this case was unable to provide the undersigned with the vast majority of his suggested changes (which were quite lengthy) for the Opposition until late on Thursday, the 14th, and all these changes resulted in a 40-page brief;

6. The Opposition Brief had to be reviewed by Justice management on Friday, the 15th. Defendant's counsel then had to finalize the Opposition Brief. The Opposition Brief was not finalized until around 10:00 p.m. on Friday, the 15th;

7. Defendant's counsel had almost finalized the Reply Brief by around 11:00 p.m. when the entire Reply Brief was accidentally deleted; counsel then had to reconstruct the Reply Brief which he did not finish until about 11:55 p.m.;

8. Consequently, Defendant's Opposition was timely filed, but despite diligent efforts, the undersigned was unable to file the Reply Brief until 12:04 a.m. on February 16, 2008; and

9. For the foregoing reasons, Defendant respectfully requests that the Court grant this motion and allow the Defendant's Reply Brief to be filed out of time.

Dated this 19th day of February, 2008.

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/James M. Upton
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0482
Fax: (202) 305-0506
Email: james.upton@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Roger Hudson, Esq.
Office of the Solicitor
Alaska Regional Solicitor's Office
Department of the Interior
Anchorage, Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on the19th day of February, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME THE ATTACHED DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND NOTICE OF FILING** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

Raymond C. Givins
Givens Law Firm
4935 116th Place SE
Bellevue, WA 98006
Tel: 208-676-1310
Fax: 208-676-1296
Email: raygivens@givenslaw.com

Attorney for Plaintiffs

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tel: 425-641-5949
Fax: 425-641-0158
Email: jperkins@guessrudd.com

Attorneys for Intervenors

*s/Shelley A. Miller*
Shelley A. Miller