**Responses and Replies**
1:06-cv-00491-EJD OENGA et al v. USA
ECF, PROTO

**US Court of Federal Claims**

**United States Court of Federal Claims**

**Notice of Electronic Filing**

The following transaction was entered by Upton, James on 2/16/2008 at 0:04 AM EST and filed on 2/16/2008

**Case Name:** OENGA et al v. USA
**Case Number:** 1:06-cv-491
**Filer:** USA
**Document Number:** 89

**Docket Text:**
REPLY to Response to Motion re [77] MOTION for Partial Summary Judgment *January 2, 2004*, [78] MOTION for Partial Summary Judgment, filed by USA. (Upton, James)

**1:06-cv-491 Notice has been electronically mailed to:**

Bruce E. Falconer bfalconer@bcf.us.com

Raymond Conway Givens raygivens@givenslaw.com

Joseph John Perkins , Jr jperkins@guessrudd.com, gzipkin@guessrudd.com, jhunter@guessrudd.com, klukacinsky@guessrudd.com, kmason@guessrudd.com, kwaggoner@guessrudd.com

James Merritt Upton james.upton@usdoj.gov

**1:06-cv-491 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=2/16/2008] [FileNumber=554804-0]
[4a338b0a0225bdf0e21de8513d62076317bcfafe94fbc0e5a7dbd25a325dc557fb52
78467bcb63337e1066b2577d68f8e5ddaf34261f43170df608b6b71b96b3]]