**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | **No. 06-491 L** |
| **Defendant, and** | ) | **Chief Judge Edward Damich** |
| **BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC., AND FOREST OIL CORPORATION,** | ) | |
| **Defendant-Intervenors, and** | ) | |
| **KUUKPIK CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME ATTACHED DEFENDANT'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE**

Defendant hereby moves for leave to out of time the attached Defendant's Statement of Genuine Issues of Material Facts in Dispute. In support of the requested relief, Defendant states as follows:

1. The Court's Order of February 1, 2008, required that Defendant file Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment by February 15, 2008;

2. In addition to the Opposition brief, RCFC 56 also requires Defendant to respond to the Plaintiffs' Proposed Findings of Uncontroverted Facts by way of a Statement of Genuine Issues of Material Fact in Dispute at the same time Defendant's Opposition brief is to be filed;

3. The Solicitor's Office attorney assigned to this case did not provide the undersigned with his changes to the draft Statement of Genuine Issues until late on Thursday, February 14th.

4. The undersigned counsel had prepared a draft of the Statement of Genuine Issues of Material Fact in Dispute which incorporated the changes by the Solicitor's Office attorney and by Justice management by mid- afternoon of February 15th. Subsequently, however, in the process of finalizing the draft, defendant's counsel discovered that a large number of corrections needed to be made so that the substantive arguments were accurately set out and the typographical errors were fixed. In short, the finalization process took much longer than defendant's counsel had anticipated;

4. Subsequently, defendant's counsel timely filed Defendant's Opposition brief, but despite diligent efforts, was not able to file the Statement of Genuine Issues of Material Fact in Dispute until 12:06 a.m. on February 16, 2008 (see second attachment hereto, Notice of Electronic Filing);

5. The government's Opposition brief makes specific mention of the fact that the defendant would be filing its Statement of Genuine Issues in conjunction with its Opposition brief; and

6. For the above reasons, Defendant respectfully requests that the Court grant Defendant's motion and allow the attached Statement of Genuine Issues of Material Fact in Dispute to be filed out of time.

Dated this 19th day of February, 2008.

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/James M. Upton
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0482
Fax: (202) 305-0506
Email: james.upton@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Roger Hudson, Esq.
Office of the Solicitor
Alaska Regional Solicitor's Office
Department of the Interior
Anchorage, Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on the19th day of February, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME ATTACHED DEFENDANT'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE, AND NOTICE OF FILING** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

Raymond C. Givins
Givens Law Firm
4935 116th Place SE
Bellevue, WA 98006
Tel: 208-676-1310
Fax: 208-676-1296
Email: raygivens@givenslaw.com

Attorney for Plaintiffs

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tel: 425-641-5949
Fax: 425-641-0158
Email: jperkins@guessrudd.com

Attorneys for Intervenors

*s/Shelley A. Miller*
Shelley A. Miller