## US Court of Federal Claims

## United States Court of Federal Claims

**Notice of Electronic Filing**

The following transaction was entered by Upton, James on 2/16/2008 at 0:06 AM EST and filed on 2/16/2008

**Case Name:** OENGA et al v. USA
**Case Number:** 1:06-cv-491
**Filer:** USA
**Document Number:** 90

**Docket Text:**
RESPONSE to PROPOSED FINDINGS of Uncontroverted Fact, filed by USA. (Upton, James)

**1:06-cv-491 Notice has been electronically mailed to:**

Bruce E. Falconer bfalconer@bcf.us.com

Raymond Conway Givens raygivens@givenslaw.com

Joseph John Perkins , Jr jperkins@guessrudd.com, gzipkin@guessrudd.com, jhunter@guessrudd.com, klukacinsky@guessrudd.com, kmason@guessrudd.com, kwaggoner@guessrudd.com

James Merritt Upton james.upton@usdoj.gov

**1:06-cv-491 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=2/16/2008] [FileNumber=554807-0]
[24e1582c64f1fa8c897f2bedafccbccf534ca1dcbd45d225f9e97edc0e8e4551a0ab
a9abfd9be6bf2f3076045829df9d07774d2d2ed24847bef1f73093171425]]