**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, et al., Plaintiffs**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant, and**<br><br>**BP EXPLORATION (ALASKA), INC., CONOCOPHILLIPS ALASKA, INC. EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC., AND FOREST OIL CORPORATION,**<br><br>**Defendant-Intervenors, and**<br><br>**KUUKPIK CORPORATION,**<br><br>**Defendant-Intervenor.** | **No. 06-491 L**<br>**Chief Judge Edward Damich** |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ATTACHED CORRECTED DECLARATION OF ROGER L. HUDSON**

Defendant hereby moves for leave to file the attached corrected Declaration of Roger L. Hudson. In support of this motion, Defendant states, as follows:

1. On February 15, 2008, Defendant filed Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment to which Attachment Nos. 46, 47, 48 and 49 were appended;

2. Attachment No. 49 is the Declaration of Roger L. Hudson; this Declaration referenced various documents of which three were to have been appended to this Declaration;

3. Given the formidable task of filing its Opposition to Plaintiffs' Motion for Partial Summary Judgment; Reply to Plaintiffs' Response to Defendant's Motion to Dismiss; and

Statement of Genuine Issues of Material Fact in Dispute all on February 15th and the resultant time pressure, Defendant attached the Hudson Declaration to its Opposition brief, but inadvertently failed to append the three documents to the Hudson Declaration which the Declaration stated were appended to it; and

4. Granting this motion will enable the Defendant to have copies of all the documents upon which it relies included in the record in this case.

Dated this 29th day of February, 2008.

Respectfully submitted,
*s/James M. Upton*
JAMES M. UPTON
SAMANTHA KLEIN
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0482
Phone: (202) 305-0474
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
E-mail: samantha.klein@usdoj.gov

OF COUNSEL:
Roger Hudson, Esq.
Office of the Solicitor
Alaska Regional Solicitor's Office
Department of the Interior
Anchorage, Alaska

Attachment