United States Department of the Interior
OFFICE OF THE SOLICITOR
ALASKA REGION
4230 University Drive
Suite 300
Anchorage, Alaska 99508-4626
(907) 271-4131

BIA.AK.0926

May 12, 2006

Raymond C. Givens, Attorney at Law
Givens Law Firm
P.O. Box 400
Coeur d'Alene, Idaho 83816

By FedEx & Facsimile to: (208) 676-1296
(Without enclosures)

Dear Ray:

Subject: Response to November 22, 2005 request for information

The information and materials provided along with this letter are forwarded in response to your referenced letter. Although you characterized your request as a request for "an accounting," we are not authorized to provide a formal accounting, and do not represent that the information which we are providing constitutes an accounting. Nonetheless, we believe that we are able to provide all or nearly all the information which you requested, and we do so in the normal course of business, since it is all information concerning the administration of BIA Lease No. F-89-01, to which your clients as successor lessors are entitled.

The easiest way to track the flow of funds is by referring to the spreadsheet attached to this letter as Exhibit 1, laid out on three pages, which identifies all the payments received during the life of the lease, up through the lessee's annual payment for lease year 2006, and including the April 22, 2005 back payment made for the lease period 2002-2005, based on a CPI-based rental adjustment made pursuant to Paragraph 5 of the lease.

Addressing the items of information requested in order:

**1) All funds collected by DOI under the Lease Agreement As Amended.**

As reflected on the referenced spreadsheet, all funds due under the lease have been either "collected," or paid by the lessee to the lenders who had advanced funds to you clients in anticipation of receipt of rent proceeds. These latter amounts are reflected on the spreadsheet under columns labeled "BP Loan."

**2) All funds due under the Lease Agreement As Amended.**

With the exception of the amounts demanded by the Bureau of Indian Affairs (BIA) in its May 5, 2006 letter to lessee BP Exploration (Alaska) Inc. (BPXA), and the yet-to-be-determined

adjustments due with respect to the 2006 rent payment, the BIA believes the same spread sheet reflects all of the amounts due under the lease. We realize that you may not agree with this assessment, but the spreadsheet does set forth the BIA the BIA's view as to what payments were due.

3) **All funds paid to the Lessors or their assignees under the Lease Agreement As Amended, with an itemization of the amount and date of each payment and to whom paid.**

In general, all the amounts received, as reflected on the spreadsheet, have been paid out to the Lessors or their assignees. The detail to support this assertion can be found in the roughly two inch thick file forwarded herewith, which contains back-up documentation organized by year. These records reflect amounts disbursed from the Individual Indian Money (IIM) accounts of each of the Lessors.

4) **Copies of all appraisals conducted pursuant to Article 5 and 9 of the original Lease Agreement or pursuant to other provisions of the Lease Agreement As Amended.**

Copies of these requested appraisals are also provided herewith:

a. 1993 BIA in-house appraisal of 10 acres by John Cress
b. 1994 private appraiser Roger Bonnett appraisal of 40 acres contracted for by BPXA
c. 1994 BIA Review Appraiser's Analysis of previous item
d. 1997 BIA in-house Restricted Appraisal Report - Limited Appraisal of 40 acres
e. 2002 Office of the Special Trustee (OST) in-house CPI-based calculation of lease adjustments for the 1998-2001 and 2002-2005 periods
f. 2003 OST in-house CPI-based calculation of lease adjustments for the same periods
g. 2002 OST in-house appraisal for market rent for 40 acres
h. 2004 OST contracted private appraisal of 30 acres by Alan Olson
i. 2004 Desk Review Report of Olson Appraisal prepared for Ray Givens
j. 2004 OST in-house CPI-based calculation of rent adjustment to be applied to lease period 2002-2005, relied upon in March 30, 2005 BIA letter requesting back rent
k. 2005 OST in-house corrected calculation of CPI-based adjustment for same period, not sent to BPXA, but superseded in any case by May 5, 2006 notice of back rent sent to BPXA
l. 2005 OST contracted private appraisal by Chris Guinn covering 40 acres (provided under separate cover, along with decision mentioned immediately above)

It is noted that not all of these appraisals were accepted or utilized in adjusting the rent owed or paid by BPXA. Where more than one calculation or appraisal was done in connection with a particular adjustment called for under the lease, the highest figure was the one

communicated to and eventually paid by BPXA. Indeed, the annual rent actually paid by BPXA for the lease years 1998 through 2005 was $88,997.34, an amount not precisely reflected in any of these documents. It appears that BPXA made its own Lease Paragraph 5 CPI-based rental adjustment to calculate the increase between 1994 and 1998, leading to an annual rent increase from $80,640 to $88,997.34. This increase was greater than that calculated by the BIA or OST in either items (e) or (f) above, and was therefore accepted by the Bureau. In item (e), the CPI-increase-adjusted rent for lease year 1998, due November 1, 1997, was calculated to be $87,308.93, and in item (f), it was calculated to be $86,518.66. BPXA in fact paid the slightly higher annual rent amount of $88,997.34. (See the 1996 note in the BPXA-prepared lease payment summary, attached to this letter as Exhibit 2.)

It is also noted that there may have been a pre-1993 appraisal that is not available from local OST files. Next week an inquiry will be made as to whether such appraisal is catalogued and/or available from the Federal Archives.

5) **All "cost adjustment factor" determinations prepared pursuant to Article 5 of the original lease or pursuant to other provisions of the Lease Agreement As Amended.**

These documents are included among those listed immediately above, as items (e), (f), (j), and (k). As noted in the BIA's May 5, 2006 rental adjustment notice, another CPI-based adjustment determination, applicable to the 2006 rental year, will be issued very shortly.

6) **All rental payment adjustment determinations of DOI as to "which ever is greater" between "appraisals" provided for in Article 5 and 9 of the original Lease Agreement and the "Cost Adjustment Factor" provided for in Article 5 of the original Lease Agreement.**

I haven't seen any memos reflecting a specific determination in this regard. However, it seems to be clear enough that the determination was made that the CPI-based increase was greater than the appraisal-based one in the transition to the 1998-2001 lease period. According to the May 14, 1997 "Limited Appraisal" prepared by BIA Area Chief Appraiser J. Richard Larson, item (d) above, the fair market rental value at that time was estimated to be $85,680, or a few thousand dollars a year *less than* the rental increase based on the CPI-based adjustment which was implemented a few months later with respect to the 1998-2001 lease period.

As to the 2002-2005 period, of course, the BIA issued a notice of rent increase on May 5, 2006, which implicitly reflects a determination that the called-for appraisal-based increase was substantially *greater than* the CPI-based increase that was retroactively instituted a little over a year ago, resulting in BPXA's $26,912.85 initial back rent payment.

7) **All funds due and owing under the Lease Agreement As Amended that remain unpaid.**

According to BIA and OST records, the only lease payments outstanding are those called for by the May 5, 2006 appraisal-based back rent payment demand, and one or the other of a CPI- or appraisal-based adjustment applicable to the 2006 payment received last fall.

Please don't hesitate to call if you have additional questions about the materials furnished herewith.

Respectfully,

Roger L. Hudson

attachments:
BIA-prepared spreadsheet (Exhibit 1)
BPXA-prepared payment summary (Exhibit 2)

enclosures:
as stated

cc (without enclosures):
Office of Executive Secretariat, MS 7229, MIB, Att'n.: Roy
Susan Lindquist, Assistant U.S. Attorney, District of Alaska
Janet Goodwin, Senior Attorney, Division of Indian Affairs, Office of the Solicitor
Mervel Harris, Regional Realty Officer, Alaska Region, Bureau of Indian Affairs
Fred Matsuno, Rights Protection Specialist, Alaska Region, BIA
Lesley DeWilde, Realty Specialist, Fairbanks Field Office, BIA
Glenda Miller, Fiduciary Trust Officer, Office of the Special Trustee
Jenness R. Burns, Regional Appraiser, OST
Dorothy Edwardsen, Realty Officer, Inupiat Community of the Arctic Slope