# In the United States Court of Federal Claims

No. 06-491 L
(Filed: March 10, 2008)

************************************
WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,

Defendant-Intervenors.
************************************

**ORDER**

On February 29, 2008, the same day that the above-captioned case was reassigned to the undersigned, defendant filed Defendant's Motion for Leave to File Attached Corrected Declaration of Roger L. Hudson. Defendant avers that it inadvertently omitted the documents that were to be attached to an declaration supporting its opposition to plaintiffs' motion for partial summary judgment. Defendant's motion is **GRANTED**. Accordingly, by **no later than Monday, March 17, 2008**, defendant shall refile Exhibit 49, the Declaration of Roger L.

Hudson, with the previously omitted documents, ensuring that the entire exhibit is properly paginated.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge