**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA** | ) | **No. 06-491 L**<br>**Judge Margaret Sweeney** |
| **Plaintiffs,** | ) | |
| v. | ) | |
| **THE UNITED STATES,** | ) | **OENGAS' MOTION TO FILE OVERLENGTH BRIEF** |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors** | ) | |

Comes now Plaintiffs, pursuant to RCFC 5.2(B)(2) to request leave of the Court to file a Reply Brief that is not more than10 pages overlength. (30 pages rather than 20). This motion is necessitated by

- The Reply is not just to the Response Brief of the United States, but also to the Response Brief of the Intervenors.
- The numerous complex issues to be addressed, including separate statute of limitation issues on three separate Claims, separate existence of money-mandating duty issues on three separate Claims, and issues of the Plaintiffs' situation being within the scope of those money-mandating duties on the three separate Claims.
- The fact that the United States Response Brief was overlength and raised numerous issues to which reply was necessary.

I have contacted opposing counsel, and they have no opposition to this Motion.

DATED this 10th day of March, 2008.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
1309 114th Ave. SE Suite 211
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com

## Certificate of Service

I hereby certify that on the 10th day of March, 2008, I electronically filed the foregoing Motion for Leave to File Overlength Brief with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

.

DATED this 10th day of March, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
1309 114th Ave. SE Suite 211
Bellevue, WA 98006
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com