# In the United States Court of Federal Claims

No. 06-491 L
(Filed: March 11, 2008)

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | |
| Defendant-Intervenors. | |

**ORDER**

On March 10, 2008, plaintiffs in the above-captioned case filed an unopposed motion for leave to exceed the page limit, seeking to use an additional ten pages for their reply in support of their motion for partial summary judgment. Due to their inability to obtain the court's approval before the filing deadline passed, plaintiffs also filed their extended reply brief as a separate docket entry.[1]

---

[1] The clerk's office informs the court that it has discussed with plaintiffs' counsel, for future reference, the proper procedure to be used when seeking the court's leave to file a document.

Plaintiffs' unopposed motion is **GRANTED** and the brief filed by plaintiffs as docket entry number 98 is approved.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge