# In the United States Court of Federal Claims

No. 06-491 L
(Filed: March 19, 2008)

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION, | * |
| Defendant-Intervenors. | * |

**ORDER**

Pursuant to Rule 40.1(a) of the Rules of the United States Court of Federal Claims, due to the undersigned's recently discovered conflict of interest, the above-captioned case is reassigned to Judge Nancy B. Firestone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge