# In the United States Court of Federal Claims

**No. 06-491 L**
**Filed: March 19, 2008**

**WALLACE OENGA, ET AL.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Nancy B. Firestone**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

John S. Buckley
ACTING CLERK OF COURT