# In the United States Court of Federal Claims

**No. 06-491L**
**(Filed: April 21, 2008)**

* * * * * * * * * * * * * * * * *
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,**

**Defendant-Intervenors.**
* * * * * * * * * * * * * * * * *

## ORDER

The defendant's unopposed motion for leave to refile out of time the corrected Declaration of Roger L. Hudson in its entirety is **GRANTED**. Accordingly, as required for ECF, the defendant shall **refile** Exhibit 49, the Declaration of Roger L. Hudson, with the previously omitted documents, **on or before Monday, April 28, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge