**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | ) | **No. 06-491 L** **Judge Nancy Firestone** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **STIPULATION RE: HEARING ON PENDING MOTIONS** |
| **Defendant, and** | ) | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | ) | |
| **Defendant Intervenors** | ) | |

Plaintiffs (Oengas), Defendant (United States) and Intervenors (Oil Companies) hereby stipulate as follows regarding argument on the pending Motions.

1. At the April 17, 2008 Status Conference, the Court raised the possibility of deferring consideration of some or all of the issues raised by the pending motions because of the anticipated Petition for Certiorari in *United States v Navajo Nation.* The Petition in *Navajo* has now been filed. Oengas and the United States have filed Notices of their respective positions on whether hearing on the pending Motions should be deferred until the Supreme Court resolves the

*Navajo* Petition. Docket 105 (Oenga position – all issues should be considered at this time); Docket 106 (United States position – consideration of money-mandating duty issues in Claim One and the second part of Claim Three should be deferred until the Navajo Petition has been resolved.)

2. Despite their previously differing positions, the parties now stipulate that it would be appropriate for the following issues to be considered at this time.

- **Statute of Limitations Issues To Be Considered**
  - Claim One – Statute of Limitations
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.
  - Claim Two – Statute of Limitations
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.
  - Claim Three (First Part) – Statute of Limitations[1]
    - Oengas' Motion for Partial Summary Judgment as to the first part of Claim Three, Docket 78
- **Money-Mandating Duty Issues To Be Considered**
  - Claim Two – Money-Mandating Duty
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.
  - Claim Three (Second Part) – Money-Mandating Duty and Scope of Authority Granted to the Lessee by Paragraph No. 10 of the Lease / Entirety
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.
    - Oil Companies Motion for Partial Summary Judgment. Docket 62.

[1] The United States and Oil Companies did not seek dismissal of the first part of Claim Three on statute of limitation grounds. Docket 42, 62.

3. Despite their previously differing positions, the parties now stipulate that it would be appropriate for the following issues to be deferred and NOT considered at this time.

- **Statute of Limitations Issues To Be Deferred**
  - Claim Three (Second Part)– Statute of Limitations
    - Oengas' Motion for Partial Summary Judgment as to the first part of Claim Three, Docket 78
- **Money-Mandating Duty Issues To Be Deferred**
  - Claim One – Money-Mandating Duty
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.
  - Claim Three (Second Part) – Money-Mandating Duty / Entirety
    - Oengas' Motion for Partial Summary Judgment, Docket 78
    - United States' Motion to Dismiss / Summary Judgment, Docket 42; joined by Intervenors, Docket 62.

4. Should the Court decide to set oral argument for July or August, the following dates present no conflict with the schedules of all counsel:

- August 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 25, 26, 27, 28, 29

/

/

/

/

/

/

/

DATED this 20th day of June, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
1309 114th Avenue SE, Suite 211
Bellevue, WA 98004
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com
Attorney for Plaintiffs

s/ James M. Upton
James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

s/ Joseph J. Perkins Jr.
Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

**Certificate of Service**

I hereby certify that on the 20th day of June, 2008, I electronically filed the foregoing STIPULATION RE: HEARING ON PENDING MOTIONS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

James M. Upton
U. S. Department of Justice
Environment & Natural Resource Div
P.O. Box 663
Washington, D.C. 20044-0063
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

James J. Perkins, Jr.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorney for Intervenors

DATED this 20th day of June, 2008.

Respectfully submitted,

s/Raymond C. Givens
Raymond C. Givens
Givens Law Firm
1309 114th Avenue SE, Suite 211
Bellevue, WA 98004
Tele: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com
Attorney for Plaintiffs