**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L** |
| | **Judge Nancy Firestone** |
| **Plaintiffs,** | **Plaintiffs' Request For In-Person Oral Argument** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | |
| **Defendant Intervenors** | |

Plaintiffs hereby request oral argument on the pending motions be in-person rather than by telephone. Docket 78, 62, 42. It is requested that oral argument be "in-person" due to the nature of the issues and arguments involved. Plaintiffs have no objection to other parties participating by telephone if they chose.

DATED this 20th day of June, 2008.

Respectfully submitted,

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
1309 114th Avenue SE, Suite 211
Bellevue, WA 98004
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com
Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on the 20th day of June, 2008, I electronically filed the foregoing Plaintiff's Request for In-Person Oral Argument with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to all parties of record.

James M. Upton
U.S. Department of Justice
Environment & Natural Resources Div.
P. O. Box 663
Washington D.C. 20044-0663
Tele: 202-305-0482
Fax: 202-305-0506
james.upton@usdoj.gov
Attorney for Defendant

Joseph J. Perkins, Jr.
Guess & Rudd, P.C.
510 L. Street, Suite 700
Anchorage, Alaska 99501
Tele: 907-793-2200
Fax: 907-793-2299
jperkins@guessrudd.com
jhunter@guessrudd.com
kmason@guessrudd.com
kwaggoner@guessrudd.com
Attorneys for Intervenors

s/ Raymond C. Givens
Raymond C. Givens
Givens Law Firm
Attorney for Plaintiffs
1309 114th Avenue SE, Suite 211
Bellevue, WA 98004
Telephone: 425-641-5949
Fax: 425-614-0158
raygivens@givenslaw.com