# In the United States Court of Federal Claims

**No. 06-491L**

**(Filed: June 25, 2008)**

* * * * * * * * * * * * * * * * * 

**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,**

**Defendant-Intervenors.**

* * * * * * * * * * * * * * * * * 

## ORDER

The court hereby **SCHEDULES** a status conference for **Thursday, June 26, 2008, at 2:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiffs at (425) 641-5949; counsel for defendant at (202) 305-0482; and counsel for defendant-intervenors at (907) 793-2200. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge