# In the United States Court of Federal Claims

**No. 06-491L**
**(Filed: June 27, 2008)**

* * * * * * * * * * * * * * * * * 
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,**

**Defendant-Intervenors.**
* * * * * * * * * * * * * * * * * 

**ORDER**

Oral argument on defendant's motion to dismiss or, in the alternative, for summary judgment and plaintiffs' and defendant-intervenors' motions for partial summary judgment shall be heard on **Wednesday, August 13, 2008, at 1:00 p.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for plaintiffs and defendant shall appear in person; counsel for defendant-intervenors shall appear by phone unless the court is otherwise notified. The courtroom number shall be posted in the lobby on the day of the argument.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge