# In the United States Court of Federal Claims

**No. 06-491L**
**(Filed: August 21, 2008)**

* * * * * * * * * * * * * * * * * 
**WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant, and**

**BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,**

**Defendant-Intervenors,**

**and KUUKPIK CORPORATION,**

**Intervenor-Defendant.**
* * * * * * * * * * * * * * * * * 

**O R D E R**

The court has received intervenor-defendant Kuukpik Corporation's notice of its intent to request redaction of certain information in the oral argument transcript, Document 114 (proceedings held on August 13, 2008). Accordingly, the court hereby **ORDERS** that the entire transcript be placed **under seal** until the forthcoming redaction request by Kuukpik Corporation has been resolved. In addition, the parties shall have **ten**

**(10) days** after the filing of Kuukpik Corporation's redaction request to submit any objection(s) to the redaction of the transcript.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge