**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | **No. 06-491 L** |
| | **Judge Nancy B. Firestone** |
| **Plaintiffs.** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant, and** | |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXON MOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. and FOREST OIL CORPORATION,** | |
| **Defendant Intervenors,** | |
| **and KUUKPIK CORPORATION,** | |
| **Intervenor-Defendant.** | |

**MOTION TO WITHDRAW NOTICE OF INTENT TO REQUEST REDACTION OF 8/13/08 TRANSCRIPT**

Intervenor-Defendant Kuukpik Corporation, through its undersigned counsel of record, hereby moves to withdraw its August 20, 2008 Notice of Intent to Request Redaction of certain information from the August 13, 2008 transcript of proceedings held in this case. Said motion is without prejudice to Kuukpik's rights to continue to seek protection of its confidential and competitively sensitive proprietary information that the

Court ordered Kuukpik to produce, over its objection, and which remains subject to the terms and provisions of the Protective Order entered in this case.

Dated this 3rd day of September, 2008.

s/Bruce E. Falconer
BRUCE E. FALCONER
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

**Certificate of Service**

I hereby certify that on the 3rd day of September, 2008, I electronically filed the foregoing MOTION TO WITHDRAW NOTICE OF INTENT TO REQUEST REDACTION OF 8/13/08 TRANSCRIPT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

RAYMOND C. GIVENS
Givens Law Firm
P.O. Box 400
912 E. Sherman Ave.
Coeur d'Alene, Idaho 83816-0400
Tel. (208) 676-1310
Fax: (208) 676-1296
E-mail: raygivens@givenslaw.com
Attorney for Plaintiffs

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
Attorney for Defendant

LOUIS R. VEERMAN
GARY ZIPKIN
JOSEPH J. PERKINS, JR.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 (switchboard)
(907) 793-2299 (fax)
E-mail: d.veerman@guessrudd.com
gzipkin@guessrudd.com
jperkins@guessrudd.com
Attorneys for Intervenors