# In the United States Court of Federal Claims

**No. 06-491L**
**(Filed: September 15, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER, and TRINITY DELIA,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant, and** | * |
| | * |
| **BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION INC., CHEVRON U.S.A. INC., and FOREST OIL CORPORATION,** | * |
| | * |
| **Defendant-Intervenors,** | * |
| | * |
| **and KUUKPIK CORPORATION,** | * |
| | * |
| **Intervenor-Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## O R D E R

Intervenor-defendant Kuukpik Corporation's motion, filed September 3, 2008, to withdraw its Notice of Intent to Request Redaction of August 13, 2008 oral argument

transcript is **GRANTED**. Accordingly, the court hereby **ORDERS** that the entire transcript be **unsealed.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge